UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ASHER BARUCH LANDAU; ABRAHAM ARON LESSER;
ARON BENZION BEIGEL; YEHUDA YERACHMIEL
HALEVY GRUBER A/K/A YEHUDA YERACHMIEL
GRUBER; YAKOV ABRAMZON; DUVID SHMIEL
ACKERMAN; REUVEN ACKERMAN; NACHMEN
YEHUDA HAKOEN ADLER; SHLOIME ADOLF; MOSHE
AFTERGUT; YAKOV AINHORN; ARYEH MORDCHE
APPEL; CHAIM TZVI APPEL; CHAIM ZVI APPEL;
DEVORAH APPEL; MAYER USHER APPEL; MENACHEM
NAFTULE APPEL; NAFTULE MOSHE APPEL; SHRAGA
ARIEL; YAKOV ARIEL; LEIBISH ATLAS; BENZION
BAKON; CHAIM DOVID BAKON; ELUZER ELIMELECH
BAKON; MICHOEL MOSHE AHRON BAKON; SHLOMO
SHULIM BAKON; YEHUDA LEIBISH BAKON; EFROYIM
BARON; YONAH BARON; NUCHEM YITZCHOK
BARTH; BENYOMIN BAUMOHL; NAFTULI ZVI
BAUMOHL; CHAIM YONA BAUMWOLSPINER; AVRUM
YOSEF BAYERS; MAYER BECK; MOSHE YITZCHOK
BEER; BENZION BEIGEL; CHAIM SHLOMO BEIGEL;
FISHEL BEIGEL; FISHEL BEIGEL; TZVI ARYEH BEIGEL;
TZVI YOICHENEN BEIGEL; LEIBEL BEITNER; BENZION
SHULEM BENIAKER; CHAIM YEHOSHUA BENIAKER;
SHLOME MAYER BERGER; TONI BERGER; YOSEF TZVI
BERGER; AVRUM YEHUDA BERGMAN; MORDCHE
YITZCHOK BERGMAN; MOSHE DUVID BERGMAN;
RECHIL BERGMAN; YITZCHOK BERKOWITZ; YOSEF
BERNSTEIN; SHULEM BIRENBAUM; YITCHOK BORECH
BENDIT BIRNHAK; AVRUM ELUZER BLAU; AVRUM
SHMIEL BLAU; BENZION BLAU; CHAIM ELIEZER BLAU;
DUVID BLAU; MAYER ZEV BLAU; MORDCHE BLAU;
MOSHE ELIYAHU BLAU; SHIMON BLAU; SHULIM BLAU;
USHER ANSHEL BLAU; ZALMEN LEIB BLAU; AVRUM
BLUM; BENZION NAFTOLI BLUM; CHAIM DOVID BLUM;
CHAIM DOVID BLUM; ERI BLUM; MOSHE BLUM;
YITZCHOK TZVI BLUM; YISROEL SHLOME
BLUMENFELD; BENZION BOCHNER; CHAIM BOCHNER;
CHAIM SHLOIME BOCHNER; CHAIM YECHESKEL
BOCHNER; DUVID YEHUDA LEIBISH BOCHNER; EILISH
BOCHNER; EILISH BOCHNER; MENACHEM MENDEL
BOCHNER; MOSHE BOCHNER; MOSHE YESHAYE TZVI
BOCHNER; SHLOIME BOCHNER; SHLOME BOCHNER;

No. 15 Civ. _____ (     )

**NOTICE OF
PETITION TO CONFIRM
ARBITRATION AWARD**

SHMIEL ZANVIL BOCHNER; SHULIM BOCHNER; YAKOV
YITZCHOK BOCHNER; YEHOSHUA BOCHNER; YOSEF
MENACHEM BOCHNER; YEHOSHIA BODNER; CHAIM
DOV HAKOIEN BORNFREUND; ELYA CHAIM
BORNFREUND; MEYER YITZCHOK BORNFREUND;
NUTE BORNFREUND; SHLOME REFOEL BORNFREUND;
YAKOV ELYA BORNFREUND; AHRON YECHIEL
BORNSTEIN; AVROM DOV BORNSTEIN; CHAIM
BORUCH BORNSTEIN; CHAIM YEHOSHUA BORNSTEIN;
EFROYIM AVIGDOR BORNSTEIN; ELCHONON
BORNSTEIN; NAFTULE TZVI BORNSTEIN; NUTE
BORNSTEIN; SHULEM ELIEZER BORNSTEIN; YEHUDA
MATISYUHI BORNSTEIN; YISROEL BORNSTEIN;
BENZION BRACHFELD; CHAIM BRACHFELD; CHAIM
DUVID BRACHFELD; CHAIM YERMIE BRACHFELD;
DUVID SHMIEL BRACHFELD; DUVID YITZCHOK
BRACHFELD; ESTHER BRACHFELD; MENACHEM
MENDEL BRACHFELD; MENDEL BRACHFELD; NAFTALI
ZVI BRACHFELD; SHAYA ELUZER BRACHFELD; TOBA
BRACHFELD; TZVI BRACHFELD; YAKOV BRACHFELD;
YAKOV BRACHFELD; YERMIA BRACHFELD; YOSEF
HILLEL BRACHFELD; YOSEF HILLEL BRACHFELD;
YOSEF HILLEL BRACHFELD; BENZION BRAUNFELD;
CHAIM SHIMON BRAUNFELD; LEIBISH BRAUNFELD;
MOSHE BRAUNFELD; YISROEL MORDCHE
BRAUNFELD; YOSEF YITZCHOK BRAUNFELD;
SHAMSHON REFOEL BREUER; YECHIEL MECHEL
BRINNER; MOSHE BRODY; SHMIEL BRODY; AVRUM
BRUCK; BENZION BENYOMIN BRUCK; EFRAIM FISHEL
BRUCK; HERSHEL BRUCK; MENACHEM YISROEL
BRUCK; MORDCHE TZVI BRUCK; AVRUM YONASON
BRUNNER; BENZION SHMIEL BRUNNER; SHLOMO
ZALMEN BRUNNER; YITZCHOK MOSHE TZVI
BRUNNER; YOSEF ARYEH BRUNNER; YAAKOV
NAFTULA BUXBAUM; USHER SIMCHA CENSOR;
YECHASKEL DOVID CISNER; PINCHAS
CITRONENBAUM; YITZCHOK YISROEL
CITRONENBAUM; YAKOV DASKAL; CHAIM NUTA
DAVIDOVITZ; BARUCH SHMIEL DAVIDOWITS; SHULEM
DUVID DAVIDOWITS; YITZCHOK DAVIDOWITS;
AVRUM YOSEF DAVIDOWITZ; BARUCH DAVIDOWITZ;
SHMIEL YOEL DAVIDOWITZ; YOSEF DAVIS; HERSHEL
DEMBITZER; LEAH DEMBITZER; MORDCHE ARYEH
DEMBITZER; MOSHE DEMBITZER; NAFTALI ZVI
DEMBITZER; PINCHAS DEMBITZER; RAFOEL ELIYAHU
DEMBITZER; YAKOV DOVID DEMBITZER; YEHOSHIA

DEMBITZER; YEHOSHIA TZVI DEMBITZER; YEHOSHUA
ELIMELECH DEMBITZER; YEHUDA ARYEH (LEIBY)
DEMBITZER; YISROEL MOSHE DEMBITZER; YOEL
DUVID DEMBITZER; NUCHEM MOSHE
DERBARIMDIGER; NAFTULI DEVRIES; DAVID L.
DIAMOND; HERSH L. DORMAN; EFROYIM SHULIM
DVORKIS; MENACHEM MENDEL ECKSTEIN; SHLOIME
ECKSTEIN; YOSEF HILLEL ECKSTEIN; AVRUM BORUCH
EDELMAN; YAKOV YOSEF EDELMAN; NAFTULE
EHRENREICH; GEDALIA EICHENHOLZ; YISROEL
MORDCHE EICHENHOLZ; CHAIM EICHENSTEIN; CHAIM
EICHENSTEIN; YOSEF MORDCHE EICHENSTEIN;
AVRUM EINHORN; BENZION CHAIM EINHORN;
BORECH SHLOME EINHORN; MOSHE MEIR EINHORN;
AVRUM EISEN; AVRUM YEHOSHIA EISEN; BORECH
TZVI EISEN; CHAIM AVRUM YEHOSHUA EISEN;
GAVRIEL EISEN; MENASHE CHASKEL EISEN; MOSHE
EISEN; SHAUL EISEN; SHLOMIE DUVID EISEN; SHULIM
EISEN; MEYER EISENBACH; SHLOIME EISENBERG;
YEHOSHIA YECHASKEL EISENBERG; ARON
ELIMELECH ELIAS; ARYEH LEIBISH ELIAS; AVRUM
MENACHEM ELIAS; BENZION DUVID ELIAS; BENZION
NUSEN ELIAS; BORECH USHER ELIAS; CHAIM BORECH
ELIAS; CHAIM SHLOME ELIAS; ELIEZER ELIAS;
ELIYAHU AVIGDOR ELIAS; ELIYAHU YITZCHOK ELIAS;
EZRIEL MENACHEM ELIAS; MORDCHE YAKOV ELIAS;
MORDCHE YAKOV ELIAS; NAFTULE TZVI ELIAS;
SHLOME BENZION ELIAS; SHLOME GEDALYE YOSEF
ELIAS; SHULIM ELIAS; SHULIM YECHIEL MECHEL
ELIAS; YECHASKEL SHRAGA BORECH ELIAS;
YITZCHOK ISAAC ELIAS; YOSEF DUVID ELIAS; AVRUM
ENGLANDER; YISRAEL ENGLANDER; SHLOME
PINCHAS ETTINGER; YAKOV ETTINGER; ABISH
FASTEN; BENZION SHAUL FASTEN; MORDCHA
GERSHON FASTEN; DUVID LEIB FEIG; MORDECHAI
FEIG; NACHMEN MENACHEM FEIG; YEHOSHUA FEIG;
MORDECHAI ZEV FEIGENBLAT; YESHAYA DUVID
FELDHEIM; AVRUM TZVI FISCHER; AVROM YAAKOV
FISHMAN; MORDCHA SHLOMO FISHMAN; YISROEL
ZEV FISHMAN; HENA DINA FLAKS; AVROM ABISH
FLEISCHER; CHAIM MENACHEM FLEISCHER; YAKOV
YOSEF FLEISCHER; YITZCHOK FLEISCHER; SHLOIME
FOGEL; YITZCHOK SIMCHA FOIGEL; AVRUM
YEHOSHUA HESHEL FOLGER; CHAIM BENZION
FOLGER; DUVID FOLGER; M. FOLGER; SHULIM DUVID
FOLGER; YECHASKEL DUVID FOLGER; YOSEF FOLGER;

