# Appendix B



**Targem Translations**

143 Rodney Street

Brooklyn, N.Y. 11211

Tel. (718) 384-8040

Fax: (718) 388-3516

# CERTIFICATE OF ACCURACY

ON THIS DAY, PERSONALLY APPEARED BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF NEW YORK, COUNTY OF KINGS, WOLF MARKOWITZ, WHO AFTER HAVING DULY AFFIRMED, DEPOSES AND SAYS THAT HE IS A TRANSLATOR OF THE HEBREW AND ENGLISH LANGUAGES; THAT HE CAREFULLY PREPARED THE ATTACHED ENGLISH TRANSLATION OF THE ATTACHED DOCUMENTS WRITTEN IN THE HEBREW LANGUAGE; AND THAT THE TRANSLATION IS A TRUE AND CORRECT RENDERING OF SUCH DOCUMENT AND THE WHOLE THEREOF. DESCRIBED AND AFFIRMED TO BEFORE ME THIS 7/31/2015

_____
SIGNATURE OF TRANSLATOR

_____
SIGNATURE OF NOTARY

ROCHAL WEISS
Notary Public, State of New York
Registration No.: 01WE6293785
Qualified in Kings County
My Commission Expires December 16, 2017



PROFESSIONAL TRANSLATIONS OF FOREIGN LANGUAGES

<u>הוספת לשטר בירורין</u>

בס"ד יום ____ לחודש ____ שנת תשע"ב לפ"ק.

אנחנו בעלי הדיינים החתומים מטה בשמינו ובשם כל המרשים, ובשם קהלות ומוסדות באובב בכל העולם, ובשם כל החברות הציבוריים שנעשו עבור קהלות ומוסדות באובב בכל העולם, מודים בהודאה גמורה וחתימת ידינו תעיד עלינו ממאה עדים כשרים ונאמנים על כל מה דכתוב ומפורש להלן. לפני כמה שנים קבלנו קנין ותחמנו בשמינו ובשם כל המרשים, ובשם קהלות ומוסדות באובב בכל העולם, ובשם כל החברות הציבוריים שנעשו עבור קהלות ומוסדות באובב בכל העולם על שטרי בירורין אצל הרבנים הדיינים, הרה"ג מוה"ר יצחק מערצגער שליט"א, שנבדר מצד התובע, והרה"ג מוה"ר יקותיאל זלמן גראס שליט"א, שנבדר מצד הנתבע, והרה"ג מוה"ר יחיאל באב"ד שליט"א, והרה"ג מוה"ר יצחק חיים זעלטענרייך שליט"א, והרה"ג מוה"ר אברהם ברוך ראזענבערג שליט"א, שהם השלישים המכריעים. כעת באמצע המשא ומתן של הדיינים, א' מהדיינים רצה להשתתף בהמשא ומתן על ידי הטעלעפאן בלי נוכחותו האישית. ובאנו בזה לקבל במפורש בי"ד הנ"ל ככל תוקף השטרי בירורין שחתמנו אפי' שחלק מהדיינים השתתפו וואו ישתתפו בהמשא ומתן על ידי הטעלעפאן בלי נוכחותם האישית. וכל הנ"ל נעשה בקנין גמור אגב סודר במנא דכשר למקניא בי' מעכשיו נ"ל בזמן הקנין סודר כפני בית דין חשוב, בצירוף עוד קנינים וחיזוקים באופן היותר מועיל על פי תודתינו הקדושה, ובאופן שלא יהא בו שום חשש קנין דברים או אסמכתא או שום ריעותא שבעולם כחומר קנינים ותנאים העשויים כתיקון חכמינו וכרוחם לברכה ולא כאסמכתא ודלא כטופסי דשטרי וכל שרירי וקים.

