# Appendix C



143 Rodney Street
Brooklyn, N.Y. 11211
Tel. (718) 384-8040
Fax: (718) 388-3516

# Certificate of Accuracy

On this day, personally appeared before me, a Notary Public in and for the State of New York, County of Kings, Wolf Markowitz, who after having duly affirmed, deposes and says that he is a translator of the Hebrew and English languages; that he carefully prepared the attached English translation of the attached documents written in the Hebrew language; and that the translation is a true and correct rendering of such document and the whole thereof. Described and affirmed to before me this

Signature of Translator

Signature of Notary

Professional Translations of Foreign Languages

(22)

בס"ד, הבי"ד והצדדים מצאו לנכון אשר נוסף לחתימת שטרי בירורין יבואו על החתום גם כל השייכים לקהלתנו הק' ומוסדותיה לקבל על עצמם סמכות בית הדין ולציית להחלטותיו. ע"כ כל אחד מתבקש למלא טופס זה ולבא על החתום.

מו"ה ר' יוסף אייזיק גריפפעל נ"י נתמנה ע"י הבי"ד לקבץ חתימות מראשי המשפחות השייכים לקהלת באבוב, וכן מבחורים מי"ח ומעלה.

אנחנו הח"מ התחייבנו בהתחייבות גמורה לציית לכל מה שיפסקו, הרה"ג ר' יואל כאב"ד שליט"א, הרה"ג ר' יצחק חיים וואלטערייך שליט"א, הרה"ג ר' אברהם ברוך ראזענבערג שליט"א, הרה"ג ר' יצחק בערגער שליט"א, הרה"ג ר' יקותיאל זלמן גראוס שליט"א, בהסכסוכים הנוגעים לק"ק באבוב, ומוסדותי'. ועוד יפינו כוחם של כל אחד מהמציגים של אחד מהשני צדדים [צד הא', הרב שמחה ראטה שליט"א, הרב מענדיל גראסס שליט"א, הרב צבי ארי' רייכהאלד שליט"א, ומה"ר יצחק אייזיק דיימש נ"י, צד הב', הרב יודל גרובער שליט"א, מוה"ר אברהם אהרן לעזער נ"י, הרב אשר לאנדוי שליט"א, והרב אהרן בן ציון בייגעל שליט"א] לקבל קנין ולחתום על שטרי בירורין, ולקבל מה שיראו לנכון (כולל ולא מוגבל, לקבלת הדיינים [קר"פ, חבר הקהילה, ואף בצירוף כו"כ פסולים], לסדר הדין, לפסוק, ואף קבלות שאינם מופיעים כדרך כלל בשטרי בירורין), לטעון הם ויבאו כוחם בעבורינו, וכל הנ"ל נעשה מעכשיו באופן המועיל עפ"י תוה"ק כגמר שטר בירורין והתחייבות והרשאות הנהוגים בבתי דינים.

החתימה על כתב זה אינה הכרה מצד הבי"ד והצדדים שיש להחותמים שום זכות וכח.

| חתימה Signature | שם Print | אדרעס | טעלעפאן | תאריך |
|---|---|---|---|---|
| פינחס אלי' [illegible] | פינחס אלי' מאירוביץ | 22 WEBSTER AVE. | (718) 436-7882 | י"ד סיון תשס"ו |
| אלי' [illegible] | אלי' רייסער | 1401. 55 St | 436-0443 | י"ד סיון תשס"ו |
| [illegible] | [illegible] | 1947. 52 St, | 718 252 8359 | י"ד סיון |
| [illegible] | [illegible] | 4800 14 Ave #28 | 718 853 2445 | י"ד סיון |
| [illegible] | [illegible] | 1574 54 St. | 718-435-8444 | י"ד סיון |
| [illegible] | מאיר חיים [illegible] | 1459 - 43 ST. | 718-871-8233 | י"ד סיון |
| [illegible] | [illegible] | 4910 17 AVE - 5F | 718 435 1553 | י"ד סיון |
| [illegible] | [illegible] | 1666 43 St. | 718-851-4137 | י"ד סיון |
| [illegible] | [illegible] | 1227 - 46 St | 718 853-9474 | י"ד סיון |
| [illegible] | [illegible] | 3806 - 13 Ave | 718 435-7995 | י"ד סיון |

