# Appendix D



**Targem Translations**

143 RODNEY STREET

BROOKLYN, N.Y. 11211

TEL. (718) 384-8040

FAX: (718) 388-3516

# CERTIFICATE OF ACCURACY

ON THIS DAY, PERSONALLY APPEARED BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF NEW YORK, COUNTY OF KINGS, WOLF MARKOWITZ, WHO AFTER HAVING DULY AFFIRMED, DEPOSES AND SAYS THAT HE IS A TRANSLATOR OF THE HEBREW AND ENGLISH LANGUAGES; THAT HE CAREFULLY PREPARED THE ATTACHED ENGLISH TRANSLATION OF THE ATTACHED DOCUMENTS WRITTEN IN THE HEBREW LANGUAGE; AND THAT THE TRANSLATION IS A TRUE AND CORRECT RENDERING OF SUCH DOCUMENT AND THE WHOLE THEREOF. DESCRIBED AND AFFIRMED TO BEFORE ME THIS 8/6/2015

_____
SIGNATURE OF TRANSLATOR



_____
SIGNATURE OF NOTARY

ROCHAL WEISS
Notary Public, State of New York
Registration No.: 01WE6293785
Qualified in Kings County
My Commission Expires December 16, 2017

PROFESSIONAL TRANSLATIONS OF FOREIGN LANGUAGES

די שטר סמכות וואס דער ציבור האט גחתמעט בלייבט פולער תוקף, און דער ראיגער כתב אין באצוהעקס אליין צו
ברענגען בפרטיות ווער עס זענען די מורשים, און וואס עס זענען זייערע תביעות.
יעדער איינער פון די חותמים האט די פולע ברירה מחליט צו זיין צו וועלכע תביעה ער וויל זיך מצרף זיין.
צו יעדע תביעה וואס מען וויל זיך מצרף זיין דארף מען חתמענען אויף דעם באשטימטן פלאץ נעבן די תביעה. בנוגע די תביעות וועלכע האבן
צוויי ברירות דארף מען אנצייכענען די ברירה וואס מען וועלט אויס, און חתמענען אויף דעם באשטימטן פלאץ נעבן די אויסגעוועלטע ברירה.
צו יעדע תביעה וואס מען וויל נישט זיך מצרף זיין [סיי צו א תביעה וואס האט איין ברירה און סיי צו א תביעה וואס האט צווי ברירות] זאל מען נישט
חתמענען נאך יענע תביעה.

## כתב הרשאה ופירוט התביעות

| התובעים | הנתבעים |

אני הח"מ בשמי ובשם כל ה' מהחברות [Corporations וכדומה] השייכים לקהלת וואו מוסדות באבוב, שיש לי זכות להביע דיעה בתורת Member and\or Director and\or Officer של חברות הנ"ל.
[וכתב זה ה' in lieu of a formal Corporate Resolution or Action], הנני מודה בהודאה גמורה וחתימת ידי תעיד עלי יותר ממאה עדים כשרים ונאמנים, שהקנתי ארבע אמות קרקע ואגב קנין
סודר הרשיתי ויפיתי את כוחם של

☐ בא כח התובעים הרב שמחה ראטה שליט"א וואו מו"ה יצחק
אייזיק דייטש נ"י, וואו הרב צבי ארי' דיינהאלד שליט"א, וואו הרב
מענדיל גראסס שליט"א שהם מייצגים את הציבור בהנהגת הרה"צ
מוהר"ר מרדכי דוד אונגער שליט"א, והרה"צ מוהר"ר יהושע רובין
שליט"א שהם צד א' לעמוד לד"ת עם צד ב'

☐ בא כח הנתבעים הרב יהודה ירחמיאל הלוי גרוכער שליט"א וואו
מו"ה אברהם אהרן לעזער נ"י, וואו הרב אשר לנדא שליט"א, וואו
הרב אהרן בן ציון כיגעל שליט"א שהם מייצגים את הציבור בהנהגת
הרה"צ מוהר"ר בן ציון ארי' ליבוש הלברשטאם שליט"א שהם צד ב'
לעמוד לד"ת עם צד א'

