# Appendix E



**Targem Translations**

143 RODNEY STREET

BROOKLYN, N.Y. 11211

TEL. (718) 384-8040

FAX: (718) 388-3516

# CERTIFICATE OF ACCURACY

ON THIS DAY, PERSONALLY APPEARED BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF NEW YORK, COUNTY OF KINGS, WOLF MARKOWITZ, WHO AFTER HAVING DULY AFFIRMED, DEPOSES AND SAYS THAT HE IS A TRANSLATOR OF THE HEBREW AND ENGLISH LANGUAGES; THAT HE CAREFULLY PREPARED THE ATTACHED ENGLISH TRANSLATION OF THE ATTACHED DOCUMENTS WRITTEN IN THE HEBREW LANGUAGE; AND THAT THE TRANSLATION IS A TRUE AND CORRECT RENDERING OF SUCH DOCUMENT AND THE WHOLE THEREOF. DESCRIBED AND AFFIRMED TO BEFORE ME THIS

_____
SIGNATURE OF TRANSLATOR



_____
SIGNATURE OF NOTARY

ROCHAL WEISS
Notary Public, State of New York
Registration No.: 01WE6293785
Qualified in Kings County
My Commission Expires December 16, 2017

PROFESSIONAL TRANSLATIONS OF FOREIGN LANGUAGES

# בית דין צדק
## הרב יחיאל באב"ד הרב יצחק חיים זעלטענרייך הרב אברהם ברוך ראזענבערג
## הרב יצחק דוב בערגער הרב יקותיאל זלמן גראוס

בס"ד יום חמישי ט"ז אלול תשס"ז לפ"ק.

בדין ודברים שבא לפנינו בין הצדדים דלהלן: צד א' הרב שמחה ראטה שליט"א ומו"ה יצחק אייזיק דייטש נ"י והרב צבי ארי' ריינהאלד שליט"א והרב מענדיל גראסס שליט"א בשמם ובשם כל המרשים, צד ב' הרב יהודה ירחמיאל הלוי גרובער שליט"א ומו"ה אברהם אהרן לעזער נ"י והרב אשר לנדא שליט"א והרב אהרן בן ציון בייגעל שליט"א בשמם ובשם כל המרשים, בנידון הסכסוכים הנוגע לקהלת ומוסדות באבוב. הצדדים קבלו קנין לציית להפס"ד וחתמו על שטרי בירורין. והבייד"צ נותן בזה הוראה להצדדים בנוגע המשך הד"ת.

א. כל מי שרוצה שיתחשבו בטענותיו ובתביעותיו במלואם, עליו למלאות ולחתום כתב הרשאה ופירוט התביעות הרצ"ב בפני א' מהדיינים דלהלן: הרב יחיאל באב"ד שליט"א או בפני הרב יצחק חיים זעלטענרייך שליט"א או בפני הרב אברהם ברוך ראזענבערג שליט"א ולפרט באותו הכתב מה הם טענותיו ותביעותיו.

ב. הבייד"צ יעשו זמנים בהבתי מדרשים של הצדדים, שאז יתנו הזדמנות לכל מי שרוצה, לבוא ולחתום על כתב זה.

ג. כמו כן יכולים לבוא לבית של א' מהדיינים לחתום על כתב זה, אחרי שיעשו Appointment על הטעלעפאן.

ד. כל א' יביא עמו Picture Identification כגון Drivers License או Passport וכדומה. מי שאין לו Picture Identification יבוא לחתום בפני דיין שמכירו.

ה. הבייד"צ יתן לכל א' מהצדדים הזדמנות לראות ולבקר כל שטרי ההרשאה ופירוט התביעות.

וע"יז באנו על החתום ביום חמישי ט"ז אלול תשס"ז לפ"ק.

נאם: _____
נאם: _____
נאם: _____
נאם: _____
נאם: _____

בס"ד.

