# Appendix G



**Targem Translations**

143 Rodney Street
Brooklyn, N.Y. 11211
Tel. (718) 384-8040
Fax: (718) 388-3516

# Certificate of Accuracy

On this day, personally appeared before me, a Notary Public in and for the State of New York, County of Kings, Wolf Markowitz, who after having duly affirmed, deposes and says that he is a translator of the Hebrew and English languages; that he carefully prepared the attached English translation of the attached documents written in the Hebrew language; and that the translation is a true and correct rendering of such document and the whole thereof. Described and affirmed to before me this 8/5/2015

_____
Signature of Translator

_____
Signature of Notary

ROCHAL WEISS
Notary Public, State of New York
Registration No.: 01WE6293785
Qualified in Kings County
My Commission Expires December 16, 2017



Professional Translations of Foreign Languages

## שטר הרשאה ויפוי כח

בס"ד, אני החתום מטה, מודה בהודאה גמורה וחתימת יד תעיד עלי יותר ממאה עדים כשרים ונאמנים, שהקניתי ארבע אמות קרקע ואגב זה קנין סודר הרשיתי ויפיתי את כוחם של הרב שמחה ראטה שליט"א והרה"ח מר"ח יצחק איזיק דייטש נ"י, והרב צבי ארי' ריינהאלד שליט"א, ואני חרב מעריל נראסס שליט"א לעמוד לדיון ולחתום על השטרי בירורין בנוסח דלהלן ש**אנחנו החתומים מטה, סודרים בהודאה גמורה וחתימת ידינו תעיד עלינו יותר ממאה עדים כשרים ונאמנים, שקיבלנו עלינו חיתוך וגמר דין בעינן על פי תורתינו הקדושה** לסדר טענותינו, טענינו ודברינו שבין חתומים מטה בדין זה או בדאים אחרים שיש לחם עמהם זה, ויות כולל כל התביעות וכל התביעות וכל החביעות וכל הטענות של הצדדים, בנוגע לכל ירושת תנכסים חפרטיים של כ"ק אדמו"ר מהריש מבאב"ב וצי"ל, כולל נכסים שיש עי"ז ויפות אם זה ובכל בכלל הנכסים הפרטיים של כ"ק אדמו"ר מהריש מבאב"ב וצי"ל וכל שרות האדמורי"ת והרבנות וכהונה על קחלת ומוסדות באפ"ב בכל חשלם, וגם נכסים השייכים לקהלות ומוסדות באפ"ב בירושלים ובנא בבעטסקילם ובמאפאוויאס בכלל וכסים שיש עי"ז ויכוח אם זה הו בכלל בכל הנכסים של קהלת ומוסדות באפ"ב חני"ל, ויש טענה שכיבל מעת חני"ל, וד) תביעתה על אותם בלי יוצא מן הכלל שחי' או לחם או למורישיהם גישה לחקיפת חפרטיים או חציבוריים חני"ל, ויחא לחוב הב"ד חפטות להחליט איזו ואיזו רכוש ונכסתטים נכרטים מחקנטות וחבמיסים חני"ל ובתנאי שיש שהתביעה הושפעה בד"ת הקודם, ויחא לחוב הב"ד חפטות להחליט איזו תביעת כלולה בזת)] ולן תביעה חפסין, שרת, וחפסדים, בעלקן, של יחידים או יחידים שנאמרו לציבור] על קהלת ומוסדות באנפ"ב חני"ל, וגם תביעות השיפוע בד"ת הכללית, ויחא לרוב הב"ד הסמכות להחליט איזו תגיעה וכללח בזח). ןל) למי מחסטלת, ואו חמוסדות ואו חרבניים, ואו האדמורייה יש חם הזכות לחקרא עם חשם באב"ב [כלל שם אחד שיש בתוכן חמלח באנגוב] ואו שאר שמות שחחגלמת וחמוסדות השתמשו בחם בעבר ואו נחשבו של חורחנוים וכדומה שחשתמשו בחם בעבר), [ו] למי מחסטלת ואו חמוסדות וחברתית, ואו האדמורייה יש לחם הזכות למדוג ופרסם חססיים, חטעיפס, חכמי'י, חדר וכדומה של אדמורי באנ"ב וצי"ל כולל חוקת