# Appendix I

## **Out-of-State Respondents**

Yisroel Yosef Abramowitz (a resident of Maryland)
Yakkov Brody (a resident of New Jersey)
Avrum Elimelech Horowitz (a resident of New Jersey)
Baruch Chuna Greenfeld (a resident of the United Kingdom)
Yitzhock Zev Israel (a resident of New Jersey)
Yisroel Meyer Jakobovits (a resident of Maryland)
Shmiel Zanvel Neiger (a resident of New Jersey)
Yitzchok Rosenberg (a resident of New Jersey)
Mordche Shulim Yosef Scharf (a resident of New Jersey)
Mordchai Dov Ber Twerski (a resident of New Jersey)
Nuchem Yisroel Twerski (a resident of New Jersey)