UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHER BARUCH LANDAU, ABRAHAM ARON LESSER, ARON BENZION BEIGEL, *et al.*,<br><br>        Petitioners,<br><br>v.<br><br>ZVI ARYE RHEINOLD, MENDEL GROSS A/K/A MENACHEM YECHESKEL GROSS, YITZCHAK ISAAC DEUTCH, *et al.*,<br><br>        Respondents. | ECF CASE<br><br>No. 15 Civ. _____ (   )<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Bnos Zion of Bobov, Inc., through its undersigned counsel, makes the following corporate disclosure:

      1.      Bnos Zion of Bobov, Inc. is a religious corporation.

      2.      Bnos Zion of Bobov, Inc. has no parent corporation.

      3.      There is no publicly-held corporation that owns 10 percent or more of Bnos Zion of Bobov, Inc.

-2-

| | |
|---|---|
| Dated: New York, New York<br>August 17, 2015 | COVINGTON & BURLING LLP<br><br>By: _____<br>Alan Vinegrad<br>David Pinsky<br><br>Catherine Gibson<br>Erin Monju<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>(212) 841-1000<br>avinegrad@cov.com<br>dpinsky@cov.com<br><br>*Attorneys for Petitioners* |