**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

David Z. Pinsky

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1177
dpinsky@cov.com

*By ECF*  September 10, 2015

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Asher Baruch Landau, et al. v. Zvi Arye Rheinold, et al.*,
 No. 15 Civ. 4811 (CBA)(VMS)

Dear Chief Judge Amon:

Further to our letter of September 9, 2015, Respondent Baruch Eisenberg today consented to petitioners' request for an extension of time from September 14, 2015, to and including October 9, 2015, to submit a reply to Mr. Eisenberg's opposition papers.

Respectfully,

David Pinsky /SKM

David Z. Pinsky

cc: Mr. Baruch Eisenberg (by ECF and email)