UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ASHER BARUCH LANDAU, et al.

                              Petitioners,                      NOT FOR PUBLICATION
                                                                     **ORDER**
     - against -                                         15-CV-4811 (CBA)(VMS)

ZVI ARYE RHEINOLD, et al.

                              Respondents.
------------------------------------------------------------x

**AMON, Chief United States District Judge:**

Petitioners initiated this action on August 17, 2015, seeking confirmation of an arbitration award pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9. (Pet. at 1, D.E. # 1.) Per the FAA, petitioners ask the Court for an order directing the U.S. Marshals Service to serve respondents who reside outside of the Eastern District of New York. (D.E. # 24.)

Petitioners' application is granted. Petitioners shall submit a copy of the Notice of Petition to Confirm Arbitration Award ("Notice") and Petition to Confirm Arbitration Award, with Appendices A-I ("Petition"), as well as a Form USM-285, to the U.S. Marshals Service for the Eastern District of New York. The U.S. Marshals Service for the Eastern District of New York shall collect from petitioners payment of the estimated fees and expenses for service, and shall deliver a copy of this Order, the Notice, and the Petition to the U.S. Marshals Service in the Southern District of New York, the District of New Jersey, and the District of Maryland. Finally, the U.S. Marshals Service in each of those districts shall serve the Notice and Petition on those respondents listed below who reside in their respective districts.

*Southern District of New York*

Shulim Beck
60 Herrick Avenue #3201
Spring Valley, NY 10977

Benzion Blumenberg
4 Jodi Court
Monsey, NY 10952

Chaskel Shraga Bronner
30 Jacaruso Drive
Spring Valley, NY 10977

Yosef Bronner
4 Langeries Drive
Monsey, NY 10952

Yakkov Yosef Froshowitz
124 West Maple Avenue
Monsey, NY 10952

Shloime Fuhrer
164 Maple Avenue #C
Spring Valley, NY 10977

Benzion Avrum Goldfinger
7A Maple Leaf Road
Monsey, NY 10952
*or*
13 Walter Drive
Monsey, NY 10952

Mendel Goldfinger
600 West 246th Street #312
Bronx, NY 10471

Eliezer Halberstam
3 Echo Ridge Road
Monsey, NY 10952

Ahron Hoffman
70 Monsey Heights Road
Monsey, NY 10952

Yosef Horowitz
31 Cedar Lane
Monsey, NY 10952

Chaim Kwadrat
15 Bluefield Drive #102
Spring Valley, NY 10977

Dovid Yosef Meisels
202 Adar Court
Monsey, NY 10952

Moshe Miller
17 DA Weider Boulevard #303
Monsey, NY 10952

Yisroel Shlome Miller-Newman
1 S Rigaud Road
Spring Valley, NY 10977

Aaron Pascal
65 Remsen Avenue
Monsey, NY 10952

Yitzchok Isaac Rottenberg
12 Koznitz Drive #202
Monroe, NY 10950

Sholem Steinberg
6 Carlton Lane
Monsey, NY 10952

Yoel Zvi Trieger
67 Highview Road
Suffern, NY 10901

Aryeh Waldman
12 Braircliff Road
Monsey, NY 10952

Duvid Weiss
5 Muray Drive
Monsey, NY 10952

Yehoshua Heshel Zaidman
22 Dana Road
Monsey, NY 10952

Zvi Yehuda Ziegler
5 Kenneth Street
Monsey, NY 10952

***District of New Jersey***

Yakkov Brody
202 Marion Court
Lakewood, NJ 08701

Avrum Elimelech Horowitz
78 Coles Way
Lakewood, NJ 08701

Yitzchok Zev Israel
2 Tuscany Terrace
Lakewood, NJ 08701

Shmiel Zanvel Neiger
105 Village Path
Lakewood, NJ 08701

Yitzchok Rosenberg
8 Renne Court
Lakewood, NJ 08701

Mordche Shulim Yosef Scharf
982 Park Avenue
Lakewood, NJ 08701

Mordchai Dov Ber Twerski
14 Rena Lane
Lakewood, NJ 08701

Nuchem Yisroel Twerski
805 Princeton Avenue
Lakewood, NJ 08701

*District of Maryland*

Yisroel Yosef Abramovitz
6414 Park Heights Avenue #C-3
Baltimore, MD 21215

Yisroel Meyer Jakobovits
6214 Benhurst Road
Baltimore, MD 21209

SO ORDERED.

Dated: September **22**, 2015
Brooklyn, New York

/S/ Chief Judge Carol Bagley Amon
Carol Bagley Amon
Chief United States District Judge