**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

David Z. Pinsky

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1177
dpinsky@cov.com

*By ECF*  October 9, 2015

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Asher Baruch Landau, et al. v. Zvi Arye Rheinold, et al.*, No. 15 Civ. 4811 (CBA)(VMS)

Dear Chief Judge Amon:

  We represent the petitioners in the above-referenced action. We write to inform Your Honor that respondent Baruch Eisenberg ("Respondent Eisenberg"), who on September 2, 2015, filed papers in opposition to the petitioners' Petition to Confirm Arbitration Award, has withdrawn his opposition, as stated in the attached letter, filed yesterday, October 8, 2015. As a result, the petitioners will not be filing a reply to Respondent Eisenberg, which reply was otherwise due today.

               Respectfully,

               David Z. Pinsky

Attachment

cc: Mr. Baruch Eisenberg (by ECF and email)