ORIGINAL

Baruch Eisenberg
1160 49th street
Brooklyn NY 11219
917-416-7264
ArrowLG@gmail.com

FILED
CLERK
2015 OCT -8 PM 2: 05
U.S. ~~~~
EASTERN DISTRICT
OF NEW YORK

~~Via E-file~~ – BY HAND

September 30 2015

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Re: Landau et al v. Rheinold et al
No. 15 civ 4811 (cba)(vms)

Dear Judge Amon,

I hereby withdraw the "application in opposition of petition to confirm arbitration award", that I filed on September 1 2015.

Respectfully Submitted,

*Baruch Eisenberg* (signature)

Baruch Eisenberg

30 DAY OF SEPTEMBER, 2015

JACOB FUHRER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 24-1343180
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES AUGUST 31, 20 17