FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 19 2015 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ASHER BARUCH LANDAU, et al.,

                Petitioners,

   - against -

ZVI ARYE RHEINOLD, et al.,

                Respondents.
-----------------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
15-CV-4811 (CBA) (VMS)

**AMON, Chief United States District Judge:**

    Petitioners initiated this action on August 17, 2015, seeking confirmation of an arbitration award pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9. (Pet. at 1, D.E. # 1.) Pursuant to the FAA, on August 27, 2015, petitioners asked the Court for an order directing the U.S. Marshals Service to serve respondents who reside outside of the Eastern District of New York. (D.E. # 24.) The Court issued such an order, (D.E. # 28), and, of the 33 respondents believed by petitioners to reside outside of the Eastern District of New York, 24 were served successfully on a first attempt. (D.E. # 40 at 1.) Petitioners now ask for an order permitting service by private process server on the remaining nine respondents: Benzion Blumenberg, Yakkov Brody, Yitzchok Zev Israel, Benzion Avrum Goldfinger, Mendel Goldfinger, Shmiel Zanvel Neiger, Yitzchok Isaac Rottenberg, Mordchai Dov Ber Twerski, and Nuchem Yisroel Twerski. In the alternative, petitioners request a second order directing the U.S. Marshals Service to attempt service on these nine respondents again, using updated addresses to be provided by petitioners. Either way, petitioners also ask for an extension of time to effect service under Federal Rule of Civil Procedure 4(m).

1

Petitioners' alternative application is granted. Petitioners shall again submit a copy of the Notice of Petition to Confirm Arbitration Award ("Notice") and Petition to Confirm Arbitration Award, with Appendices A-I ("Petition"), as well as a Form USM-285, to the U.S. Marshals Service for the Eastern District of New York. The U.S. Marshals Service for the Eastern District of New York shall collect from petitioners payment of the estimated fees and expenses for service, and shall deliver a copy of this Order, the Notice, and the Petition to the U.S. Marshals Service in the districts where petitioners assert that the relevant respondents presently reside. Finally, the U.S. Marshals Service in each of those districts shall serve the Notice and Petition on those respondents who reside in their respective districts.

Petitioners' time to serve these respondents under Rule 4(m) of the Federal Rules of Civil Procedure is hereby extended to January 15, 2016.

SO ORDERED.

Dated: November 18, 2015
Brooklyn, New York

/S/ Chief Judge Carol Bagley Amon
Carol Bagley Amon
Chief United States District Judge