AVRUM MEIR FOLLMAN; BENZION FOLLMAN; ELUZER
DUVID FOLLMAN; YOCHANAN FOLLMAN; ZISHE
FOLLMAN; SHAMAI ELUZER FORSTER; YISROEL LEIB
FORSTER; YISROEL ARYEH FORTGANG; ARYEH
LEIBISH FRANKEL; YISROEL SHIMON ALTER FRANKEL;
YOSEF SHMIEL FRANKEL; TOVIA YOSEF FRAZER;
BERISH FREIER; SHMIEL FREUND; YOEL
FRIEDLANDER; YOZEF FRIEDLANDER; CHAIM
FRIEDMAN; MOISHE FRIEDMAN; SHLOME FRIEDMAN;
TZVI FRIEDMAN; TZVI NUCHEM FRIEDMAN; YAKOV
DUVID FRIEDMAN; YITZCHOK CHAIM FRIEDMAN;
YONA FRIEDMAN; CHANANEL DUVID FROST;
HERSHEL FROST; SHLOIME FROST; SHIMSHON FRYER;
YITZCHOK FUHRER; MENACHEM YEHOSHUA
GANZFRIED; MOSHE TZVI GANZFRIED; YAKOV
YEHUDA GANZFRIED; YOSEF SHLOIME GANZFRIED;
NAFTULE (NUSEN HAUSER) GARTENHAUS; MOSHE
GEIGER; SHLOIME ZEV GEIGER; YISROEL YITZCHOK
GEIGER; ELIEZER GELBTUCH; AVROM ABISH GELLER;
BENZION CHAIM GELLER; BORUCH SHLOIME GELLER;
CHAIM ARYEH GELLER; DUVID GELLER; ELUZER
LIPMAN GELLER; FALA GELLER; LEVI GELLER;
MORDCA YAKOV GELLER; MORDCHE MESHILEM
ZEESHE GELLER; MOSHE YOEL GELLER; SHULIM
DUVID GELLER; SHULIM DUVID GELLER; SURA RATZA
GELLER; YECHIEL BORECH GELLER; YEHOSHUA
PINCHAS GELLER; YOSEF YAKOV GELLER; YEHUDA
GENGER; AHRON SHMIEL GERMAN; HERSHEL
GERMAN; NUCHEM MEIR GERMAN; PINCHAS
MORDCHA GERMAN; SHLOME YOM TOV GERMAN;
YAKOV YITZCHOK GERMAN; YOSEF SHLOME
GERMAN; BREINDEL D. GERSHON; MEIR GERSHON;
YAKOV ELCHONON GERSHON; BENZION MENACHEM
GILLIG; GERSHON GINSBERG; YOSEF SHLOIME
GINSBERG; BENZION MICHOEL GIPS; MORDCHA
ARYEH GIPS; MORDCHE BURECH GIPS; SHLOIME
YECHIEL GIPS; YECHIEL ZEV GIPS; YEHOSHUA
BORECH GIPS; YITZCHOK ZALMEN GIPS; AVRUM
GLICK; SHLOME GLUCK; YEHOSHUA GLUCK; NUCHEM
REUVEN GOBER; ZEV TZVI GOLD; ALEXANDER ZISHA
GOLDBERG; BENZION ELIMELECH GOLDBERG;
ELIYAHU GOLDBERG; PEISACH GOLDBERG; YITZCHOK
ISAAC GOLDBERG; MOSHE GOLDBERGER; YECHIEL
TZVI GOLDBERGER; CHAIM GOLDFINGER; TZVI
ELIMELECH GOLDKLANG; AVRUM YEHOSHUA
GOLDMAN; BENZION GOLDMAN; BENZION GOLDMAN;

ELUZER GOLDMAN; PINCHOS GOLDMAN; SHLOIME
GOLDMAN; SHLOIME LEIB GOLDMAN; USHER ZELIG
GOLDMAN; YAKOV LEIVI GOLDMAN; AHRON BORECH
GOLDRING; RACHEL GOLDSAMT; AVRUM CHAIM
GOLDSTEIN; BURICH DUVID GOLDSTEIN; CHAIM LEIB
GOLDSTEIN; SHIMSHON GOLDSTEIN; YAKOV
GOLDSTEIN; YISROEL GOLDSTEIN; YITZCHOK
YISOCHER GOLDSTEIN; AHARON DOV GORDON;
AVRUM CHAIM GORDON; DUVID SHMIEL GORDON;
PINCHUS YOSEF GORDON; REFOEL YITZCHOK
GORDON; SHAUL GORDON; YEHOSHUA GRABER;
DUVID SHMIEL GRAUS; ELIEZER YITZCHOK
GREENBAUM; MENACHEM MENDEL GREENBAUM;
MEYER CHAIM GREENBAUM; HERSHEL GREENBERG;
PESACH GREENBERG; AVRUM YEHUDA GREENFELD;
MOSHE CHANOCH GREENFELD; MENACHEM DUVID
GREENSPAN; USHER GREENWALD; BENZION
GREENZWEIG; CHAIM YECHIEL BURECH
GREENZWEIG; MOSHE GREENZWEIG; PESSEL
GREENZWEIG; YISROEL YAAKOV GREENZWEIG;
AVROM MORDCHA GRODZINSKY; ELIMELECH DOV
GRODZINSKY; MORDCHA GROSS; SHIMON MOSHE
EZRIEL GROSS; TZVI GROSS; YITZCHOK GROSS;
AHRON TZVI GRUBER; ELIEZER AVIGDER GRUBER;
YEHUDA ARYEH LEIB GRUENSTEIN; AVRUM YOSEF
GRUENWALD; AVROHOM YESHAYE GRUNFELD;
BENZION ARYEH GRUNFELD; CHAIM YISOCHER DOV
GRUNFELD; ELIEZER BETZALEL GRUNFELD; MECHEL
GRUNFELD; SHLOIME GRUNFELD; CHAIM ZVI
GRUNSTEIN; ELIEZER GRUNSTEIN; MOISHE YEHUDA
GRUNSTEIN; SHIMSHON E. GRUNSTEIN; NISSAN
GUNSBERG; SHLOME BINYOMIN ARYEH GUNSBERG;
YITZCHOK YOEL GUNSBERG; CHAIM GUTMAN;
NACHMAN GUTMAN; YIRACHMIEL YISROEL GUTMAN;
NECHEMIA GUTTER; AVRUM GUTTMAN; CHAIM
NUCHEM MORDCHE GUTTMAN; GERSHON GUTTMAN;
YITZCHOK MENCHEM GUTTMAN; ALTER DUVID
HALBERSTAM; ARYEH LEIBISH HALBERSTAM;
BARUCH HALBERSTAM; BEN ZION ARYE LEIBISH
HALBERSTAM; BENZION SHLOME HALBERSTAM;
BURECH AVROM HALBERSTAM; BURECH SHAMSON
HALBERSTAM; CHAIM SHLOMO HALBERSTAM; CHAIM
SHULIM HALBERSTAM; DOVID HALBERSTAM; EFRAIM
SHLOIME HALBERSTAM; MENDEL HALBERSTAM;
MORDCHE ZEV HALBERSTAM; NAFTULA CHAIM
HALBERSTAM; YOSEF HALBERSTAM; YOSEF