| | | |
|---|---|---|
| חתימת בעל דין _____ | יום __ לחודש __ | שנת תשע"ב לפ"ק. |
| חתימת בעל דין _____ | יום __ לחודש __ | שנת תשע"ב לפ"ק. |
| חתימת בעל דין  1 אהרן הירש  יום 2 לחודש [?] | שנת תשע"ב לפ"ק. |
| חתימת בעל דין _____ | יום __ לחודש __ | שנת תשע"ב לפ"ק. |
| חתימת בעל דין _____ | יום __ לחודש __ | שנת תשע"ב לפ"ק. |
| חתימת בעל דין _____ | יום __ לחודש __ | שנת תשע"ב לפ"ק. |
| חתימת בעל דין _____ | יום __ לחודש __ | שנת תשע"ב לפ"ק. |

*Translation from the H E B R E W language*

## Addendum to Arbitration Agreement

By the Grace of G-d, _____ 5772

We, the parties signed hereinafter, on our own behalf and on behalf of all principalss, on behalf of Bobov congregations and institutions throughout the globe, and on behalf of all public corporations that were created for the benefit of Bobov congregations and institutions throughout the globe, admit with a complete admission, and the signature by our hand shall bear witness upon us more effectively than one hundred qualified and trusted witnesses with reference to all that is written and detailed below.

A number of years ago we performed a binding procedure and signed an arbitration agreement, on our own behalf and on behalf of all principalss, on behalf of Bobov congregations and institutions throughout the globe, and on behalf of all public corporations that were created for the benefit of Bobov congregations and institutions throughout the globe, before the following Rabbinical Judges: Rabbi Yitzchak Berger, who was selected by the plaintiffs party; Rabbi Yekusiel Zalmen Graus, who was selected by the defendants party; and Rabbi Yechiel Babad, Rabbi Yitzchak Chaim Zeltenreich, and Rabbi Abraham Baruch Rosenberg, who serve as *Shalishim*[1] casting the deciding votes.

At this time, in the midst of deliberations by the Rabbinical Judges, one of the Rabbinical Judges wants to participate in deliberations via telephone, without being present in person. We hereby expressly accept the aforementioned Rabbinical Court with the fullest validity of the arbitration agreement we signed, even though some of the Rabbinical Judges participated and/or will participate in deliberations via telephone and without their presence in person.

All of the above was entered into through a complete *Agav Suder* binding procedure, performed with an object that is appropriate for binding purposes, effective immediately [i.e. at the time of the *Suder* binding procedure], before a distinguished Rabbinical Court, in addition to other binding procedures and methods in a manner most effective according to our holy Torah,[in a manner that does not constitute merely a verbal acquisition or a simple assurance or any deficiency whatsoever], with the seriousness of binding procedures and stipulations that are conducted as regulated by our sages of blessed memory, neither as a simple assurance nor as a standard form of contract; it is all confirmed and established.

Party's signatures                                                                                    5772
Party's signatures                                                                                    5772
Party's signatures {signature} *Yitzchak Isaac Deutch*                         25 *Teves* 5772
                                                            {Calendar date: January 20, 2012}

_____
[1] Neutrals



| | |
|---|---:|
| Party's signatures | 5772 |
| Party's signatures | 5772 |
| Party's signatures | 5772 |
| Party's signatures | 5772 |
| Party's signatures | 5772 |





**Targem Translations**

143 Rodney Street
Brooklyn, N.Y. 11211
Tel. (718) 384-8040
Fax: (718) 388-3516

# Certificate of Accuracy

On this day, personally appeared before me, a Notary Public in and for the State of New York, County of Kings, Wolf Markowitz, who after having duly affirmed, deposes and says that he is a translator of the Hebrew and English languages; that he carefully prepared the attached English translation of the attached documents written in the Hebrew language; and that the translation is a true and correct rendering of such document and the whole thereof. Described and affirmed to before me this 7/31/2015

**Signature of Translator**

**Signature of Notary**

Rochal Weiss
Notary Public, State of New York
Registration No.: 01WE6293785
Qualified in Kings County
My Commission Expires December 16, 2017



Professional Translations of Foreign Languages

05/20/2006  03:15    7186334555                    1SELTENREIC                          PAGE  01

## הוספה לשטר בירורין

בס"ד יום ____ לחודש ____ שנת תשע"ב לפ"ק.