*Translation from the H E B R E W language*

By the Grace G-d,

The Rabbinical Court and the parties found it fitting that in addition to signing the arbitration agreement, all who are associated with our holy congregation and its institutions should also sign to accept upon themselves the authority of the Rabbinical Court and to obey its decisions; therefore, everyone is asked to complete this form and to sign it.

Mr. Joseph Isaac Griffel was appointed by the Rabbinical Court to collect the signatures of household heads who are associated with the Bobov congregation, as well as *Buchurim* from age 18 and above.

We the signed below obligated ourselves with a complete obligation to adhere to all that Rabbi Yechiel Babad; Rabbi Yitzchak Chaim Zeltenreich; Rabbi Abraham Baruch Rosenberg; Rabbi Yitzchak Berger and Rabbi Yekusiel Zalmen Graus will rule about the disputes relevant to the Bobov congregation and its institutions; further, we have given power of attorney to each of the representatives of one of the two parties [Party A: Rabbi Simcha Roth; Rabbi Mendel Gross; Rabbi Zvi Arya Reinhold and Mr. Yitzchak Isaac Deutch. Party B: Rabbi Yidel Gruber; Mr. Abraham Aron Lesser; Rabbi Asher Landau and Rabbi Aron Benzion Beigel], to perform a binding procedure, sign the arbitration agreement and accept what they see fit (including, but not limited to, appointing Rabbinic Judges { relatives and disqualified, members of the congregation, and even when compounded by multiple disqualifications}, to arrange deliberations and to rule, and even such riders that do not generally appear in arbitration agreements) to argue, they and their agents – on our behalf. All of the above was entered into effective immediately in a manner most effective, as weighty as arbitration agreements, obligations and grants of power of attorney that are customary within Rabbinical Courts.

Signing this document does not constitute recognition on the part of the Rabbinical Court and the parties that the signatories have any right or authority.

| | Signature | Name Print | Address | Tel. | Date: |
|---|---|---|---|---|---|
| ✓ | *Pinches Alye {illegible}* | Pinches Alye {illegible} | 22 Webster Ave. | 718 436 7882 | 12 *Sivan* 5765 {calendar date: June 19 2005 } |
| ✓ | *Alye Reifer* | Alye Reifer | 1408 – 55 St. | 436 0043 | 12 *Sivan* 5765 {calendar date: June 19 2005 } |
| ✓ | *Joel Rosenfelf* | Joel Rosenfelf | 1847 – 52 St. | 718 252 8359 | 12 *Sivan* |
| ✓ | *Benzion Mandelbaum* | Benzion Mandelbaum | 4800 14th Ave. #2B | 718 853 2445 | 12 *Sivan* |
| ✓ | *Benzion Goldman* | Benzion Goldman | 1574 54 St. | 718 435 8444 | 12 *Sivan* |
| ✓ | *Meir Chaim Landau* | Meir Chaim Landau | 1459 – 43 St. | 718 871 8233 | 12 *Sivan* |
| ✓ | *Yechiel Zvi* | Yechiel Zvi | 4910 17 Ave. 5F | 718 935 | 12 *Sivan* |

Targem Translations

| | | | | | |
|---|---|---|---|---|---|
| | *Goldberger* | Goldberger | | 1553 | |
| ✓ | *Mendel Brachfeld* | Mendel Brachfeld | 1666 – 43 St. | 718 851 4137 | 12 *Sivan* |
| ✓ | *Arya Hurwitz* | Arya Hurwitz | 1227 – 46 St. | 718 853 9474 | 12 *Sivan* |
| ✓ | *{illegible}* | {illegible} | 3806 – 15 Ave. | 718 435 7995 | 12 *Sivan* |