_____ חתימה                                    _____ חתימה

משני הצדדים הנ"ל, בפני ב"ד [הרה"ג מוהר"ר יחיאל באב"ד שליט"א, הרה"ג מוהר"ר יצחק חיים זעלטענרייך שליט"א, הרה"ג מוהר"ר אברהם ברוך ראזענבערג שליט"א, הרה"ג מוהר"ר
יצחק בערגער שליט"א, הרה"ג מוהר"ר יקותיאל זלמן גראום שליט"א] לטעון ולדון בעניני הטענות ותביעות הנוגע לקהלה ומוסדות באבוב בהפרטות ובהנוסח המפורטים שחתמו הנציגים משני
הצדדים [וזה כולל כל התביעות וכל פרטי התביעות הנוגעות משני הצדדים], וכך אמרתי להם לכו דונו וזכו ואפיקו לנפשכם, וכל דמתעני לכם מן דינא עלי יהא הדר, הן לזכות הן לחובה, הן לדין הן
לפשר הן לטעות [אפילו טעות בדבר משנה], ולא אוכל לומר לתקוני שדרתיכם ולא לעוותי, ותהא ידיכם כידי, פיכם כפי, עשיריתכם כעשיריתי, מחילותיכם כמחילתי, באופן היותר מועיל ע"פ תורתינו
הקדושה. וקיבלנו כח של המורשים הנ"ל לקבל על עצמם הקבלות המפורטות בהנוסח המפורט שחתמו הנציגים משני הצדדים. התחייבנו בהתחייבות גמורה באופן המועיל עצהיו"ט לציית לכל מה
שיפסקו עלינו הב"ד על פי טענת הנציגים הנ"ל כולל ולא מתבל להטענות דלהלן. והנני מפרש כה שהרשאה הנ"ל מפורש ולא מתבל להטענות דלהלן.

## רשימה פון די תביעות

--- א. שררה פון אדמורי"ת און רבנות ---

☜ איך פארלאנג אז די שררה פון אדמורי"ת און רבנות פון באבוב זאל געהערן צו:

❶ ☐ הרה"צ מוהר"ר מרדכי דוד אונגער שליט"א,   ❷ ☐ הרה"צ מוהר"ר בן ציון ארי' ליבוש הלברשטאם שליט"א
                                              והרה"צ מוהר"ר יהושע רובין שליט"א.

_____ חתימה

--- ב. נאמן באבוב ---

☜ אויב מיין צד *געוויינט* די שררה פון אדמורי"ת און רבנות, און דער צווייטער צד טיילט זיך אפ און שאפט א קהלה פאר זיך,
פארלאנג איך איינס פון די צווי ואכן:

❸ ☐ דער צווייטער צד, די קהלה און זיינע מנהיגים, זאל <u>נישט</u> האבן קיין רעכט זיך צו רופן מיט דעם נאמן 'באבוב', אפילו אויב זיי
וועלן צו-געבן נאך א נאמן.

_____ חתימה

❹ ☐ דער צווייטער צד, די קהלה און זיינע מנהיגים, זאל <u>יא</u> האבן א רעכט זיך צו רופן מיט דעם נאמן 'באבוב', אבער נאר <u>בתנאי</u> אז
זיי וועלן צו-געבן נאך א נאמן.

_____ חתימה

☜ אויב מיין צד *געוויינט נישט* די שררה פון אדמורי"ת און רבנות, און איך בין צווישן די וועלכע טיילן זיך אפ און שאפן א קהלה
פאר זיך, אונטער די הנהגה פון אויבנדערמאנטן, פארלאנג איך איינס פון די צווי ואכן:

❺ ☐ די קהלה פון מיין צד זאל אויך האבן די רעכט זיך צו רופן מיט דעם נאמן 'באבוב', אפילו אהן צו-געבן נאך א נאמן.

_____ חתימה

❻ ☐ די קהלה פון מיין צד זאל אויך האבן די רעכט זיך צו רופן מיט דעם נאמן 'באבוב', צוזאמען מיט נאך א צוגאב-נאמן.