**שטר הסכמות שחתמו הציבור נשארים במלא תוקפם. וכתב זה מיועד לפרט מי הם המורשים שלהם, ולפרט מה הן התביעות שלהם.**

**לכל א׳ מהחותמים יש ברירה להחליט לאיזה תביעה רוצה להצטרף.**

**לכל תביעה שרוצים להצטרף צריך לחתום במקום המיועד אחרי התביעה, ובנוגע תביעות שיש שתי ברירות צריך לסמן הברירה ולחתום במקום המיועד אחרי הברירה שבוחר.**

**לכל תביעה שאין רוצים להצטרף [הן לתביעה שיש שם ברירה אחת הן לתביעה שיש שם שתי ברירות] לא יחתמו כלל אחרי אותה התביעה.**

## כתב הרשאה ופירוט התביעות

| התובעים | הנתבעים |
|---|---|

אני החי"מ בשמי ו/או בשם כל א׳ מהחברות [Corporations וכדומה] השייכים לקהלת ו/או מוסדות באבוב, שיש לי זכות להביע דיעה בתורת Member and/or Director and/or Officer של חברות הנ"ל. [וכתב זה יהא in lieu of a formal Corporate Resolution or Action], הנני מודה בהודאה גמורה וחתימת ידי תעיד עלי יותר ממאה עדים כשרים ונאמנים, שהקניתי ארבע אמות קרקע ואגב קנין סודר הרשיתי וייפיתי את כוחם של

☐ בא כח התובעים הרב שמחה ראטה שליט"א ו/או מו"ה יצחק אייזיק דייטש נ"י, ו/או הרב צבי ארי׳ רייננהאלד שליט"א, ו/או הרב מענדיל גראסס שליט"א שהם מייצגים את הציבור בהנהגת הרה"צ מוהר"ר מרדכי דוד אונגער שליט"א, והרה"צ מוהר"ר יהושע רובין שליט"א שהם צד א׳ לעמוד לד"ת עם צד ב׳.

☐ בא כח הנתבעים הרב יהודה ירחמיאל הלוי גרובער שליט"א ו/או מו"ה אברהם אהרן לעזער נ"י, ו/או הרב אשר לנדא שליט"א, ו/או הרב אהרן בן ציון בייגעל שליט"א שהם מייצגים את הציבור בהנהגת הרה"צ מוהר"ר בן ציון ארי׳ ליבוש הלברשטאם שליט"א שהם צד ב׳ לעמוד לד"ת עם צד א׳.

חתימה _____                                חתימה _____

משני הצדדים הנ"ל בפני הבייד"צ [הרה"ג מוה"ר יחיאל באב"ד שליט"א, הרה"ג מוה"ר יצחק חיים זעלטענרייך שליט"א, הרה"ג מוה"ר אברהם ברוך ראזענבערג שליט"א, הרה"ג מוה"ר יצחק בערגער שליט"א, הרה"ג מוה"ר יקותיאל זלמן גראוס שליט"א] הנבחר לדון בנידון הטענות ותביעות הנוגע לקהלת ומוסדות באבוב המפורטות בהנוסח המפורט שחתמו הנציגים משני הצדדים [וזה כולל כל התביעות וכל התביעות הנגדיות של הצדדים], וכך אמרתי להם לכו דונו וזכו ואפיקו לנפשכם, וכל דמתעני לכם מן בי דינא עלי דידי יהא הדר, הן לזכות הן לחובה, הן לדין חן לפשר הן לטעות [אפילו טעות בדבר משנה], ולא אוכל לומר לתקוני שדרתיכם ולא לעוותי, ותהא ידיכם כידי, פיכם כפי, עשייתכם כעשייתי, מחילתכם כמחילתי, באופן היותר מועיל על פי תורתנו הקדושה. וייפינו כח של המורשים הנ"ל לקבל על עצמם הקבלות המפורטות בהנוסח המפורט שחתמו הנציגים משני הצדדים. והתחייבנו בהתחייבות גמורה באופן המועיל עצהיו"ט לציית לכל מה שיפסקו עלינו הבייד"צ על פי טענת הנציגים הנ"ל. והנני מפרש בזה שהרשאה הנ"ל כולל ולא מוגבל להטענות דלהלן:

## פירוט התביעות

### [א] שררת האדמורי"ת והרבנות

הנני טוען ותובע שהשררה של האדמורי"ת והרבנות של באבוב יהא

☐ להרה"צ מוהר"ר מרדכי דוד אונגער שליט"א, והרה"צ מוהר"ר יהושע רובין שליט"א.