חרבנים, ואו חברבים חדתיים, אצל חרבנים חדיניים, הרה"ח מותרי"ך יצחק דוב בוערגער שליט"א, שנברך מאד חתונע, וחרח"ח מוח"ר ישראל וקמן בריג'י שליט"א, שנברך מאד חתונע, וההה"ג מוח"ר יחיאל בא"ד שליט"א, וחחרה"ח מוח"ר יצחק חיים וצלעגערויד שליט"א, וחרה"ח מוח"ר אברהם ברך ראוטגערג שליט"א, שנברך מאד הצדדים. וחם יפסקו בחדיני דברים שבינינו, והכרעה לגין אם יהא על פי דין תורה, בין אם יהא על פי פשר קרוב לדין תורה ידוע על דעת רוב חבית דין, וחדב יוכל לחכריע אף אם חלק מחדיינים יסתלקו ואף אם חלק מהדיינים אמרה איני יודע. וחתותנה במפורש שאפ אחד מחבעלי דינים או חמורך של (או שניחם) ישתפטו מחד"ת, שאן יכולים רוב הבית דין לחמשיך חדה"ת ולשמוע טענות וחוכחות ולקבל עדות וחפטים חחויית, אף שלא במני תבעל דיה או חסדר חמשתמטו, וחותנה במפורש שאנו מקבלים עליט דייני חני"ל אף אם חם חברי חקחלת, ואו קרוביו, ואו מניעים בדבר, וואו שאר פסולים. (סיכלות חביית דין (או חרבע) יחא בתסאנ עד לסוף ביצוע חפסק-דין וגובים לחכדיע בנוגע כל סכסור בביצוע תפסק-דין, או בפירוש חפסק-דין, וכן ביחים לחכדיע בנכתה שפי הפחעדים יש ש"ק טענות או ראיות לסתור את חדיני, וכמו כן אם בחפ"ד לא תברעו [מאיזה טעם שיהא] על כל הפחעדים שהוו שייכים לחדני, יש ביחם לחכדיע ע"ז גם אח"ב. וכל פסק דין [כולל פסקי דין ביונים, ופסקי דין חלקיים (חדחיונו רוב חבית דין וכני"ל), בין אם יהא על פי דין תורה, בין אם יהא על פי פשר קרוב לדיט תורה, בין אם יהא על פי טענות ואפילו טענת בדבר משנה), חכל אנחנו מקבלים עליט לציית פסק דינם בלי שום השמטת וערעור כלל, וחתנה במפורש שלא קדא בידיט לשאול מחאיות טעם דתורני, ושלא יהא כח לשום בית דין שבעולם לבני"ל או לשנות חפסק דין אף אם לפי דעתם יטעו חבית דיו. ורק אם חבית דין וחני"ל שקיבלנו בעצמם יחליט על פי רוב דעות שחיי טעות או ביוב, לחזור או לשנות חפסק דין. וכל חני"ל נעשת בקניין גמור אגב סודר במצא דכשר למקיא בי מעכשיו, [רי"ל בזמן חפקין סודר) בפני בית דין חשוב, נציחה עור טיונים וחיזותים באופן חיוות מועיל על פי תורתינו הקדושה, בפני בית דין חקוח, מועיל על פי תורתינו חקדושה, ובאופן שלא יהא בו שום חשש סגין דברים או אטמכתא או שום י'ואתא שבעלכן) כאמר, סניינים ותניאם חשוויים בנזקת תקנועד זקנון לברכה ולא כאסמכתא ולא כטויפטי דשטרי חכל שריר וקים כל חחרצון, וגם שתמום בשמיע יגעס כל חטרעים, ובאפ קחלת וחדומאדו באנב"ב חני"ל [כולל חלק ש שי"ל על זח ויכוח אם זה וכלל בכלל קחלה וחמסדות חני"ל, ובשמ כל חהברות שנמשו עבר הני"ל" ובין אמדתי לחם לכד דינו וזכן ואפיק לבשכם, וכל דמטעי לכם סן בי דינא עלי דידי יהא חדד. הן לטות תן לחוטן, ולא אוכל לופר קתסוני סודונוכם ולא למותי. וחתא דובקה בוזי, פוכס כפי, עשיקעכם בעשייתי, מחילחכם במחילתי, באופן חיוות מועיל על פי תורתינו חקדושה ואני מקבל עלי בוח כסת שטרי בירודן חני"ל. וכל חני"ל נעשת בשגאיס במצא דכשר למקיא בי מעבכן יו [רי"ל בזמן חקעין סודר] בפני בית דין חשוב, בציחף עד סניינים וחיזותים באופן חיוות מועיל על פי תורתינו הקדושה, (ובאופן שלא יהא בו שום חשש קנין דברים או אטמכתא או שום ויאתא שבעלם) באימסר כל שטר ביחורץ ותרשאה חעשויים כתחטון חני"ל דלא כאסמכתא ודא כיפטי דשטרי חכל שריר וקים