5

YITZCHOK HALBERSTAM; MOISHE LEIB HALPERIN;
AHRON YONA HALPERN; CHAIM DOV HALPERN;
ELUZER DOVID HALPERT; NAFTULE HERTZKA
HALPERT; YITZCHOK ISAAC HALPERT; ZALMEN LEIB
HALPERT; USHER LEMEL HAMER; YEHOSHUA
HAMMERMAN; NUCHEM YISROEL HEFTLER; DUVID
HEIMFELD; BENZION HENIG; SHLOIME AHRON
YISROEL HENIG; SHMIEL HENIG; YAKOV SHULIM
HENIG; YISROEL HENIG; YOSED DUVID HENIG;
BENZION HERBST; MENACHEM SHMIEL HERBST;
NAFTULA HERBST; SHLOIME TZVI HERBST;
YECHASKEL SHRAGE HERBST; YISROEL MAYER
HERBST; YITZCHOK HERBST; YOSEF M. HERBST;
MAYER TZVI HERZKA; SHIMSHON YAAKOV HESZKEL;
YECHASKEL YEHUDA HESZKEL; SHIMON HIRSCH;
SHIMON HIRSCH; SHAUL YEHOSHUA HOCHMAN;
SHLOIME HOFSTATTER; CHAIM SHLOME HOLLANDER;
SHMIEL HOLLANDER; TOVIA BENZION HOLLANDER;
YAKOV YOSEF HOLLANDER; YEHOSHUA HOLLANDER;
YESHAYE ELYUKIM GETZIL HOLLANDER; MEYER
HOLTZMAN; YISROEL BER HONIG; ARYEH HOROVITZ;
BENZION HOROVITZ; MOSHE SHEA HOROVITZ; YONA
HOROVITZ; ALTER ELIEZER HOROWITZ; AVROHOM
SIMCHA HOROWITZ; AVRUM BURECH HOROWITZ;
BENZION HOROWITZ; BENZION HOROWITZ; BURECH
AVRUM TZVI HOROWITZ; CHAIM YAKOV YITZCHOK
HOROWITZ; ELIYAHU HOROWITZ; FEIVEL HOROWITZ;
MAYER HOROWITZ; MENACHEM HOROWITZ;
MENASHE HOROWITZ; MORDCHE YOSEF YEHOSHUA
HOROWITZ; MOSHE HOROWITZ; MOSHE YEHUDA
HOROWITZ; NAFTULA TZVI HOROWITZ; NAFTULE
BENYOMIN HOROWITZ; SHLOIME BURECH HOROWITZ;
SHLOOME ZALMEN HOROWITZ; SHMIEL HOROWITZ;
SHMIEL HOROWITZ; SHMIEL HOROWITZ; TOIVIA
ARYEH LEIBISH HOROWITZ; TZVI HERSH HOROWITZ;
YAKOV SHULIM HOROWITZ; YAKOV YITZCHOK
HOROWITZ; YISROEL MAYER HOROWITZ; YOEL
HOROWITZ; YOSEF CHAIM HOROWITZ; YOSEF TOIVIA
HOROWITZ; ZEV HOROWITZ; ZEV CHAIM HOROWITZ;
MOSHE ERI HOROWITZ C\O KAFF; CHAIM NESANEL
DOV ILOWITZ; DOVID YITZCHOK ISAAC ILOWITZ;
SHMUEL TZVI ILOWITZ; SHULIM ILOWITZ; YAKOV
ARON ILOWITZ; YESHAYA ILOWITZ; YISROEL C.
ILOWITZ; BORECH YOEL ISRAEL; DUVID ISRAEL;
MORDCHA DOV ITZKOWITZ; YAKOV MOSHE
ITZKOWITZ; YEHOSHUA HESHEL ITZKOWITZ; YOSEF

SHLOIME ITZKOWITZ; DOVID SHLOMA JUNGREIS;
MOSHE KAHAN; YAKKOV KAHAN; ELIYAHU KARP;
SHLOIME LEIB KARP; SHMIEL KARP; AVROHOM
SHLOMA KATZ; BORECH PINCHAS KATZ; DUVID KATZ;
FAVEL KATZ; SHMIEL KATZ; BENZION BORECH
KAUFMAN; PINCHAS YEHUDA KAUFMAN; REUVEN
KAUFMAN; SHLOMO CHAIM KELLMAN; YAKOV
NAFTULA MORDCHA KELLNER; BEREL KEMPLER;
SHIMON KEMPLER; YAAKOV KEMPLER; DUVID
KENIGSBERG; ALEXANDER YEHUDA KERNKRAUT;
SHLOME ELIEZER SHIMON KERPEL; ALTER MOSHE
KESSLER; BENZION KESSLER; BENZION KESSLER;
BENZION KESSLER; BORECH SHLOME KESSLER; MEIR
NUSSEN KESSLER; MENACHEM DUVID KESSLER;
MOSHE KESSLER; PESACH KESSLER; SCHULIM
KESSLER; SHIMON KESSLER; YITZCHOK ISAAC
KESSLER; DUVID YOSEF KIDIBINSKY; BENZION
DANIEL KIWACK; TZVI MORDCHA KLAGSBRUN; YOEL
KLANG; BURECH MORDCHE KLEIN; CHANOCH ARYEH
KLEIN; DUVID KLEIN; ELIEZER KLEIN; MOSHE KLEIN;
TZVI YECHASKEL KLEIN; YAKOV MORDCHA KLEIN;
YOSEF MEIR KLEIN; CHANANYA DOV KLEINMAN;
SHLOME KLUGER; ROCHMA KNEIZEL; SHAUL
KNOBLOCH; SHAUL KNOBLOCH; SHLOIME
KNOBLOCH; YEHUDA TZVI KNOBLOCH; YISROEL
ISSER KNOBLOCH; ELIYAHU YISROEL KNOLL;
ALEXANDER ELIEZER KNOPFLER; MENACHEM
MENDEL LIPA KNOPFLER; RAPHAEL AHARON
KNOPFLER; YISROEL SHIMON KNOPFLER; ZEV ARYE
KNOPFLER; CHAIM MENACHEM HAKOIEN
KOENIGSBERG; DUVID TZVI KOHN; YOEL
KOHNFELDER; BENZION KONIGSBERG; CHAIM BERL
KOPCEIL; YEHUDA KOPCIEL; YOSEF KORNFELD;
SIMCHA AVRUM KORNREICH; TZVI ELIMELECH
KORNREICH; YEHUDA ZEV KORNREICH; YITZCHOK
YAKOV KORNREICH; AARON KRAUSZ; AVROHOM
BENZION KRAUSZ; YECHASKEL KRAUT; ELIYAHU
TZVI KROEN; MOSHE YITZCHOK KROYNIK; AVRUM
MOSHE KUPPERMAN; MOSHE YOSEF KURTZ; SHMIEL
KURTZ; YITZCHOK TOIVIA KURTZ; AVRUM LEIB
KWADRAT; BENZION KWADRAT; CHAIM AVROHOM
KWADRAT; YITZCHOK KWADRAT; SHLOIME LAMM;
ANA LAMPERT (OBSTFELD); AHRON DOVID LANDAU;
AVRUM ABISH LANDAU; AVRUM SHULIM LANDAU;
BENZION UUSHER LANDAU; CHAIM LANDAU;
CHANOCH HENOCH LANDAU; DUVID TZVI LANDAU;

EFROYIM LANDAU; FAVEL LANDAU; LEIBISH
LANDAU; MEIR CHAIM LANDAU; MORCHA ZEV
LANDAU; MORDCHE MEIR LANDAU; MORDECHA
SHULEM LANDAU; NUTA LANDAU; SHAINDEL
LANDAU; SHAUL LANDAU; SHLOIME SIMCHA
LANDAU; SHMIEL SIMCHA LANDAU; SHULIM PINCHAS
LANDAU; TZVI YAKOV YOSEF LANDAU; USHER
BARUCH LANDAU; YEHOSHUA LANDAU; YEHOSHUA
HESHEL LANDAU; YITZCHOK LANDAU; YOSEF AHRON
LANDAU; YOSEF DUVID LANDAU; PESACH LANGSAM;
AARON LAUFER; BURECH LAUFER; MAYER LAUFER;
MOSHE LEIB LAUFER; MOSHE MORDCHA LAUFER;
SHLOME REUVEN LAUFER; YISROEL MEYER LAUFER;
YEHUDA MAYER YAKOV LEICHTAG; ESUMAR LEIFER;
EZRIEL ELIEZER LEIFER; SHULIM LEIFER; YOEL
LEIFER; YOSEF LEIFER; BARUCH YEHUDA LEITMAN;
BENZION LEMEL; ESTHER LEMEL; LEIBISH LEMEL;
MOSHE DUVID LEMEL; TZVI KOPPEL LEMEL; TZVI
KOPPEL LEMEL; USHER LEMEL; YEHUDA LEIBISH
LEMEL; YITZCHOK EFROYIM LEMEL; CHAIM YEHUDA
LERNER; ELIEZER LERNER; MENDEL LERNER; PINCHAS
LERNER; SHLOIME LERNER; USHER LERNER; YOSEF
CHAIM LERNER; ABRAHAM ARON LESER; AVROM ABA
LESER; BENZION LESER; BENZION ESUMAR LESER;
BERISH LESER; DUVID BOAZ LESER; KALMAN LESER;
LEIBISH LESER; LEIBISH LESER; LEIBISH LESER;
MOSHE ESOMOR LESER; NAFTULE HERTZ LESER;
NAFTULE YONA LESER; NISEN LESER; NISON LESER;
SHULE MOISHE LESER; SHULIM YEHUDA LESER;
USHER YESHAYA LESER; YAKOV YITZCHOK MOSHE
LESER; YEHUDA LEIBISH CHAIM LESER; YIDEL LESER;
YITEL LESER; YITZCHOK SHULIM LESER; YITZCHOK
YOSEF LESER; ZECHARIA USHER LESER; LEIBISH LEVI;
MORDECHAI LEVI; NUSSEN BETZALEL LEVI; SHMIEL
TZVI LEVI; HENOCH SHULIM LEVINE; ALEXANDER
SHMIEL LEVINGER; BENZION LICHT; CHAIM LEIB
LICHT; HESHEL LICHT; SHIMON LICHT; YISROEL
LICHT; DUVID LICHTENSTADTER; MORDCHE
LICHTENSTADTER; MOSHE TZVI LICHTENSTADTER;
YAKOV ELIEZER LICHTENSTADTER; AVROM LICHTIG;
AVROM LIEBER; HERSHEL LIEBER; SHLOIME BENZION
LIEBER; BENZION LIPSCHITZ; CHAIM ARYEH
LIPSCHITZ; ELIYAHU LIPSCHITZ; FISHEL LIPSCHITZ;
MOSHE NECHEMYA LIPSCHITZ; NOSON DOVID
LIPSCHITZ; SHLOIME YESHAYA LIPSCHITZ; YAAKOV
YITZCHOK LIPSCHITZ; YECHASKEL LIPSCHITZ;