אנחנו בעלי הדינים החתומים מטה בשמנו ובשם כל המורשים, ובשם קהלות ומוסדות באבוב בכל העולם, ובשם כל החברות הציבוריים שנעשו עבור קהלות ומוסדות באבוב בכל העולם, מודים בהודאה גמורה וחתימת ידינו העיד עלינו יותר ממאה עדים כשרים ונאמנים על כל מה דכתוב ומפורש להלן. לפני כמה שנים קבלנו קנין וחתמנו בשמינו ובשם כל המורשים, ובשם קהלות ומוסדות באבוב בכל העולם, ובשם כל החברות הציבוריים שנעשו עבור קהלות ומוסדות באבוב בכל העולם על שטרי בירורין אצל הרבנים הדיינים, הרה"ג מוה"ר יצחק בערגער שליט"א, שנבחר מצד התובע, הרה"ג מוה"ר יקותיאל זלמן גראוס שליט"א, שנבחר מצד התובע, והרה"ג מוה"ר יחיאל באב"ד שליט"א, והרה"ג מוה"ר יצחק חיים זעלטענרייך שליט"א, והרה"ג מוה"ר אברהם ברוך ראזענבערג שליט"א, שהם השלישים המכריעים. כעת באמצע המשא ומתן של הדיינים, א' מהדיינים רוצה להשתתף במשא ומתן על ידי הטעלעפאן בלי נוכחותו האישית. ובאנו בזה לקבל במפורש בק"י הנ"ל בכל תוקף השטרי בירורין שהסכמנו אעפ"י שחלק מהדיינים השתתפו וו/או ישתתפו במשא ומתן על ידי הטעלעפאן בלי נוכחותם האישית. וכל הנ"ל נעשה בקנין גמור אגב סודר במנא דכשר למקניא בי' מעכשיו נר"ל בזמן הקנין סודרן כפני בית דין חשוב, בצידוף עוד קנינים וחיזוקים באופן היותר מעל על פי תורתנו הקדושה, ובאופן שלא יהא בו שום חשש קנין דברים או אסמכתא או שום ריעותא שבעולם כחומר קנינים ותנאים העשויים כתיקון חכמינו זכרונם לברכה ודלא כאסמכתא ודלא כטופסי דשטרי הכל שריר וקים.

חתימת בעל דין _____  יום __ לחודש ____  שנת תשע"ב לפ"ק.
חתימת בעל דין _____  יום __ לחודש ____  שנת תשע"ב לפ"ק.
חתימת בעל דין _____  יום __ לחודש ____  שנת תשע"ב לפ"ק.
חתימת בעל דין _____  יום __ לחודש ____  שנת תשע"ב לפ"ק.
חתימת בעל דין _____  יום __ לחודש ____  שנת תשע"ב לפ"ק.
חתימת בעל דין _____  יום __ לחודש ____  שנת תשע"ב לפ"ק.
חתימת בעל דין _____  יום __ לחודש ____  שנת תשע"ב לפ"ק.

*Translation from the H E B R E W language*

## Addendum to Arbitration Agreement

By the Grace of G-d, _____ 5772

We, the parties signed hereinafter, on our own behalf and on behalf of all principalss, on behalf of Bobov congregations and institutions throughout the globe, and on behalf of all public corporations that were created for the benefit of Bobov congregations and institutions throughout the globe, admit with a complete admission, and the signature by our hand shall bear witness upon us more effectively than one hundred qualified and trusted witnesses with reference to all that is written and detailed below.

A number of years ago we performed a binding procedure and signed an arbitration agreement, on our own behalf and on behalf of all principalss, on behalf of Bobov congregations and institutions throughout the globe, and on behalf of all public corporations that were created for the benefit of Bobov congregations and institutions throughout the globe, before the following Rabbinical Judges: Rabbi Yitzchak Berger, who was selected by the plaintiffs party; Rabbi Yekusiel Zalmen Graus, who was selected by the defendants party; and Rabbi Yechiel Babad, Rabbi Yitzchak Chaim Zeltenreich, and Rabbi Abraham Baruch Rosenberg, who serve as *Shalishim*[1] casting the deciding votes.