_____ חתימה

--- ג. נכסים פון די קהלה ---

☜ ❼ ☐ אויב מיין צד *געוויינט* די שררה פון אדמורי"ת און רבנות, און אויב דער צווייטער צד טיילט זיך אפ און שאפט א קהלה
פאר זיך, פארלאנג איך אז מען זאל נישט לאזן דעם אנדערן צד נעמען א חלק פון די נכסי הקהלה, נישט אין קרקעות (בנינים וכדומה) און
נישט אין געלט אנשטאט קרקעות.

_____ חתימה

☜ ❽ ☐ אויב מיין צד *געוויינט נישט* די שררה פון אדמורי"ת און רבנות, און איך בין צווישן די וועלכע טיילן זיך אפ און שאפן א
קהלה פאר זיך, אונטער די הנהגה פון אויבנדערעארמאנטען, פארלאנג איך אז מיר זאלן האבן א זכות צו באקומען א חלק פון די נכסי
הקהלה, אין קרקעות (בנינים וכדומה) אדער אין געלט אנשטאט קרקעות.

_____ חתימה

וכל הנ"ל נעשה בקנא"ם במנא דכשר למקניא ב' מעכשיו [ר"ל בזמן הקנין סודר] בפני בית דין חשוב, בצירוף עוד קנינים וחיזוקים באופן היותר מועיל על פי תורתינו הקדושה, [ובאופן שלא יהא בו
שום חשש קנין דברים או שום ריעותא או שום אסמכתא שבעולם] כחומר כל שטרי הרשאה העשויים כתיקון חז"ל דלא כאסמכתא ודלא כטופסי דשטרי שריר וקיים הכל שריר וקים.

ונע"ז באעה"ח ביום ___ לחודש אלול שנת תשס"ז לפ"ק. פה _____ יע"א.   חתימת בעל דין _____

| שם הבעל דין _____ | מספר הטעלעפאן _____ |
| אדרעסם _____ | עיר _____ |
| תאריך לידה _____ | יום נישואין _____ |

*Translation from the H E B R E W and Y I D D I S H languages*

By the Grace of G-d,

> **The authorization document executed by the community remains in full force and effect; this document is intended to specify who their attorneys in fact are, and to specify their claims.**
>
> **Each of the signatories has the option to decide which claim he wishes to join.**
>
> **Each claim one wishes to join, one needs to sign in the designated space following the claim; as to claims that present two options, the choice needs to be marked and signed in the designated space following the option chosen.**
>
> **Any claim one does not wish to join [whether the claim has one option or the claim has two options], he should not be sign at all following that claim.**

## Power of Attorney and Specification of Demands

**The Plaintiffs**                              **The Defendants**

I, the signed below, on my own behalf and/or on behalf of each of the corporations, etc. that are associated with the Bobov congregation and/or institutions, having a right to express an opinion as a member and/or director and/or officer of the aforementioned corporations; [this letter shall be in lieu of a formal corporate resolution or action], admit with a complete admission, and the signature by my hand shall bear witness upon me more effective than one hundred qualified and trusted witnesses, that I conveyed four cubits of real property, and in conjunction therewith {the binding procedure of "Agav"} and in conjunction with the *Suder* binding procedure, I authorized and appointed as my attorney infact:

☐ The attorneys in fact of the plaintiffs: Rabbi **Simcha Roth**, and/or Mr. **Yitzchak Isaac Deutch**, and/or Rabbi **Zvi Arya Reinhold**, and/or Rabbi **Mendel Gross**, who represent the group under the leadership of Rabbi **Mordchai David Unger** and Rabbi **Shia Rubin**, who make up Party A, to submit before Rabbinical Court arbitration with Party B.

☐ The attorneys in fact of the defendants: Rabbi **Yehuda Yerachmiel Halevy Gruber**, and/or Mr. **Abraham Aron Lesser**, and/or Rabbi **Asher Landau**, and/or Rabbi **Aron Benzion Beigel**, who represent the group under the leadership of Rabbi Benzion Arye Leibish Halberstam, who make up Party B, to submit before Rabbinical Court arbitration with Party A.