☐ להרה"צ מוהר"ר בן ציון ארי' ליבוש הלברשטאם שליט"א.

חתימה _____                     חתימה _____

### [ב] שם באבוב

[1] שאם יתקבל טענה ותביעה מספר א' אז אם הצד שכנגד יפרשו מהקהלה ויעשו קהלה נפרדת, הנני טוען ותובע

☐ שלא יהא רשות להצד שכנגד לקרוא לקהלתם ולמנהיגיהם בשם באבוב אפילו אם יצרפו לזה שם לווי.

חתימה _____

☐ שלא יהא רשות להצד שכנגד לקרוא לקהלתם ולמנהיגיהם בשם באבוב זולת אם יצרפו לזה שם לווי.

חתימה _____

[2] שאם לא יתקבל טענה ותביעה מספר א' ואצטרף לאלה שיפרשו מהקהלה ויעשו קהלה נפרדת בהנהגת המנהיג הנ"ל, והנני טוען ותובע

☐ שיהא רשות גם לקהלתינו ולמנהיגינו בשם באבוב אפילו בלי לצרף לזה שם לווי.

חתימה _____

☐ שיהא רשות גם לקהלתינו ולמנהיגינו בשם באבוב אם נצרף לזה שם לווי.

חתימה _____

### [ג] נכסי הקהלה

[1] שאם יתקבל טענה ותביעה מספר א' אז אם הצד שכנגד יפרשו מהקהלה ויעשו קהלה נפרדת, הנני טוען ותובע

לעכב על הצד שכנגד ליקח חלק מנכסי הקהלה בקרקעות או בכסף תמורת הקרקעות. **חתימה** _____

[2] שאם לא יתקבל טענה ותביעה מספר א' ואצטרף לאלה שיפרשו מהקהלה ויעשו קהלה נפרדת בהנהגת המנהיג הנ"ל, הנני טוען

ותובע שיהא לנו הזכות לקבל חלק מנכסי הקהלה בקרקעות או בכסף תמורת הקרקעות. **חתימה** _____

וכל הנ"ל נעשה בקגא"יס במנא דכשר למקניא בי' מעכשיו [ר"ל בזמן הקנין סודר] בפני בית דין חשוב, בצירוף עוד קנינים וחיזוקים באופן היותר מועיל על פי תורתינו הקדושה, [ובאופן שלא יהא בו שום חשש קנין דברים או אסמכתא או שום ריעותא שבעולם] כחומר כל שטרי הרשאה העשויים כתיקון חז"ל דלא כאסמכתא ודלא כטופסי דשטרי הכל שריר וקים.

ועייז באנו עה"ח ביום ___ לחודש תשרי שנת תשס"ח לפ"ק פה _____ יע"א.

חתימת בעל דין : _____

| שם הבעל דין | _____ | מספר הטעלעפאן | _____ |
| אדרעסס | _____ | עיר | _____ |
| תאריך לידה | _____ | יום נישואין | _____ |

*Translation from the H E B R E W language*

## Rabbinical Court
**Rabbi Yechiel Babad, Rabbi Yitzchak Chaim Zeltenreich, Rabbi Abraham Baruch Rosenberg, Rabbi Yitzchak Dov Berger, Rabbi Yekusiel Zelman Graus**