ועי"ז באתי על החתום ביום ... ל"ב ...

*Translation from the H E B R E W language*

## Authorization Contract and Power of Attorney

By the Grace of G-d,

I, the signed hereinafter, admit with a complete admission, and the signature by my hand shall bear witness upon me more effectively than one hundred qualified and trusted witnesses, that I conveyed four cubits of real property, and in conjunction therewith and in conjunction with the *Suder* binding procedure, I authorized and appointed as my attorney in fact Rabbi Simcha Roth, and/or Mr. Yitzchak Isaac Deutch, and/or Rabbi Zvi Arya Reinhold, and/or Rabbi Mendel Gross, to submit before Rabbinical Court arbitration and to sign an arbitration agreement containing the following language:

We, the signed hereinafter, admit with a complete admission, and the signature by our hand shall bear witness upon us more effectively than one hundred qualified and trusted witnesses, that we accepted upon ourselves [in a manner most effective according to the holy Torah] to present our claims in the controversies between those signed below on this page or other pages containing the same language [which includes all claims and counter claims of the parties with respect to:

[1] The estate of the personal property of the late holy Grand Rebbe, Rabbi Shlomo of Bobov of blessed memory, including assets upon which there is a debate whether it is even part of the personal property of the late holy Grand Rebbe, Rabbi Shlomo of Bobov of blessed memory.

[2] The dominion of Rebbe and Rabbi etcetera over Bobov congregations and institutions throughout the globe.

[3] The property that belong to Bobov congregations and institutions in Brooklyn, New Jersey, the Catskills and the Poconos, including property upon which there is debate whether it is even part of the property of the aforementioned Bobov congregations and institutions.

[4] Claims against those – without exception – or those who bequeathed them, who had access to the aforementioned personal or communal accounts, and it is claimed that they received funds and/or property [in substantial sums] from the aforementioned accounts and property, [provided that the claims have an impact upon the overall case; a majority of the Rabbinical Court shall have jurisdiction to decide which claims are included].

[5] Claims [financial, dominion, positions, ownership] by individuals [or individuals organized as a group] against the aforementioned Bobov congregations and institutions, [provided that the claims have an impact upon the overall case; a majority of the Rabbinical Court shall have jurisdiction to decide which claims are included].



[6] Which of the congregations, and/or institutions, and/or Rabbis, and/or Rebbe's have the right to be referred to by the name Bobov [including a different name that incorporates the word Bobov], and/or other names that the congregations and institutions previously used [and/or use the name of journals and the like, that they previously used]. [7] Which of the congregations, and/or institutions, and/or Rabbis, and/or Rebbe's have the right to publish and distribute books, tapes, manuscripts, Torah commentary and the like by the late Rebbe's of Bobov of blessed memory, including the right to decide on content and style}

Before the following Rabbinical Judges:

Rabbi Yitzchak Dov Berger, who was selected by the plaintiff's party; and Rabbi Yekusiel Zalmen Graus, who was selected by the defendants party; and Rabbi Yechiel Babad, Rabbi Yitzchak Chaim Zeltenreich, and Rabbi Abraham Baruch Rosenberg, who were selected by the two parties.