YISROEL DOVID LIPSCHITZ; YISROEL YAAKOV
LIPSCHITZ; CHAIM YOSEF LIPSCHUTZ; MORDCHA
SHRAGA LIPSCHUTZ; MOSHE AHRON LIPSCHUTZ;
SHULIM ELIEZER LIPSCHUTZ; YEHOSHUA LIPSCHUTZ;
YOSEF YERMIYA LIPSCHUTZ; DANIEL LIVAN; MOSHE
YAKOV LOEWY; AVROHOM ELIEZER LOWENBRAUN;
BENZION YISROEL LOWENBRAUN; YITZCHOK
LOWENBRAUN; AHRON MANDEL; AVRUM MANDEL;
MOISHE DUVID MANDEL; SHIMON YOICHENEN
MANDEL; SHIMSHON MANDEL; SHLOIME MANDEL;
USHER YESHAYA MANDEL; YITZCHOK ISAAC
MANDEL; ZEV MANDEL; AVRUM ABA SHLOIME
MANDELBAUM;  BENZION MANDELBAUM; BENZION
GEDALYA MANDELBAUM; BENZION MOSHE
MANDELBAUM; CHAIM MANDELBAUM; CHANEH
MANDELBAUM; DUVID USHER MANDELBAUM; HERSH
LEIB MANDELBAUM; KASRIEL MEIR MANDELBAUM;
MENASHE MANDELBAUM; SIMA BRUCHA
MANDELBAUM; TZVI CHAIM MANDELBAUM; YEHUDA
MENACHEM MANDELBAUM; YITZCHOK
MANDELBAUM; DOVID MARCUS; YAKKOV MARCUS;
SHLOIME MARKOWITZ; YITZCHOK MORDCHE
MARKOWITZ; MENDEL MARKSTEIN; YACOV YOSEF
MAYER; ZEV ELIYAHU MAYER; PINCHAS ELIYAHU
MEIEROWITZ; AHRON YEHUDA MEISELS; ALEXANDER
SHMIEL MEISELS; ARON MEISELS; AVROM YITZCHOK
MEISELS; AVRUM NECHEMIA MEISELS; BENYOMIN
ZEV MEISELS; BENZION MEISELS; BINEM MENACHEM
MENDEL MEISELS; CHAIM MEISELS; MORDCHAI TZVI
MEISELS; MORDCHE ZALMEN MEISELS; MOSHE DOVID
MEISELS; NACHMEN CHAIM MEISELS; USHER ZEV
MEISELS; YITZCHOK TOVIA MEISELS; YOEL MEISELS;
YOSEF MEISELS; YOSEF DANIEL MEISELS; HERSHEL
MELZER; SHLOIME MELZER; TZVI HERSH MENES;
AKIVA MILLER; AVROM SHLOIME MILLER; BENZION
MILLER; CHAIM MILLER; CHAIM MILLER; CHAIM
SHIMON MILLER; CHAIM SHIMON MILLER; CHAIM
SHIMON MILLER; ELIYAHU OIZER MILLER; GEDALYA
DUVID MILLER; MOISHE CHAIM MILLER; MOISHE
TOVIA MILLER; NACHMEN CHAIM MILLER; PESACH
DOVID MILLER; YAKOV SHIMON MILLER; YESHAYA
MILLER; YONASON BINYOMIN MILLER; CHAIM
SHIMON MILLER-NEWMAN; MORDCHE MILLER-
NEWMAN; RIVKA MILLER-NEWMAN; YESHAYE
ELIEZER MILLER-NEWMAN; DOVID MINKOFF; YISROEL
MINKOFF; ARON MINZER; DOV MINZER; DOVID

MINZER; NAFTULE TOIVIA MINZER; TZVI ELIEZER
MINZER; YAKOV SHMIEL MINZER; YISROEL MINZER;
YISROEL ELIYAHU MINZER; SHIMSHON MOLINSKY;
MOSHE YOSEF MONTAG; BENZION YEHUDA
MORGENSTERN; YITZCHOK MORDCHA DOVID
MORGENSTERN; YITZCHOK DUVID SHULIM
MOSKOVITZ; AVRUM YOINESEN MOSSBERG; BENZION
ELIEZER MOSSBERG; HERSCHEL MOSSBERG; RAFAEL
ARYE MOSSBERG; SHLOIME MOSHE MOSSBERG;
HENOCH MUNZELES; AVIGDOR ELIYAHU NEIGER;
SHMIEL ZANVIL NEIGER; YISROEL AVRUM NEIMAN;
MOSHE SHMIEL NICHTBORGER; BENZION OBSTFELD;
BENZION YITZCHOK OBSTFELD; ELUZER OBSTFELD;
GOLDA OBSTFELD; LEVI YOSEF OBSTFELD; NAFTULA
CHAIM OBSTFELD; YITZCHOK SHMIEL OBSTFELD;
AVRUM ZALMEN OFFEN; YAKOV YOSEF ORLIANSKY;
MOSHE CHAIM MEIR PANZER; SHMIEL YAKOV PAPIER;
YAKOV AVIGDOR PAPIER; YITZCHOK YONA PAPIER;
YISSOCHER DOV PARNES; ELIYAHU PERL; MENACHEM
MENDEL PERL; YESHAYE PERL; YISROEL ELIEZER
PERL; MOSHE PERLMAN; SHLOIME PERLMAN;
YISROEL SHLOME PERLSTEIN; YITZCHOK PERLSTEIN;
AVRUM YEHOSHUA PILLER; DUVID MOSHE PILLER;
MORDCHE TZVI PILLER; PINCHAS SHAUL PILLER;
SHLOIME ELIYAHU PILLER; CHAIM YEHUDA POLLAK;
BENZION POSNER; BENZION POSNER; BENZION
POSNER; CHAIM POSNER; MORDCHA YITZCHOK
HALEIVI POSNER; MOSHE POSNER; MOSHE YIDA
POSNER; REUVEN POSNER; YAKOV POSNER; YOSEF
NAFTULE POSNER; YAKOV DOV RAAB; ARON PINCHUS
RABINOVITZ; YISROEL SHIMON RAUCHVERGER;
AARON LEIB RAYZBERG; LEIBEL REICH; YOSEF REICH;
AVROM ABISH REICHBERG; CHAIM YEKUSIEL
REICHBERG; ITCHA REICHBERG; MOSHE DUVID
REICHBERG; TZVI MORDCHE REICHBERG; YERMIA
REICHBERG; MENASHE REICHMAN; MENDEL
REICHMAN; PINCHAS TZVI REICHMAN; AVROM
YEHOSHUA REIFER; AVRUM REIFER; CHAIM REIFER;
CHAIM TZVI REIFER; DUVID REIFER; ELIYAHU
YITZCHOK REIFER; MOSHE REIFER; TZVI YEHUDA
REINHOLD; YAKOV ARYE REINHOLD; YECHASKEL
REINHOLD; YECHASKEL MOSHE REINHOLD; YIDA
MORDCHA REINHOLD; YISROEL REINHOLD; YITZCHOK
SHMIEL REINHOLD; AVROM YAKOV RIEGER; BENZION
CHAIM RIEGER; EFROYIM YISROEL RIEGER;
ELIMELECH RIEGER; LEAH RIEGER; NAFTULA RIEGER;

10

SHMAYE YISROEL RIEGER; TZVI HERSH RIEGER;
YOSEF DUVID RIEGER; MOSHE AARON RIEGLER;
YISROEL RIEGLER; YOSEF NAFTALI RIEGLER; SHAUL
ROSEN; YEHOSHUA ROSEN; BURECH MEIR
ROSENBAUM; MORDCHE YOEL ROSENBAUM; YECHIEL
SHRAGA ROSENBAUM; AVROM DUVID ROSENBERG;
CHAIM BENZION ROSENBERG; KALMAN ROSENBERG;
MORDECHA ROSENBERG; MOSHE VOLF ROSENBERG;
NAFTULE TZVI ROSENBERG; YECHASKEL ROSENBERG;
YITZCHOK SHLOIME ROSENBERG; MOSHE
ROSENBLUM; PINCHAS YEHOSHUA ROSENBLUM;
AVRUM ROSENFELD; BEREL ROSENFELD; CHAIM
ROSENFELD; LAIBY ROSENFELD; LEIBISH ALTER
ROSENFELD; YOEL ROSENFELD; YOEL ROSENFELD;
YOEL ROSENFELD; BENZION SHMIEL ROSENGARTEN;
DOVID YEHOSHUA ROSENGARTEN; SHMIEL TZVI
ROSNER; DUVID ROTH; SARAH ROTH; SHLOIME ROTH;
YOEL ROTHER; DANIEL ROTTENBERG; LEIBISH
ROTTENBERG; LEVI YITZCHOK ROTTENBERG;
YECHIEL ROTTENBERG; AVROM DOVID RUBENSTEIN;
YEHOSHUA RUBENSTEIN; YEKISIEL YEHUDA
RUBENSTEIN; ALTER YITZCHOK ISAAC RUBIN; ARYE
RUBIN; ARYEH LEIBISH RUBIN; AVROM YEHOSHUA
RUBIN; CHAIM BARUCH RUBIN; CHAIM YAKOV
YITZCHOK RUBIN; DOVID YAKOV RUBIN; DOVID
YEHOSHUA RUBIN; ELISHA NAFTULE RUBIN; FAVEL
RUBIN; LEIBEL RUBIN; LEIBISH RUBIN; MORDECHAI
RUBIN; MOSHE RUBIN; MOSHE RUBIN; PINCHAS
RUBIN; SIMCHA SHLOIME RUBIN; USHER YESHAYE
RUBIN; YAKOV RUBIN; YAKOV YISROEL YESHURIN
RUBIN; YECHASKEL RUBIN; YECHASKEL SHRAGE
MEIR RUBIN; YEHOSHUA CHAIM RUBIN; YEHOSHUA
SHULIM NUSEN RUBIN; YISOCHER BERISH RUBIN;
YISROEL YAKOV RUBIN; YITZCHOK RUBIN; YOEL
RUBIN; YITZCHOK BORECH RUMPLER; YAAKOV
SAFERN; SHMUEL DOVID SAMET; MOSHE YOSEF
SCHACHTER; PINCHUS SCHACHTER; SHLOME DOV
SCHACHTER; YISROEL ALTER SCHACHTER; YITZCHOK
BURECH SCHACHTER; ALEXANDER ZEESKIND
SCHARF; BENZION SCHARF; CHAIM ALEXANDER
SCHARF; DUVID BENZION SCHARF; DUVID PINCHAS
SCHARF; ELIYAHU SCHARF; LIPA SCHARF; PESACH
SHULIM SCHARF; PINCHAS TZVI SCHARF; REUVEN
SHIMSHON SCHARF; SHLOIME SCHARF; SHLOME
SCHARF; TZVI SCHARF; USHER YESHAYE SCHARF;
YECHASKEL SCHARF; YEHUDA DUVID ARYEH