At this time, in the midst of deliberations by the Rabbinical Judges, one of the Rabbinical Judges wants to participate in deliberations via telephone, without being present in person. We hereby expressly accept the aforementioned Rabbinical Court with the fullest validity of the arbitration agreement we signed, even though some of the Rabbinical Judges participated and/or will participate in deliberations via telephone and without their presence in person.

All of the above was entered into through a complete *Agav Suder* binding procedure, performed with an object that is appropriate for binding purposes, effective immediately [i.e. at the time of the *Suder* binding procedure], before a distinguished Rabbinical Court, in addition to other binding procedures and methods in a manner most effective according to our holy Torah,[in a manner that does not constitute merely a verbal acquisition or a simple assurance or any deficiency whatsoever], with the seriousness ofbinding procedures and stipulations that are conducted as regulated by our sages of blessed memory, neither as a simple assurance nor as a standard form of contract; it is all confirmed and established.

Party's signatures {signature} *Simcha Roth*     27 *Teves* 5772
                                                 {Calendar date: January 27, 2012}

Party's signatures {signature} *Mendel Gross*    24 *Teves* 5772
                                                 {Calendar date: January 19, 2012}

_____
[1] Neutrals



| | |
|---|---:|
| Party's signatures {signature} *Zvi Arye Rheinold* | 24 *Teves* 5772 |
| | {Calendar date: January 19, 2012} |
| Party's signatures | 5772 |
| Party's signatures | 5772 |
| Party's signatures | 5772 |
| Party's signatures | 5772 |
| Party's signatures | 5772 |





**Targem Translations**

143 Rodney Street

Brooklyn, N.Y. 11211

Tel. (718) 384-8040

Fax: (718) 388-3516

Professional Translations of Foreign Languages

# Certificate of Accuracy

On this day, personally appeared before me, a Notary Public in and for the State of New York, County of Kings, Wolf Markowitz, who after having duly affirmed, deposes and says that he is a translator of the Hebrew and English languages; that he carefully prepared the attached English translation of the attached documents written in the Hebrew language; and that the translation is a true and correct rendering of such document and the whole thereof. Described and affirmed to before me this 7/31/2015

**Signature of Translator**



**Signature of Notary**

MICHAL WEISS
Notary Public, State of New York
Registration No.: 01WE6293785
Qualified in Kings County
My Commission Expires December 16, 2017

## הוספה לשטר ביחוד

בס"ד יום ‎ב' לחודש ‎שבט שנת תשע"ב לפ"ק.

אנחנו בעלי הדינים החתומים מטה בשמינו ובשם כל המרשים, ובשם קהלות ומוסדות באבוב בכל העולם, ובשם כל החברות הציבוריים שנעשו עבור קהלות ומוסדות באבוב בכל העולם, מודים בהודאה גמורה וחתימת ידינו תעיד עלינו יותר ממאה עדים כשרים ונאמנים על כל מה דכתוב ומפורש להלן. לפני כמה שנים קבלנו קנין וחתמנו בשמינו ובשם כל המרשים, ובשם קהלות ומוסדות באבוב בכל העולם, ובשם כל החברות הציבוריים שנעשו עבור קהלות ומוסדות באבוב בכל העולם על שטר ביחורין אצל הרבנים הדיינים, הרה"ג מוה"ר יצחק בערנער שליט"א, שנבחר מצד התובע, והרה"ג מוה"ר יקותיאל זלמן גראס שליט"א, שנבחר מצד הנתבע, והרה"ג מוה"ר יחיאל באב"ד שליט"א, והרה"ג מוה"ר יצחק חיים זעלטענרייך שליט"א, והרה"ג מוה"ר אברהם ברוך ראזענבערג שליט"א, שהם השלישים המכריעים. כעת באמצע המשא ומתן של הדיינים, א' מהדיינים רוצה להשתתף בהמשא ומתן על ידי הטעלעפאן בלי נכחותו האישית. ובאנו בזה לקבל בפירוש בי"ד הנ"ל ככל תוקף השטרי ביחודין שחתמנו אעפ"י שחלק מהדיינים השתתפו וו/או ישתתפו בהמשא ומתן על ידי הטעלעפאן בלי נכחותם האישית. וכל הנ"ל נעשה בקנין גמור אגב סודר במנא דכשר למקניא בי' מעכשיו ו/ד"ל בזמן הקנין סודרן בפני בית דין חשוב, בצירוף עוד קנינים וחיזוקים באופן היותר מועיל על פי תורתינו הקדושה, ובאופן שלא יהא ט שום חשש קנין דברים או אסמכתא או שום ריעותא שבעולם כחומר קנינים ותנאים העשויים כתיקון חכמינו זכרונם לברכה דלא כאסמכתא ודלא כטופסי דשטרי הכל שריר וקים.