**Signature** _____                 **Signature** _____

Of the aforementioned two parties, before the Rabbinical Court [Rabbi **Yechiel Babad**, Rabbi **Yitzchak Chaim Zeltenreich**, Rabbi **Abraham Baruch Rosenberg**, Rabbi

**Yitzchak Berger** and Rabbi **Yekusiel Zalmen Graus**] which was selected to adjudicate the matter of the claims and demands relevant to the Bobov congregation and institutions detailed in the specific language signed by the two parties' representatives [covering all of the parties' demands and counter demands]; I made the following statement to them: go, litigate, gain, and carry out for yourself, and whatever the result at the Rabbinical Court may be, shall apply upon me, whether it is a win or a loss; whether it is Jewish law, or it is a compromise, or it is an error, [even an error in *Mishne* {written Jewish law}]; and I shall be unable to argue "I sent you to improve the situation, not to worsen it"; your hands shall be as mine; your mouths as mine; your actions as mine; your forgiveness as mine, in a manner most effective according to our holy Torah.

We granted power of attorney to the aforementioned authorized agents to accept upon themselves the acceptances specified in the specific language signed by the two parties' representatives. We obligated ourselves with a complete obligation, in a manner most effective to adhere to all that the Rabbinical Court will rule upon us based on arguments by the aforementioned representatives. I hereby specify that the aforementioned power of attorney includes, but is not limited to, the following claims:

### Specification of Claims

### 1. Dominion of Rebbe and Rabbi Positions

☞ I demand that the dominion of Rebbe and Rabbi positions of Bobov shall belong to:

❶ ☐ Rabbi **Mordchai David Unger** and Rabbi **Shia Rubin**

❷ ☐ Rabbi **Benzion Arye Leibish Halberstam**

Signature _____                Signature _____

### 2. The Name Bobov

☞ If my party *wins* the dominion of Rebbe and Rabbi positions, and the opposing party secedes and creates it's separate congregation, I demand one of the two:

❸ ☐ The opposing party, the congregation and its leaders should **not** be entitled to refer to themselves with the name 'Bobov', even if they add an accompanying name.

Signature _____

❹ ☐ The opposing party, the congregation and its leaders **should** be entitled to refer to themselves with the name 'Bobov', but only **on the condition** that they add an accompanying name.

Signature _____

☞ **If my party *does not win* the dominion of Rebbe and Rabbi positions, and I will be amongst those who secede and create it's separate congregation under the leadership of the aforementioned leader; I demand one of the two:**

❺☐ My party's congregation should also be entitled to refer to itself with the name 'Bobov', **even without** adding an accompanying name.

Signature _____

❻☐ My party's congregation should also be entitled to refer to itself with the name 'Bobov', **after** adding an accompanying name.

Signature _____

### 3 Congregation Property

☞ ❼☐ **If my party *wins* the dominion of Rebbe and Rabbi positions, and the opposing party secedes and creates it's separate congregation, I demand to deny the opposing party taking a portion of congregation property, either in real estate (buildings etc.) or in cash in lieu of real estate.**

Signature _____

☞ ❽☐ **If my party *does not win* the dominion of Rebbe and Rabbi positions, and I will join those who secede and create it's separate congregation under the leadership of the aforementioned leader, I claim and demand that we should be entitled to get a portion of congregation property, either in real estate (buildings etc.) or in cash in lieu of real estate.**

**Signature** _____

All of the above was entered into through a complete *Agav Suder* binding procedure, performed with an object that is appropriate for binding purposes, effective immediately [i.e. at the time of the *Suder* binding procedure], before a distinguished Rabbinical Court, in addition to other binding procedures and methods in a manner most effective according to our holy Torah,[in a manner that does not constitute merely a verbal acquisition or a simple assurance or any deficiency whatsoever], with the seriousness of all documents granting power of attorneys that are drafted as regulated by our sages of blessed memory, neither as a simple assurance nor as a standard form of contract; it is all confirmed and established.

On this we affixed our signatures on ____ of *Elul* 5767 {approx. calendar date: August 15 – September 12, 2007}, here in _____.

Party's signature _____

*Targem Translations*

| Party's name_____ | Tel. number _____ |
|---|---|
| Address _____ | City _____ |
| Date of Birth _____ | Date of Marriage _____ |