By the Grace of G-d, Thursday, 16 *Elul* 5767 {calendar date: August 30, 2007}

On the matter of controversies between the following parties: Party A is Rabbi Simcha Roth; Mr. Yitzchak Isaac Deutch; Rabbi Zvi Arye Rheinold and Rabbi Mendel Gross, on their own behalf and on behalf of all principals. Party B is Rabbi Yehuda Yerachmiel Halevy Gruber; Mr. Abraham Aron Lesser; Rabbi Asher Landau and Rabbi Aron Benzion Beigel, on their own behalf and on behalf of all principalss, regarding the disputes relevant to the Bobov congregation and institutions. The parties performed a binding procedure to adhere to the Rabbinical Court Ruling and they signed an arbitration agreement. The Rabbinical Court hereby provides the parties a directive concerning the continuation of the Rabbinical Court proceedings.

1. Anyone who wishes for his claims and demands to be fully considered, shall complete and sign the power of attorney coupled with an interest and specification of demands attached hereto before one of the following Rabbinical Judges: Rabbi Yechiel Babad, or before Rabbi Yitzchak Chaim Zeltenreich, or before Rabbi Abraham Baruch Rosenberg, and specify his claims and demands within that document.

2. The Rabbinical Court will schedule times in the parties' synagogues when everyone who wants to will be given the opportunity to appear and sign this document.

3. Likewise, one may come to the home of one of the Rabbinical Judges to sign this document, after making an appointment over the phone.

4. Everyone shall bring with them Photo Identification such as a driver's license or Passport, etc.; one who does not have Photo Identification shall come sign before a Rabbinical Judge who knows him.

5. The Rabbinical Court will give each of the parties the opportunity to see and review all powers of attorneys and specification of demands.

And on this we affixed our signatures on Thursday, 16 *Elul* 5767

Says {signature} *Yechiel Babad*
Says {signature} *Yitzchak Chaim Zeltenreich*
Says {signature} *Abraham Baruch Rosenberg*
Says {signature} *Yitzchak Dov Berger*
Says {signature} *Yekusiel Zelman Graus*

*Translation from the H E B R E W language*

By the Grace of G-d,

> **The authorization document executed by the community remains in full force and effect; this document is intended to specify who their attorneys in fact are, and to specify their claims.**
>
> **Each of the signatories has the option to decide which claim he wishes to join.**
>
> **Each claim one wishes to join, one needs to sign in the designated space following the claim; as to claims that present two options, the choice needs to be marked and signed in the designated space following the option chosen.**
>
> **Any claim one does not wish to join [whether the claim has one option or the claim has two options], he should not be sign at all following that claim.**

### Power of Attorney and Specification of Demands

| **The Plaintiffs** | **The Defendants** |

I, the signed below, on my own behalf and/or on behalf of each of the corporations, etc. that are associated with the Bobov congregation and/or institutions, having a right to express an opinion as a member and/or director and/or officer of the aforementioned corporations; [this letter shall be in lieu of a formal corporate resolution or action], admit with a complete admission, and the signature by my hand shall bear witness upon me more effective than one hundred qualified and trusted witnesses, that I conveyed four cubits of real property, and in conjunction therewith {the binding procedure of "Agav"} and in conjunction with the *Suder* binding procedure, I authorized and appointed as my attorney infact:

☐ **The attorneys in fact of the plaintiffs: Rabbi Simcha Roth, and/or Mr. Yitzchak Isaac Deutch, and/or Rabbi Zvi Arya Reinhold, and/or Rabbi Mendel Gross, who represent the group under the leadership of Rabbi Mordchai David Unger and Rabbi Shia Rubin, who make up Party A, to submit before Rabbinical Court arbitration with Party B.**

☐ **The attorneys in fact of the defendants: Rabbi Yehuda Yerachmiel Halevy Gruber, and/or Mr. Abraham Aron Lesser, and/or Rabbi Asher Landau, and/or Rabbi Aron Benzion Beigel, who represent the group under the leadership of Rabbi Benzion Arye Leibish Halberstam, who make up Party B, to submit before Rabbinical Court arbitration with Party A.**