And they shall adjudicate the controversies between us, and the determination [whether it will be based upon Jewish law, or it will be based upon a compromise similar to Jewish law] shall be the opinion by a majority of the Rabbinical Court; the majority may make a determination even if some of the Rabbinical Judges will depart, and even if some of the Rabbinical Judges will declare "I don't know". And it was expressly agreed that should one of the parties or its arbitrator [or both] evade the Rabbinical Court proceedings, a majority of the Rabbinical Court may then proceed with the Rabbinical Court proceedings, to hear arguments and evidence, to take testimony and to adjudicate the Rabbinical Court matter even in the absence of the evading party or arbitrator.

It is expressly agreed that we accept upon ourselves the aforementioned Rabbinical Judges even if they are congregation members, and/or relatives, and/or have a conflict of interest and/or other disqualifications.

{The jurisdiction of the Rabbinical Court [or a majority thereof] shall be valid until the end of the implementation of the Rabbinical Court Ruling, and they may make determinations regarding any dispute as to implementation of the Rabbinical Court Ruling, or as to interpretation of the Rabbinical Court Ruling; likewise, they may make a determination in the event one of the parties has claims or evidence to contradict the ruling, and the same applies if the Rabbinical Court Ruling failed [for whatever reason] to make a determination on all issues that were associated with the Rabbinical Court case - they may make a determination about those even at a later time}.

And any Rabbinical Court Ruling [including interim Rabbinical Court Rulings and partial Rabbinical Court Rulings] that will be issued by them, [i.e. a majority of the Rabbinical Court, as described above], whether it will be based upon Jewish law, or it will be based upon a compromise similar to Jewish law, or it will be based upon an error, [even an error in *Mishne* {written Jewish law}], all of these possibilities are accepted upon ourselves to adhere to their Rabbinical Court Ruling without any evasion or objection whatsoever.

<u>It was expressly agreed that we do not have the option of asking "what was the reasoning of your ruling", and that no Rabbinical Court on the planet shall have the power to invalidate or alter the Rabbinical Court Ruling, even if in their opinion this Rabbinical Court erred; only if the Rabbinical Court [mentioned above, that we accepted] itself will decide by majority opinion that it was an error, then they may reverse or alter the Rabbinical Court Ruling.</u>

<u>All of the above was entered into through a complete *Agav Suder* binding procedure, performed with an object that is appropriate for binding purposes, effective immediately [i.e. at the time of the *Suder* binding procedure], before a distinguished Rabbinical Court, in addition to other binding procedures and methods in a manner most effective according to our holy Torah,[in a manner that does not constitute merely a verbal acquisition or a simple assurance or any deficiency whatsoever], as weighty as binding procedures and stipulations that are conducted as regulated by our sages of blessed memory, neither as a simple assurance nor as a standard form of contract; it is all confirmed and established.</u>

<u>On this we affixed our signatures, on our own behalf and on behalf of all principalson behalf of the aforementioned Bobov congregations and institutions [including that upon which there is debate as to whether it is even part of the aforementioned Bobov congregations and institutions], and on behalf of all corporations that were created for the benefit of the above.</u>

I made the following statement to them: go, litigate, gain, and carry out for yourself, and whatever the result at the Rabbinical Court may be, shall apply upon me, whether it is a win or a loss; and I shall be unable to argue "I sent you to improve the situation, not to worsen it"; your hands shall be as mine; your mouths as mine; your actions as mine; your forgiveness as mine, in a manner most effective according to our holy Torah. I hereby accept upon myself the language of the aforementioned arbitration agreement.

All of the above was entered into through a complete *Agav Suder* binding procedure, performed with an object that is appropriate for binding purposes, effective immediately [i.e. at the time of the *Suder* binding procedure], before a distinguished Rabbinical Court, in addition to other binding procedures and methods in a manner most effective according to our holy Torah,[in a manner that does not constitute merely a verbal acquisition or a simple assurance or any deficiency whatsoever], with the seriousness of all arbitration agreements and documents granting power of attorneys that are drafted as regulated by our sages of blessed memory, neither as a simple assurance nor as a standard form of contract; it is all confirmed and established.

And on this I affixed my signature on {illegible}