SCHARF; YITZCHOK SCHARF; BREINA GITTEL
SCHAYA; ANSHEL SCHIFF; MOISHE AHRON SCHIFF;
YAKOV SCHIFF; YISROEL ALTER SCHLAFF; BINEM
MENACHEM MENDEL SCHLAFRIG; LEIBISH
SCHLAFRIG; LEIBISH SCHLAFRIG; MOSHE SCHLAFRIG;
SHLOIME TZVI SCHLAFRIG; YAKOV MAYER
SCHLAFRIG; YEHOSHUA CHAIM SCHLAFRIG;
YITZCHOK MAYER SCHLAFRIG; CHAIM SHLOMO
SCHLOMOVICS; MOSHE SCHLOMOVICS; YOSEF
SHULIM SCHLOMOVICS; AVROM MOSHE SCHLUSSEL;
SHLOIME SCHLUSSEL; TZVI HERSH SCHNECK; SHULIM
DOVER SCHNEERSON; YITZCHOK MORDCHA SCHON;
TZVI YOSEF SCHONBERGER; YAKOV TZUDIK
SCHONBERGER; YITZCHOK SCHONBERGER; AARON
DUVID SCHWARTZ; BORECH MORDCHE SCHWARTZ;
DUVID SHLOIME SCHWARTZ; DUVID SHMIEL
SCHWARTZ; SHULIM YOSEF SCHWARTZ; YAKOV
MOSHE SCHWARTZ; YECHIEL MECHEL SCHWARTZ;
ZVI DOV SCHWARTZ; AVROM SCHWIMMER; CHAIM
SHLOIME SCHWIMMER; CHAIM YESHAYA
SCHWIMMER; ELIYAHU SCHWIMMER; YAKOV
NAFTULE SCHWIMMER; YITZCHOK MEIR
SCHWIMMER; YEHOSHUA SHRAGA TZVI SEIDENFELD;
GITEL SHIFRAH SHMAYE; YEHUDA YITZCHOK
SHMAYE; AVRUM SIEGER; CHAIM SIEGER; TZVI
ELIMELECH SILBER; AVRUM SILBERSTEIN; BENZION
MAYER SILBERSTEIN; YISROEL ZEV SILBERSTEIN;
BENZION SILBIGER; CHAIM SIMKOWITZ; CHAIM
MOSHE SIMON; DUVID YITZCHOK SIMON; AVRUM ZEV
SINGER; BORECH SINGER; CHAIM GERSHON SINGER;
DUVID S. SINGER; ELIYAHU SINGER; SHLOME CHAIM
SINGER; SHLOME TZVI SINGER; YOSEF YEHUDA
SINGER; BENZION SPIELMAN; BENZION YITZCHOK
SPIELMAN; ELCHUNON SPIELMAN; GOLDA SPIELMAN;
LEIBTCHA SPIELMAN; LEIBY SPIELMAN; YOSEF
YERMIE SPIELMAN; MORDECHAI SPITZER; YAKOV
MICHOEL SPITZER; AARON BURECH SPREI;
ALEXANDER SPREI; BENZION SPREI; CHAIM SPREI;
CHAIM SHMIEL SPREI; YECHIEL SPREI; YEHOSHUA
YOSEF SPREI; AARON STAHL; YESHAYA ELUZER
STAHL; BETZALEL STEINBERG; HERSHEL STENGEL;
NAFTULI STENGEL; YITZCHOK STENGEL; ALEXANDER
STERN; AVRUM MOSHE STERN; MENDEL STERN;
MOSHE YAKOV STERN; YITCZCHOK SIMCHA STERN;
ELIEZER STERNBUCH; MORDCHA ZEV STERNHELL;
MOSHE HESHIL STERNHELL; YITZCHOK DUVID

STERNHELL; ZECHARIA ARYEH STERNHELL; AHARON
DOV STEUER; BEREL STEUER; YAKOV STEUER;
YECHASKEL STEUER; BENZION SHAUL STIEL;
BENZION SHLOIME STIEL; CHAIM ELUZER STIEL;
CHAIM YITZCHOK STIEL; DUVID YIDA STIEL; FISHEL
STIEL; NAFTULI TZVI STIEL; SHLOIME STIEL; YAKOV
YITZCHOK STIEL; YITZCHOK STRALBERG; MENDY
STROHLI; YIDA BINYOMIN STROHLI; ROIZA
STRYGLER; CHAIM SHAUL SUSHOLZ; DUVID ELIEZER
MENACHEM SWIMER; BENZION TAUBER; CHAIM
YAKOV YOSEF TAUBER; SHULIM YITZCHOK TAUBER;
YOSEF SIMCHA TAUBER; ARYEH LEIBISH
TEITELBAUM; AVRUM CHAIM TEITELBAUM; MENDEL
TEITELBAUM; MOSHE MENACHEM TWERSKI; YAAKOV
YISROEL TWERSKI; DUVID URBACH; AVRUM SHABSE
EBER VALLACH; MORDCHA ELIEZER VALLACH;
SHULEM YOSEF VALLACH; SHMUEL AVRUM VIMMER;
CHAIM SHAUL VORST; BARUCH YOSEF WACHSMAN;
BENZION WACHSMAN; BENZION AVRUM WACHSMAN;
BENZION ELIMELECH WACHSMAN; CHAIM
ALEXANDER WACHSMAN; CHAIM DUVID WACHSMAN;
CHAIM SHMIEL WACHSMAN; MORDCHE ARYEH
WACHSMAN; SHIMON MOSHE WACHSMAN; SHMIEL
DUVID WACHSMAN; SHMIEL YEHUDA WACHSMAN;
SHULEM YITZCHOK WACHSMAN; WOLF WACHSMAN;
YESHAYA LEIB WACHSMAN; NAFTULA CHAIM
WAGSCHAL; MOSHE BENYAMIN WALDNER; SHAUL
YECHASKEL WALDNER; TZVI KOPPEL WALDNER;
YITZCHOK SHLOME WALDNER; AVRUM BENZION
WALZER; YAKOV SHLOIME WALZER; YITZCHOK MEIR
YECHIEL WALZER; YOEL YITZCHOK WEBERMAN;
MOSHE DUVID DOV WEILL; DUVID MENACHEM
WEINBERGER; MORDCHA WEINBERGER; MOSHE
MAYER WEINBERGER; YERMIA WEINBERGER;
YISSOCHER DOV BERISH WEINBERGER; BENZION
DOVID WEINFELD; BENZION ELIYAHU WEINFELD;
ELIYAHU WEINFELD; YAAKOV YOEL WEINFELD;
YEHOSHUA ELIMELECH WEINFELD; YOSEF WEINFELD;
AVRUM WEINGARTEN; AVRUM YOSEF WEINGARTEN;
BENZION WEINGARTEN; BERISH WEINGARTEN; CHAIM
MEIR WEINGARTEN; DOVID WEINGARTEN; NACHMAN
WEINGARTEN; TZVI ELIMELECH WEINGARTEN;
YAKKOV TZVI WEINGARTEN; YECHASKEL ELIYAHU
WEINGARTEN; YECHASKEL YIDA WEINGARTEN;
YITZCHOK ISAAC WEINGARTEN; TOVIA WEINMAN;
SHRAGE BORECH WEINREICH; YITZCHOK TZVI