חתימת בעל דין ‎_____ יום ‎___ לחודש ‎___ שנת תשע"ב לפ"ק.
חתימת בעל דין ‎_____ יום ‎___ לחודש ‎___ שנת תשע"ב לפ"ק.
חתימת בעל דין ‎_____ יום ‎___ לחודש ‎___ שנת תשע"ב לפ"ק.
חתימת בעל דין ‎_____ יום ‎___ לחודש ‎___ שנת תשע"ב לפ"ק.
חתימת בעל דין ‎_____ יום ‎___ לחודש ‎___ שנת תשע"ב לפ"ק.
חתימת בעל דין ‎_____ יום ‎___ לחודש ‎___ שנת תשע"ב לפ"ק.
חתימת בעל דין ‎_____ יום ‎___ לחודש ‎___ שנת תשע"ב לפ"ק.
חתימת בעל דין ‎_____ יום ‎___ לחודש ‎___ שנת תשע"ב לפ"ק.

*Translation from the H E B R E W language*

## Addendum to Arbitration Agreement

By the Grace of G-d, 28 *Shvat* 5772 {calendar date: February 21, 2012}

We, the parties signed hereinafter, on our own behalf and on behalf of all principalss, on behalf of Bobov congregations and institutions throughout the globe, and on behalf of all public corporations that were created for the benefit of Bobov congregations and institutions throughout the globe, admit with a complete admission, and the signature by our hand shall bear witness upon us more effectively than one hundred qualified and trusted witnesses with reference to all that is written and detailed below.

A number of years ago we performed a binding procedure and signed an arbitration agreement, on our own behalf and on behalf of all principalss, on behalf of Bobov congregations and institutions throughout the globe, and on behalf of all public corporations that were created for the benefit of Bobov congregations and institutions throughout the globe, before the following Rabbinical Judges: Rabbi Yitzchak Berger, who was selected by the plaintiffs party; Rabbi Yekusiel Zalmen Graus, who was selected by the defendants party; and Rabbi Yechiel Babad, Rabbi Yitzchak Chaim Zeltenreich, and Rabbi Abraham Baruch Rosenberg, who serve as *Shalishim*[1] casting the deciding votes.

At this time, in the midst of deliberations by the Rabbinical Judges, one of the Rabbinical Judges wants to participate in deliberations via telephone, without being present in person. We hereby expressly accept the aforementioned Rabbinical Court with the fullest validity of the arbitration agreement we signed, even though some of the Rabbinical Judges participated and/or will participate in deliberations via telephone and without their presence in person.

All of the above was entered into through a complete *Agav Suder* binding procedure, performed with an object that is appropriate for binding purposes, effective immediately [i.e. at the time of the *Suder* binding procedure], before a distinguished Rabbinical Court, in addition to other binding procedures and methods in a manner most effective according to our holy Torah,[in a manner that does not constitute merely a verbal acquisition or a simple assurance or any deficiency whatsoever], with the seriousness ofbinding procedures and stipulations that are conducted as regulated by our sages of blessed memory, neither as a simple assurance nor as a standard form of contract; it is all confirmed and established.

| | | |
|---|---|---|
| Party's signatures {signature} | *Abraham Aron Lesser* | 5772 |
| Party's signatures {signature} | *Asher Baruch Landau* | 5772 |
| Party's signatures {signature} | *Aron Benzion Beigel* | 5772 |
| Party's signatures | | 5772 |
| Party's signatures | | 5772 |

---
[1] Neutrals



| | |
|---|---:|
| Party's signatures | 5772 |
| Party's signatures | 5772 |
| Party's signatures | 5772 |