**Signature** _____   **Signature** _____ Of the aforementioned two parties, before the Rabbinical Court [Rabbi Yechiel Babad, Rabbi Yitzchak Chaim Zeltenreich, Rabbi Abraham Baruch Rosenberg, Rabbi Yitzchak Berger and Rabbi Yekusiel Zalmen Graus] which was selected to adjudicate the matter of the

claims and demands relevant to the Bobov congregation and institutions detailed in the specific language signed by the two parties' representatives [covering all of the parties' demands and counter demands]; I made the following statement to them: go, litigate, gain, and carry out for yourself, and whatever the result at the Rabbinical Court may be, shall apply upon me, whether it is a win or a loss; whether it is Jewish law, or it is a compromise, or it is an error, [even an error in *Mishne* {written Jewish law}]; and I shall be unable to argue "I sent you to improve the situation, not to worsen it"; your hands shall be as mine; your mouths as mine; your actions as mine; your forgiveness as mine, in a manner most effective according to our holy Torah.

We granted power of attorney to the aforementioned authorized agents to accept upon themselves the acceptances specified in the specific language signed by the two parties' representatives. We obligated ourselves with a complete obligation, in a manner most effective to adhere to all that the Rabbinical Court will rule upon us based on arguments by the aforementioned representatives. I hereby specify that the aforementioned power of attorney includes, but is not limited to, the following claims:

### Specification of Claims

### [1] Dominion of Rebbe and Rabbi Positions

I claim and demand that the dominion of Rebbe and Rabbi positions of Bobov shall belong to:

☐ Rabbi Mordchai David Unger and Rabbi Shia Rubin

☐ Rabbi Benzion Arye Leibish Halberstam

**Signature** _____    **Signature** _____

### [2] The Name Bobov

[1] If claim and demand no.1 is accepted, then if the opposing party secedes from the congregation and creates a separate congregation, I claim and demand that:

☐ The opposing party should not be entitled to refer to their congregation and their leaders with the name Bobov, even if they add an accompanying name.

**Signature** _____

☐ The opposing party should not be entitled to refer to their congregation and their leaders with the name Bobov, unless they add an accompanying.

**Signature** _____

*Targem Translations*

[2] If claim and demand no.1 is not accepted, and I will join those who secede from the congregation and will create a separate congregation under the leadership of the aforementioned leader; I claim and demand that:

☐ Our congregation should also be entitled to refer to our congregation and our leader with the name Bobov, even without adding an accompanying name.

**Signature** _____

☐ Our congregation should also be entitled to refer to our congregation and our leader with the name Bobov if we add an accompanying name.

**Signature** _____

### [3] Congregation Property

[1] If claim and demand no.1 is accepted, then if the opposing party secedes from the congregation and creates a separate congregation, I claim and demand to deny the opposing party taking a portion of congregation property, in real estate or in cash in lieu of real estate.

**Signature** _____

[2] If claim and demand no.1 is not accepted, and I will join those who secede from the congregation and will create a separate congregation under the leadership of the aforementioned leader, I claim and demand that we should be entitled to get a portion of congregation property, in real estate or in cash in lieu of real estate.

**Signature** _____

All of the above was entered into through a complete *Agav Suder* binding procedure, performed with an object that is appropriate for binding purposes, effective immediately [i.e. at the time of the *Suder* binding procedure], before a distinguished Rabbinical Court, in addition to other binding procedures and methods in a manner most effective according to our holy Torah,[in a manner that does not constitute merely a verbal acquisition or a simple assurance or any deficiency whatsoever], with the seriousness of all documents granting power of attorneys that are drafted as regulated by our sages of blessed memory, neither as a simple assurance nor as a standard form of contract; it is all confirmed and established.

On this we affixed our signatures on ____ of *Tishrei* 5768 {approx. calendar date: September 13-October 12, 2007}, here in _____.

Party's signature _____

| Party's name _____ | Tel. number _____ |
|---|---|
| Address _____ | City _____ |
| Date of Birth _____ | Date of Marriage _____ |