13

WEINREICH; YOSEF MOSHE WEINREICH; MAYER
WEINSTEIN; AVRUM MAYER WEINSTOCK; AARON
WEISFELD; YISSOCHER ZEV WEISFELD; BETZALEL
YOSEF SHRAGA TZVI WEISS; DUVID MOSHE WEISS;
ELIMELECH WEISS; YAKOV WEISS; SHULIM YEDIDYA
WESEL; MENACHEM MENDEL WEST; MAYER WIEDER;
SHMIEL WIESNER; YOSEF ELIMELECH WIESNER;
HERSCHEL WIETSCHNER; YITZCHOK WIRTZBERGER;
FISHEL WISLICKI; ELIYAHU YEHUDA WOLCOWITZ;
MOISHE ZEV WOLCOWITZ; YESHAYA ELUZER
WOLCOWITZ; CHAIM WOLF; CHAIM WOLF; SHAUL
WOLF; YEHUDA YOEL WOLF; SHIMON MORDCHE
YOUNGEWIRTH; YITZCHOK MAYER YOUNGEWIRTH;
SHMIEL LEIB ZAIDMAN; AVRUM DOV YITZCHOK
ZANGER; YISROEL YAKOV ZANGER; ELUZER ZEIGER;
SHLOME ZEIGER; YISROEL ISSER SHRAGE ZEIGER;
MOSHE NECHEMIA ZENWIRTH; MOSHE YOSEF
ZENWIRTH; SHLOIME ALTER ZENWIRTH; YAKOV
ZENWIRTH; YECHASKEL SHRAGE ZENWIRTH; MOISHE
PINCHAS ZIEGLER; PINCHOS ZIMMER; CHAIM
BENZION ZINGER; BENZION ZITRONENBAUM; BORUCH
BENDIT ZITRONENBAUM; MENACHEM MENDEL
ZITRONENBAUM; MOSHE YAKOV ZITRONENBAUM;
NAFTULE REUVEN ZITRONENBAUM; SHMARYUHI
ZITRONENBAUM; SHMIEL ZITRONENBAUM; YAKOV
ZITRONENBAUM; YECHIEL BENZION ZITRONENBAUM;
YESHAYA ZITRONENBAUM; YITZCHOK
ZITRONENBAUM; ARON ZOBERMAN; YEHOSHUA
ZOBERMAN; YOEL ZOBERMAN; YITZCHOK MANIS
ZUKKER; AMIDEI ZION OF BOBOV INC. (A/K/A AMIDEI
ZION); BNOS ZION OF BOBOV, INC. (A/K/A BNOZ ZION,
BNOS ZION OF BOBOV); BOBOWER YESHIVA;
BOBOWER YESHIVAH BNEI ZION (A/K/A BOBOWER
YESHIVA BNEI ZION,  BOBOWER YESHIVA BNEI ZION
INC,  BOBOVER YESHIVA BNAI ZION, BOBOVER
YESHIVA BNEI ZION , BOBOVER YESHIVA, BOBOVER
YESHIVA BNEI ZION INC, YESHIVAH BNEI ZION OF
BOBOV); CONG. GEMACH EZRAS CHASANIM D'BOBOV
(A/K/A CONG GEMACH KEREN CHASANIM D'BOBOV,
KEREN CHASANIM D'BOBOV); CONG. MACHNA
SHALVA ZICHRON ZVI DOVID (A/K/A CAMP SHALVA,
CAMP SHALVA D'BOBOV, MACHNE SHALVA, MACHNE
SHALVA D'BOBOV); CONGREGATION AHAVAS CHESED
D'BOBOV; CONGREGATION K'HAL SHAAREI ZION
(A/K/A CONG. KHAL SHAAREI ZION BOBOV, KHAL
SHAAREI ZION BOBOV, KHAL SHAAREI ZION,

CONGREGATION SHAAREI ZION); CONGREGATION
KEREN OHR CHAIM D'BOBOV (A/K/A KEREN OHR
CHAIM); GEMILAS CHESED ZICHRON ZVI D'BOBOV;
KOLLEL ZICHRON CHAIM OF BOBOV (A/K/A BOBOVER
KOLLEL); MACHNE GILA; MESIVTA EITZ CHAIM OF
D'BOBOV (A/K/A MESIVTAH EITZ CHAIM D'BOBOV,
MESIVTAH EITZ CHAIM OF BOBOV, MESIVTAH EITZ
CHAIM OF BOBOV INC,  BOBOVER MESIVTAH,
MESIVTA EITZ CHAIM); MESIVTA KEREM SHLOME
(A/K/A MESIVETA KEREM SHLOMO, YESHIVA KEREM
SHLOMO, YESHIVA CHEMDAS YISROEL KEREM
SHLOMO D'BOBOV); PESHA ELIAS BIKUR CHOLIM
D'BOBOV INC. (A/K/A BOBOVER BIKUR CHOLIM);
RABBINICAL COLLEGE BOBOVER YESHIVA BNEI ZION;
UNITED BOBOV INTERNATIONAL INC.; YESHIVA
KEREM SHLOMO; YESHIVAH BNEI ZION OF BOBOV,

       Petitioners,

   v.

ZVI ARYE RHEINOLD; MENDEL GROSS A/K/A
MENACHEM YECHESKEL GROSS; YITZCHAK ISAAC
DEUTCH; SIMCHA ROTH; MENACHEM MENDEL
ABRAMOVITZ; SHMUEL ABRAMOVITZ; TZVI DOVID
ABRAMOVITZ; YISROEL YOSEF ABRAMOVITZ; SHIMON
ELIEZER ASOVSKI; CHAIM DOVID BAKON; BENYOMIN
BARBER; ELIMELECH BAUMWOLSPINER; MEYER
YITZCHOK BAUMWOLSPINER; MOSHE
BAUMWOLSPINER; SIMCHA BAUMWOLSPINER;
SHULIM BECK; AVROM MOSHE BEIGEL; ELIEZER
DUVID BEIGEL; YAKOV BERGER; YITZCHOK MOISHE
BERGER; AVRUM BERNSTEIN; BETZALEL BERNSTEIN;
YISROEL DOV BERNSTEIN; BENZION TZVI BIRNBAUM;
ELIEZER BIRNBAUM; MENDEL BIRNBAUM;
MORDECHAI BIRNBAUM; SHULIM BIRNBAUM;
YECHESKAL BLAU; BENZION BLUM; NUSSEN DUVID
BLUM; BENZION BLUMENBERG; MENACHEM
YEHOSHUA HALEIVI BLUMENBERG; YEHUDA YOSEF
HALEIVI BLUMENBERG; ARYEH LEIB BODNER; SHMIEL
YESHAYA BODNER; EZRIEL ZELIG BORNFREUND;
SHLOME BRAUNFELD; YOSEF NACHMEN BRAVER;
YAKKOV BRODY; MOSHE BROMBERG; BORUCH DOVID
BRONNER; CHASKEL SHRAGA BRONNER; MOSHE
YAKOV BRONNER; NAFTOLI TZVI BRONNER; YOSEF
BRONNER; AVRUM BROWN; YITZCHOK BROWN;

USHER YAKOV BRUNNER; BENZION YOSEF CISNER;
LAIBY CISNER; NAFTALI CISNER; YISROEL SHMIEL
COHEN; CHAIM YOSEF DASKAL; CHAIM DUVID
DEUTSCH; REUVEN CHAIM DEUTSCH; SHAUEL NOACH
DEUTSCH; YOSEF DEUTSCH; ISAAC DEVRIES; YOSEF
SHIA DOMINITZ; YOEL TZVI EHRENFELD; MEYER
YOSEF EICHENSTEIN; YITZCHOK ISAAC EICHENSTEIN;
SHLOME ZISHE EINHORN; YAKOV ARYEH EINHORN;
ZISHA EINHORN; ALTER CHAIM ELISHA EISEN;
GAVRIEL PINCHAS EISEN; AHRON YITZCHOK
EISENBERG; BARUCH EISENBERG; BENZION
EISENBERG; ELIYAHU YITZCHOK EISENBERG;
MENACHEM BURICH EISENBERG; SHULIM EISENBERG;
SMIEL EZRA EISENBERG; PINCHAS DUVID ELBAUM;
YAKOV HALEIVI ELBAUM; CHAIM AVRUM
ENGELBERG; YAKOV DUVID ENGELBERG; TZVI DOVID
ENGLARD; USHER YEHUDA ENGLARD; YESHAYA
ENGLARD; CHAIM MENACHEM FASTEN; MOISHE
SHMIEL FASTEN; BENZION FEIG; YAKOV MEIR
FELDSTEIN; SHLOMIE FISCHMAN; AVRUM YEHUDA
FOLGER; AHRON NAFTULE FOLLMAN; MORDCHE TZVI
FOLLMAN; SENDER FOLLMAN; SHLOIME AVRUM
FOLLMAN; YOEL MEYER FOLLMAN; MOISHE YOEL
FORSTER; YITZCHOK ZEV FORSTER; BENZION
FRANKEL; BENYUMIN FRAZER; REUVEN FRAZER;
SHLOME YESHAYA TZVI FREIER; LEIBISH FREUND;
HERSHEL FRIEDLANDER; MORDECHAI FRIEDLANDER;
CHAIM LEIB FRIEDMAN; NUSEN NUTA FRIEDMAN;
YOEL FRIEDMAN; YAKKOV YOSEF FROSHOWITZ;
AVRUM ABISH FUHRER; BENZION FUHRER; NAFTULE
TZVI FUHRER; SHLOIME FUHRER; YAKOV FUHRER;
SHMIEL MORDCHE GANZFRIED; AMROM YISHAI
GELLER; BENZION MEIR GELLER; CHAIM LEIB
GELLER; PINCHAS GELLER; SHULIM AVRUM GELLER;
TZVI HERSH GELLER; YISROEL DUVID GELLER;
YITZCHOK SHULIM GELLER; BENZION GERMAN;
DUVID BERISH GETZ; ELIEZER GETZ; MOISHE DUVID
GETZ; MORDCHE TZVI GETZ; SHLOIME GETZ;
NAFTULE TZVI GIPS; BENZION GLICK; CHANANYA
YOM TOV LIPA GLICK; CHANOCH ZINDEL GLICK;
NUSSEN GLICK; ZVI GLICK; AHRON SHMIEL GLUCK;
PINCHAS MORDCHE GLUCK; AVRUM GOLDBERG;
CHAIM GOLDBERG; CHAIM ZVI GOLDBERG;
MENACHEM MENDEL GOLDBERG; MOISHE
GOLDBERG; NAFTALI GOLDBERG; NUSEN NUTA
GOLDBERG; TZVI YAKOV GOLDBERG; YISROEL

YITZCHOK GOLDBERG; BENZION AVRUM
GOLDFINGER; MENDEL GOLDFINGER; MOISHE YOSEF
MEIR GOLDFINGER; AHRON GOLDMAN; BENZION
GOLDMAN; BENZION DUVID GOLDMAN; DUVID DOV
GOLDMAN; PINCHAS GOLDMAN; PINCHAS GOLDMAN;
USHER ZELIG GOLDMAN; ARON GOLDSTEIN; SHLOIME
GOLDSTEIN; AHRON YEHUDA GORDON; AVRUM
CHAIM GORDON; MENACHEM MENDEL GORDON;
MORDCHA GORDON; SHLOME ZALMEN GORDON;
YAKOV DUVID GORDON; YOEL AVRUM GOTLIB;
AHRON YEHUDA GOTTHEIL; EFRAIM GOTTHEIL;
CHAIM SHLOMO GREENBERG; LEVI YITZCHOK
GREENBERG; SHMIEL GREENBERG; BARUCH CHUNA
GREENFELD; BENZION GREENFELD; DUVID YIDA
GREENFELD; MORDCHA DUVID GREENFELD;
YITZCHOK ZVI GREENFELD; BENZION GRIFFEL;
SHMIEL AHRON GRIFFEL; YOEL GRIFFEL; YOSEF
ISAAC GRIFFEL; CHAIM S. GROSMAN; GERSHON DOVID
GROSMAN; CHAIM DOV GROSS; REUVEN GROSS;
SHLOMIE GROSS; YAKOV NAFTULE GROSS; YESHAYA
YEHUDA GRUBER; BENZION MAYER GRUENSTEIN;
SHULIM YAKOV GRUENSTEIN; YOSEF MOSHE
GRUENSTEIN; DUVID YOM TOV LIPA GRUNFELD;
SHLOIME ZVI GRUSSGOTT; YECHESKAL GRUSSGOTT;
YEHOSHUA CHAIM MEIR GRUSSGOTT; YOSEF MOSHE
GRUSSGOTT; MENACHEM MENDEL AHARON GUTMAN;
BENZION GUTTER; BENZION GUTTER; BORUCH
YITZCHOK GUTTER; MORDCHA BENZION GUTTER;
SHLOME ZALMEN GUTTER; YESHAYA DUVID HILLEL
GUTTER; ZEV ELIYAHU GUTTER; AVIGDOR GUTWEIN;
YECHIEL GUTWEIN; ARON SHLOIME HAFNER;
ELIYAHU HAFNER; YAAKOV HAFNER; BENZION DOV
HALBERSTAM; CHAIM HALBERSTAM; CHAIM BORUCH
HALBERSTAM; CHAIM YEHOSHUA HALBERSTAM;
ELIEZER HALBERSTAM; ELIMELECH HALBERSTAM;
SCHMELKA HALBERSTAM; SHULIM HALBERSTAM;
YOSEF YITZCHOK HALBERSTAM; SHULIM YOSEF
HALPERN; YEHOSHUA HESHEL HALPERN; YESHAYA
HALPERN; DUVID HAMMER; LEIBEL HAMMER;
LEIBTSHE HAMMER; MENACHEM MENDEL HAMMER;
MORDECHAI HAMMER; MEIR YOSEF NUSEN HASCHEL;
SHLOME AHRON AVRUM HENIG; SHULIM HERBST;
LEIBEL HIRSCH; AHRON HOFFMAN; SHULEM
HOLENDER; YAKOV MOSHE HONIG; BENZION HORN;
AVRUM ABA HOROWITZ; AVRUM ELIMELECH
HOROWITZ; BARUCH HOROWITZ; BENZION DUVID

HOROWITZ; BEZALEL HOROWITZ; CHANOCH HALEIVI
HOROWITZ; DUVID MOSHE HOROWITZ; ELIEZER
SHIMON HOROWITZ; GERSHON TZVI HOROWITZ;
MENACHEM NUCHEM HOROWITZ; NAFTULE BENZION
HOROWITZ; SHIMON ARON HOROWITZ; TZVI
HOROWITZ; YOSEF HOROWITZ; AMROM ISRAEL;
AMROM ISRAEL; CHAIM YAKOV KOPPEL ISRAEL;
ELIEZER ISRAEL; MORDECHAI ISRAEL; YITZCHOK ZEV
ISRAEL; YOEL ISRAEL; CHAIM ZVI JAKOBOVITS;
YISROEL MEYER JAKOBOVITS; BENZION DOVID
KACENBERG; BORUCH SHIMON KACENBERG;
YITZCHOK KACENBERG; MORDCHE ARYEH KAHAN;
SHULIM ELIYAHU KATZ; BENZION KELLMAN;
YESHAYA KEMPLER; YOSEF CHAIM KEMPLER;
MORDCHE AVRUM KENIGSBERG; MOSHE SHMIEL
KERPEL; YECHESKEL EFROYIM KERPEL; AVRAHAM
ASHER KLEIN; BENZION KLEIN; CHAIM YEHOSHUA
KLEIN; DOV KLEIN; GERSHON KLEIN; PINCHAS
MENDEL KLEIN; SHIMON KLEIN; SHIMON ELIEZER
KLEIN; SHLOME CHAIM KLEIN; SHRAGE DUVID KLEIN;
SHULIM SIMACHA KLEIN; YAKOV NAFTULE HERTZ
KLEIN; YOSEF ZVI KLEIN; BERL KLEINBERGER;
YECHIEL NAFTULI KLEINMAN; AARON NOACH
KNOBLOCH; AVRUM KNOBLOCH; BENZION
KNOBLOCH; DOV BERISH KNOBLOCH; DUVID
KNOBLOCH; AVRUM ELIMELECH KNOPFLER; YISROEL
YAKOV HAKOEN KOHN; MOSHE KONIGSBERG;
ELIMELECH KOVALENKO; MATISYUHI KOVALENKO;
MORDECHAI KOVALENKO; SHIMON ELIEZER
KOVALENKO; YEHUDA LEIB KOVALENKO; ESOMOR
EFROYIM KRAUSZ; AHRON YEHOSHUA KRAUT;
HERSCHEL KRAUT; REUVEN KRAUT; MOSHE YESHAYA
KRENGEL; ELIYAHU KUPPERMAN; PINCHAS ELIYAHU
KUPPERMAN; USHER KUPPERMAN; YAKOV
KUPPERMAN; YEHOSHUA NUSEN KUPPERMAN;
ALEXANDER ZISHE KURTZ; YISROEL MORDCHE
KURTZ; MORDCHE YAKOV KUTEN; CHAIM KWADRAT;
HERSHEL LANDAU; PINCHOS LANDAU; YOSEF MOSHE
LANGSAM; MENACHEM NUCHEM LAUFER; CHANANIA
DOV LEICHTAG; BARUCH PINCHES LEIFER; ESUMER
LEIFER; SHMIEL SHMELKA LEIFER; YISSOCHER BER
LEIFER; YOEL LEIFER; YOSEF SHMIEL LEMEL; MOISHE
DUVID LENZKY; ELIYAHU LERNER; LEIBISH LERNER;
SHRAGE ZEV (FAVEL) LERNER; BERISH LESER;
AHARON DOV LEVITA; CHAIM YOSEF LEVITA; DUVID
LEVITA; MOISHE NECHEMYA LEVITA; YAKOV LEVITA;

CHAIM YEKUSIEL LICHTENSTADTER; AHRON LICHTIG;
DUVID LINDNER; YOSEF YOIZFA LINDNER; SHULEM
TZVI LIPSCHITZ; YISROEL BER MANDEL; MORDECHAI
MANDELBAUM; BENZION MANDELL; CHAIM YESHAYA
MANDELL; GEDALIA MAYER; SHLOMO BURECH
MAYER; AARON MEIR MEISELS; DOVID YOSEF
MEISELS; YIDEL MELBER; DANIEL Y. B. MELEN;
BENZION SHMIEL MILLER; CHAIM YEHOSHUA MILLER;
ELIEZER LIPA MILLER; ELUZER ELIMELECH MILLER;
MORDCHE DUVID MILLER; MOSHE MILLER; USHER
MILLER; USHER ZELIG MILLER; UZIEL MILLER;
YECHASKEL MEIR MILLER; YISROEL MILLER;
YITZCHOK LIPA MILLER; ZEV VOLF MILLER; AVRUM
ABA MILLER-NEWMAN; YAKOV ELIEZER MILLER-
NEWMAN; YISROEL MOSHE MILLER-NEWMAN;
YISROEL SHLOME MILLER-NEWMAN; CHAIM BENZION
MINZER; YISROEL MOSHE MINZER; AVRUM MOSHE
MOSKOVITS; NAFTALI CHAIM MOSKOVITS;
YISSOCHER DOV MOSKOVITS; KLOINEMES KALMEN
MOSKOVITZ; MENACHEM MENDEL MOSKOWITZ;
AVRUM MOSHE MYSKI; SHLOIME MYSKI; YEHUDA
LEIBISH NEIFELD; BENZION NEIGER; DUVID NEIGER;
SHMIEL ZANVEL NEIGER; SHMIEL ZANVEL NEIGER;
AVROHOM NEUFELD; SHMIEL YEHUDA NEUFELD;
ARON NICHTBORGER; BENZION NICHTBORGER;
CHAIM MORDCHE NICHTBORGER; SHIMON OBSTFELD;
MENACHEM MENDEL PANETH; YECHIEL PAPIER;
YOSEF YITZCHOK PARNES; AARON PASCAL;
AVROHOM PAVEL; YITZCHOK PAVEL; BENZION
PILLER; MOSHE AVRUM PILLER; YISHAI CHAIM
POLEN; YAKOV MORDCHE POSNER; BENZION
REICHBERG; MOSHE SHIMON REICHBERG; SHLOME
YERUCHEM USHER REICHBERG; SHULEM REICHBERG;
YOSEF REICHBERG; ZEV REICHBERG; AVRUM DOV
SHMAYA REICHMAN; LEIBEL REICHMAN; TZVI
(HERSHEL) REICHMAN; BENZION REIFER; SHMIEL
REIFER; AVRUM YAKOV REINER; MENDEL REINER;
MOSHE EIREY REINER; NAFTULE TZVI REINER;
SIMCHA REINER; YOCHANAN REINER; ARYE
REINHOLD; AVROHOM REINHOLD; AVROHOM ARON
REINHOLD; BENZION REINHOLD; BENZION YOSEF
REINHOLD; ELCHUNON ZEV REINHOLD; MORDCHE
DUVID REINHOLD; SHIMON REINHOLD; YAAKOV
CHAIM REINHOLD; YAAKOV CHAIM REINHOLD;
YITZCHOK ELIEZER REINHOLD; YITZCHOK YAKOV
REINHOLD; BARUCH REISS; BORUCH YEHOSHUA

HESHIL REISS; EFROYIM FISHEL REISS; HERSHEL
REISS; HERSHEL REISS; YAKOV REISS; ZALMEN LEIB
REISZ; CHAIM MORDECHAI ROSE; DUVID PINCHAS
ROSE; YITZCHOK ROSENBERG; YONAH ARYEH
ROSENBERG; NESANEL YEHUDA ROSENBLATT; LEVI
YITZCHOK ROSENFELD; CHAIM TZVI HALEIVI
ROTENBERG; AARON ROTTENBERG; AVROHOM DUVID
ROTTENBERG; YEHOSEF TZVI ROTTENBERG;
YITZCHOK ISAAC ROTTENBERG; AVRUM RUBEL;
MOSHE YISROEL RUBEL; BENZION RUBIN; NUCHEM
YOEL RUBIN; SARAH RUCHEL RUBIN; SIMCHA
YISUCHAR DOV RUBIN; YEHOSHUA RUBIN; CHAIM
SHLOIME RUTTNER; NAFTULA TZVI SAFERN; SHMIEL
PINCHAS SAFERN; SHMIEL AKIVA SALAMON;
MENACHEM MENDEL SAMPSON; NUSEN CHUNA
SCHACHTER; ELI DUVID MOSHE SCHARF; ELIYAHU
SCHARF; MORDCHE SHULIM YOSEF SCHARF; SHMIEL
ZANVEL SCHARF; YISROEL SHLOME CHAIM SCHARF;
ZECHARIA SCHARF; CHAIM SHLOME ZALMEN SCHIK;
SHMIEL SHMELKA SCHLAF; AVRUM DUVID SCHLAFF;
CHAIM SHULEM SCHLUSSEL; DUVID SCHLUSSEL;
NAFTULE YOSEF SCHLUSSEL; AVRUM CHAIM
SCHNITZER; CHAIM MOSHE SCHONDORF; CHAIM
SHAUL SCHONDORF; MOISHE CHAIM SCHONDORF;
MORDCHE YOSEF SCHONDORF; NUSSEN SCHONDORF;
SHMIEL SCHONDORF; SINAI SCHONDORF; ZECHARYA
MENACHEM SCHONDORF; ELYUKIM GETZEL SEGAL;
YITZCHOK ISAAC DUVID SEIDENFELD; BENZION
SHEINBACH; EFROYIM FISHEL SHERMAN; CHAIM
SHIMON SHULMAN; MOSHE SHULMAN; MENASHE
SILBER; ELCHONON NUSEN SILBIGER; YOSEF
YITZCHOK DUVID SILBIGER; MENACHEM SIMON;
MOSHE BINYOMIN SMILOWITZ; DUVID NUCHEM
SPIRA; BENZION SPREI; MENACHEM SPREI; YOSEF
YITZCHOK SPREI; DUVID LEIB STEINBERG; MOSHE
STEINBERG; SHOLEM STEINBERG; YAAKOV YITZCHOK
STERNBUCH; CHAIM ELUZER STERNHELL; LEIB
STERNHELL; MOSHE YEHOSHUA STERNHELL;
NAFTULE TZVI STERNHELL; YITZCHOK STERNHELL;
YOSEF STERNHELL; NAFTULE STEUER; SHLOME VOLF
STEUER; BUROCH STROHLI; MOSHE STROHLI; PERETZ
STROHLI; SIMCHA PINCHAS STROHLI; YAKOV KOPPEL
STROHLI; YEHOSHUA STROHLI; YITZCHOK STROM;
AVROHOM STURM; BERL STURM; SHABSE YESHAYA
STURM; SHLOIME TAUSSIG; YISROEL TAUSSIG; ARYEH
DUVID TEITELBAUM; BORECH ELISHA TEITELBAUM;

20

CHAIM ELISHA TEITELBAUM; CHANANYA YOM TOV
LIPA TEITELBAUM; LEIBISH TEITELBAUM; MENASHE
TEITELBAUM; MESHILEM ZISHA TEITELBAUM;
MOISHE TEITELBAUM; MOSHE YECHIEL TEITELBAUM;
NAFTULE TEITELBAUM; YEHOSHUA HESHEL
TEITELBAUM; AVRUM TORN; BENZION TORN;
ELIMELECH TORN; SHLOME TZVI TORN; MORDCHE
TRIEGER; YAKOV BENZION TRIEGER; YISROEL
TRIEGER; YOEL ZVI TRIEGER; DUVID TROPP; NUCHEM
DANIEL TROPP; ALEXANDER TWERSKI; BENZION
ELIYAHU TWERSKI; BENZION YEHUDA LEIB TWERSKI;
BORUCH BENDET TWERSKI; MORDCHAI DOV BER
TWERSKI; MOSHE YOSEF TWERSKI; NUCHEM YISROEL
TWERSKI; SHULIM ELIEZER TWERSKI; YITCHOK MEIR
TWERSKI; AVRUM SHLOIME UNGER; AVRUM
YEHOSHUA HESHEL UNGER; BENZION Y. A. UNGER;
CHAIM ARON UNGER; CHAIM BENZION UNGER;
ELUZER UNGER; MORDCHAI DAVID UNGER; MOSHE
ELIYUKIM BRIYA UNGER; RIVKA SHENDEL UNGER;
SHULEM GERSHON UNGER; SHULIM UNGER;
YECHASKEL UNGER; YOEL YECHIEL MECHEL UNGER;
YOSEF UNGER; ARYEH WALDMAN; YOEL SHULIM
WALDMAN; EFROYIM MORDCHE WALDNER; PINCHAS
ELUZER WALDNER; CHAIM MOSHE WALZER; CHAIM
SHIMON WASSERLAUF; MOSHE YESHAYE WEBER;
YAKKOV ARON SHLOME WEIL; ALTER WEINBERGER;
ALTER YITZCHOK ISAAC WEINBERGER; EZRIEL
WEINBERGER; LEIBY WEINBERGER; PINCHAS TZVI
WEINBERGER; YOSEF WEINBERGER; AVRUM YOSEF
WEINSTOCK; ELUZER WEINSTOCK; MESHILEM ZISYA
WEISBLUM; YEHOSHUA USHER WEISBLUM; YITZCHOK
WEISBLUM; CHAIM YAKOV ELIMELECH WEISER;
YESHIYE MEIR WEISER; BENZION WEISS; CHAIM YONA
WEISS; DUVID WEISS; DUVID WEISS; NAFTULA TZVI
WEISS; SHLOME NACHMEN WEISS; YECHESKAL
SHRAGA YONA WEISS; YOSEF WEISS; MENACHEM
MENDEL WEISZ; BENZION WISLICKI; ELIMELECH
WISLICKI; MEIR YECHIEL WISLICKI; SHMIEL WISLICKI;
BENZION ZAIDMAN; DUVID HERSH ZAIDMAN; ELYUHI
DUVID ZAIDMAN; SHMIEL ARON ZAIDMAN;
YEHOSHUA HESHEL ZAIDMAN; YISROEL YOSEF
ZAIDMAN; YITZCHOK SHIMON ZAIDMAN; NAFTULE
TZVI ZENWIRTH; AVRUM YAKOV ZIEGLER; MAYER
ZIEGLER; ZVI YEHUDA ZIEGLER; AVRUM BURECH
ZOBERMAN; ELKUNA CHAIM YESHAYA ZOBERMAN;
MOSHE ZOBERMAN; NUSSEN DUVID ZOBERMAN;

ZALMEN LEIB ZOBERMAN; ALEXANDER ZISHA
ZWIEBEL; MOISHE SHIA ZWIEBEL; YITZCHOK ALTER
ZWIEBEL; BEIS TZADIKIM, INC. (A/K/A MARECHES BEIS
TZADIKIM, BEIS TZADIKIM); CONG AND GIMILAS
CHESED KIPAS CHASANIM OF BOBOV; CONG. MACHNA
SHALVA; CONGREGATION DCHASIDEI BOBOV OF
WILLIAMSBURG; CONGREGATION TZIREI AVREICHIM
OF BOBOV; ICHUD MOSDOS BOBOV (A/K/A
CONGREGATION ICHUD MOSDOS BOBOV, ICHUD
MOSDOS BOBOV-45, CONGREGATION ICHUD MOSDOS
BOBOV-45); KHAL BOBOV-45 (A/K/A CONG. OF
BOBOV-45; F/K/A CONGREGATION SHAAREI ZION
D'BOBOV); KHAL ICHUD CHASIDIM; KOLLEL
AVREICHIM D'CHASIDEI BOBOV; MOSDOS BNEI ZION;
TALMIDEI BOBOV INC.; TALMUD TORAH BNEI ZION
D'BOBOV; TALMUDICAL SEMINARY OF BOBOV,

       Respondents.

**PLEASE TAKE NOTICE** that, upon the accompanying Petition to Confirm Arbitration Award, Petitioners, by their undersigned attorneys, will petition the Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for an order pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, confirming the arbitration award issued in the arbitration between Petitioners and Respondents and appended to the Petition, and directing that the award be entered as the judgment of this Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b), answering papers, if any, must be served within fourteen days after service of this Petition.

Dated:    New York, New York
           August 17, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By:    _____
         Alan Vinegrad
         David Pinsky

Catherine Gibson
Erin Monju
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
avinegrad@cov.com
dpinsky@cov.com

*Attorneys for Petitioners*