UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ASHER BARUCH LANDAU, *et al.*,

        Petitioners,

v.

ZVI ARYE RHEINOLD, *et al.*,

        Respondents.

No. 15 Civ. 4811 (CBA)(VMS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                            )    ss.:
COUNTY OF NEW YORK   )

I, Dylan Keegan, being duly sworn, say:

I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

On February 5, 2016, I served by first class mail true and correct copies of the Letter from David Z. Pinsky to the Honorable Carol Bagley Amon with Exhibits A - C, dated February 5, 2016, in the above-captioned action, at the last-known addresses of the following Respondents:

Menachem Mendel Abramovitz
1466 50 St #4-O
Brooklyn, NY 11219

Shmuel Abramovitz
5519 18th Avenue
Brooklyn, NY 11204

Tzvi Dovid Abramovitz
1949 52 St
Brooklyn, NY 11204

Yisroel Yosef Abramovitz
6414 Park Heights Avenue #C-3
Baltimore, MD 21215

Shimon Eliezer Asovski
1322 54th Street
Brooklyn, NY 11219

Chaim Dovid Bakon
1461 46 St
Brooklyn, NY 11219

Benyomin Barber
1322 58 St
Brooklyn, NY 11219

Elimelech Baumwolspiner
96 Lawrence Avenue
Brooklyn, NY 11230

Meyer Yitzchok Baumwolspiner
1648 51 St
Brooklyn, NY 11204

Moshe Baumwolspiner
1919 59th Street
Brooklyn, NY 11204

Simcha Baumwolspiner
1905 50 St
Brooklyn, NY 11204

Shulim Beck
60 Herrick Avenue #3201
Spring Valley, NY 10977

Shulim Beck
1314 46 St #2-B
Brooklyn, NY 11219

Avrom Moshe Beigel
1144 51st Street
Brooklyn, NY 11219

Eliezer Duvid Beigel
4701 11th Avenue #1A
Brooklyn, NY 11219

Yakov Berger
620 Dahill Rd.
Brooklyn, NY 11218

Yitzchok Moishe Berger
1853 60th Street
Brooklyn, NY 11204

Avrum Bernstein
1516 46 St
Brooklyn, NY 11219

Betzalel Bernstein
1516 46 St
Brooklyn, NY 11219

Yisroel Dov Bernstein
1532 51 St
Brooklyn, NY 11219

Benzion Tzvi Birnbaum
1850 48 St
Brooklyn, NY 11204

Eliezer Birnbaum
5001 15 Ave #1-B
Brooklyn, NY 11219

Mendel Birnbaum
1517 58th Street
Brooklyn, NY 11219

Mordechai Birnbaum
1614 44 St
Brooklyn, NY 11204

Mordechai Birnbaum
1224 38th Street
Brooklyn, NY  11218

Shulim Birnbaum
5002 17 Ave
Brooklyn, NY 11204

Yecheskal Blau
1341 49th Street
Brooklyn, NY 11219

Yecheskal Blau
1436 51st Street
Brooklyn, NY 11219

Benzion Blum
1454 45 St
Brooklyn, NY 11219

Nussen Duvid Blum
1426 60 St
Brooklyn, NY 11219

Benzion Blumenberg
20 Amsterdam Avenue
Chestnut Ridge, NY 10952

Menachem Yehoshua Haleivi Blumenberg
5722 15th Avenue
Brooklyn, NY 11219

Yehuda Yosef Haleivi Blumenberg
1502 52nd St #2D
Brooklyn, NY 11219

Aryeh Leib Bodner
1340 51st Street
Brooklyn, NY 11219

Shmiel Yeshaya Bodner
1257 50th Street, Apartment 2
Brooklyn, NY 11219

Ezriel Zelig Bornfreund
1517 East 31st Street
Brooklyn, NY 11234

Shlome Braunfeld
5200-15th Ave., #4D
Brooklyn, NY 11219

Yosef Nachmen Braver
1260 46 St
Brooklyn, NY 11219

Yakkov Brody
38 Baila Boulevard
Lakewood, NJ 08701

Moshe Bromberg
2169 85th St
Brooklyn, NY 11214

Boruch Dovid Bronner
1221 43 St
Brooklyn, NY 11219

Chaskel Shraga Bronner
30 Jacaruso Drive
Spring Valley, NY 10977

Moshe Yakov Bronner
1262 43rd Street
Brooklyn, NY 11219

Naftoli Tzvi Bronner
82 Middleton Street #7A
Brooklyn, NY 11206

Yosef Bronner
4 Langeries Drive
Monsey, NY 10952

Avrum Brown
1607 53 St
Brooklyn, NY 11204

Yitzchok Brown
1567 46 St
Brooklyn, NY 11219

Usher Yakov Brunner
1518 51 St
Brooklyn, NY 11219

Benzion Yosef Cisner
1536 50th Street
Brooklyn, NY 11219

Laiby Cisner
4306 17 Ave
Brooklyn, NY 11204

Naftali Cisner
1155 42 St
Brooklyn, NY 11219

Yisroel Shmiel Cohen
1162 51 St
Brooklyn, NY 11219

Chaim Yosef Daskal
1457 50 St
Brooklyn, NY 11219

Yitzchak Isaac Deutch
22 Juliana Place
Broooklyn, NY 11249

Chaim Duvid Deutsch
1032 41st Street
Brooklyn, NY 11219

Reuven Chaim Deutsch
1259 47th Street
Brooklyn, NY 11219

Reuven Chaim Deutsch
1527 46th Street
Brooklyn, NY 11219

Shauel Noach Deutsch
2135 58 St
Brooklyn, NY 11204

Yosef Deutsch
1366 56 St
Brooklyn, NY 11219

Isaac Devries
4706 Fort Hamilton Parkway
Brooklyn, NY 11219

Yosef Shia Dominitz
1425 51st Street #D3
Brooklyn, NY 11219

Yoel Tzvi Ehrenfeld
1752 44 St
Brooklyn, NY 11204

Meyer Yosef Eichenstein
1611 49 St
Brooklyn, NY 11204

Yitzchok Isaac Eichenstein
1315 53 St
Brooklyn, NY 11219

Shlome Zishe Einhorn
1756 50 St
Brooklyn, NY 11204

Yakov Aryeh Einhorn
1502 42 St
Brooklyn, NY 11219

Zisha Einhorn
5001 14 Ave #C-3
Brooklyn, NY 11219

Alter Chaim Elisha Eisen
1783 45 St #2
Brooklyn, NY 11204

Gavriel Pinchas Eisen
1572 45th Street
Brooklyn, NY 11219

Ahron Yitzchok Eisenberg
1245 50th Street #2G
Brooklyn, NY 11219

Baruch Eisenberg
1160 49 St
Brooklyn, NY 11219

Benzion Eisenberg
593 Dahill Road
Brooklyn, NY 11218

Eliyahu Yitzchok Eisenberg
1251 40 St
Brooklyn, NY 11218

Menachem Burich Eisenberg
1263 42nd Street
Brooklyn, NY 11219

Shulim Eisenberg
111 Clymr St #4-A
Brooklyn, NY 11211

Smiel Ezra Eisenberg
152 Lee Ave
Brooklyn, NY 11211

Pinchas Duvid Elbaum
717 Bedford Avenue #8
Brooklyn, NY 11206

Yakov Haleivi Elbaum
5104 16th Avenue
Brooklyn, NY 11204

Chaim Avrum Engelberg
1518 51st Street
Brooklyn, NY 11219

Yakov Duvid Engelberg
1614 45 St
Brooklyn, NY 11204

Tzvi Dovid Englard
1502 37 St
Brooklyn, NY 11218

Usher Yehuda Englard
53 Webster Ave
Brooklyn, NY 11230

Yeshaya Englard
22 Webster Avenue #4A
Brooklyn, NY 11230

Chaim Menachem Fasten
5614 15 Ave #5-D
Brooklyn, NY 11219

Moishe Shmiel Fasten
4606 17 Ave
Brooklyn, NY 11204

Benzion Feig
1533 39th Street
Brooklyn, NY 11218

Yakov Meir Feldstein
121 Wilson St Apt 7d
Brooklyn, NY 11249

Shlomie Fischman
4423 16 Ave
Brooklyn, NY 11204

Avrum Yehuda Folger
1347 45 St
Brooklyn, NY 11219

Ahron Naftule Follman
1220 47 St
Brooklyn, NY 11219

Mordche Tzvi Follman
1646 44 St
Brooklyn, NY 11204

Sender Follman
1157 36th Street
Brooklyn, NY 11218

Shloime Avrum Follman
1143 45th Street
Brooklyn, NY 11219

Yoel Meyer Follman
1428 40th Street
Brooklyn, NY 11218

Moishe Yoel Forster
3916 New Utrecht Avenue
Brooklyn, NY 11219

Yitzchok Zev Forster
947 45 St
Brooklyn, NY 11219

Benzion Frankel
2215 Avenue L
Brooklyn, NY 11210

Benyumin Frazer
1272 46th Street
Brooklyn, NY 11219

Benyumin Frazer
1620 44 St
Brooklyn, NY 11204

Reuven Frazer
1145 49th Street
Brooklyn, NY 11219

Shlome Yeshaya Tzvi Freier
1531 51st Street
Brooklyn, NY 11219

Leibish Freund
1623 45 St
Brooklyn, NY 11204

Hershel Friedlander
1813 58 St
Brooklyn, NY 11204

Mordechai Friedlander
1055 51st Street
Brooklyn, NY 11219

Mordechai Friedlander
1320 47th Street #C7
Brooklyn, NY 11219

Chaim Leib Friedman
5614 18th Avenue
Brooklyn, NY 11204

Nusen Nuta Friedman
1248 43rd Street
Brooklyn, NY 11219

Yoel Friedman
1553 50th Street
Brooklyn, NY 11219

Yakkov Yosef Froshowitz
124 West Maple Avenue
Monsey, NY 10952

Avrum Abish Fuhrer
1344 49th Street
Brooklyn, NY 11219

Benzion Fuhrer
1527 45 St
Brooklyn, NY 11219

Naftule Tzvi Fuhrer
1358 47th Street #B6
Brooklyn, NY 11219

Shloime Fuhrer
164 Maple Avenue #C
Spring Valley, NY 10977

Yakov Fuhrer
1469 46th street
Brooklyn, NY 11219

Shmiel Mordche Ganzfried
1443 50 St
Brooklyn, NY 11219

Amrom Yishai Geller
1608 42nd Street
Brooklyn, NY 11204

Benzion Meir Geller
1607 45th Street
Brooklyn, NY 11204

Chaim Leib Geller
5001 15 Ave #5-C
Brooklyn, NY 11219

Pinchas Geller
697 East 2nd Street
Brooklyn, NY 11218

Shulim Avrum Geller
1714 59 St
Brooklyn, NY 11204

Tzvi Hersh Geller
1466 44th Street #3H
Brooklyn, NY 11219

Yisroel Duvid Geller
1580 41 St
Brooklyn, NY 11218

Yitzchok Shulim Geller
2155 57 St #3
Brooklyn, NY 11204

Benzion German
1676 42nd Street
Brooklyn, NY 11204

Duvid Berish Getz
1528 49 Street #3E
Brooklyn, NY 11219

Eliezer Getz
1962 52nd Street
Brooklyn, NY 11204

Moishe Duvid Getz
1349 49 St
Brooklyn, NY 11219

Mordche Tzvi Getz
41 South 8th Street # 7
Brooklyn, NY 11249

Shloime Getz
4703 11th Avenue
Brooklyn, NY 11219

Naftule Tzvi Gips
1230 38th Street
Brooklyn, NY 11218

Benzion Glick
1363 53rd Street
Brooklyn, NY 11219

Chananya Yom Tov Lipa Glick
1352 44th Street
Brooklyn, NY 11219

Chanoch Zindel Glick
336 Dahill Rd
Brooklyn, NY 11218

Chanoch Zindel Glick
1362 38th Street
Brooklyn, NY 11218

Nussen Glick
1345 49 St
Brooklyn, NY 11219

Zvi Glick
94 Ross St #3-E
Brooklyn, NY 11211

Ahron Shmiel Gluck
1351 56 St
Brooklyn, NY 11219

Pinchas Mordche Gluck
150 Webster Ave
Brooklyn, NY 11230

Avrum Goldberg
1333 51 St #2-A
Brooklyn, NY 11219

Chaim Goldberg
1435 53rd Street
Brooklyn, NY 11219

Chaim Zvi Goldberg
1314 51 St
Brooklyn, NY 11219

Menachem Mendel Goldberg
1437 43rd Street
Brooklyn, NY 11219

Moishe Goldberg
1824 48 St
Brooklyn, NY 11204

Naftali Goldberg
1515 47th Street #6C
Brooklyn, NY 11219

Nusen Nuta Goldberg
1461 46th Street
Brooklyn, NY 11219

Nusen Nuta Goldberg
1569 46th Street
Brooklyn, NY 11219

Tzvi Yakov Goldberg
5001 15 Ave #2-E
Brooklyn, NY 11219

Yisroel Yitzchok Goldberg
1522 55 St #4-J
Brooklyn, NY 11219

Moishe Yosef Meir Goldfinger
1524 44 St
Brooklyn, NY 11219

Ahron Goldman
2146 57th St.
Brooklyn, NY 11204

Benzion Goldman
2042 58th Street
Brooklyn, NY 11204

Benzion Duvid Goldman
5001 15th Avenue #4E
Brooklyn, NY 11219

Duvid Dov Goldman
1634 55 St
Brooklyn, NY 11204

Pinchas Goldman
4423 16 Ave
Brooklyn, NY 11204

Pinchas Goldman
1340 45th Street
Brooklyn, NY 11219

Usher Zelig Goldman
1342 50 St
Brooklyn, NY 11219

Aron Goldstein
1520 56th Street
Brooklyn, NY 11219

Shloime Goldstein
1737 44 St
Brooklyn, NY 11204

Ahron Yehuda Gordon
1150 45th Street
Brooklyn, NY 11219

Avrum Chaim Gordon
1350 46th Street #1
Brooklyn, NY 11219

Menachem Mendel Gordon
1249 56th Street #1
Brooklyn, NY 11219

Mordcha Gordon
1348 50th Street
Brooklyn, NY 11219

Shlome Zalmen Gordon
1348 50 St
Brooklyn, NY 11219

Yakov Duvid Gordon
1658 53 St
Brooklyn, NY 11204

Yoel Avrum Gotlib
1314 51st Street
Brooklyn, NY 11219

Ahron Yehuda Gottheil
3805-A 15 Ave
Brooklyn, NY 11218

Efraim Gottheil
1156 42nd Street
Brooklyn, NY 11219

Chaim Shlomo Greenberg
1644 55th Street #A9
Brooklyn, NY 11204

Levi Yitzchok Greenberg
1 Ave J
Brooklyn, NY 11230

Shmiel Greenberg
1040 55th Street #C2
Brooklyn, NY 11219

Benzion Greenfeld
2155 57th Street #2A
Brooklyn, NY 11204

Duvid Yida Greenfeld
1515 47 St #4-H
Brooklyn, NY 11219

Mordcha Duvid Greenfeld
4910 15 Ave #6-H
Brooklyn, NY 11219

Yitzchok Zvi Greenfeld
4917 12th Avenue # 4
Brooklyn, NY 11219

Benzion Griffel
1644 55 St
Brooklyn, NY 11204

Shmiel Ahron Griffel
1458 48th Street
Brooklyn, NY 11219

Yoel Griffel
1413 40th Street
Brooklyn, NY 11219

Yosef Isaac Griffel
1461 43 St
Brooklyn, NY 11219

Chaim S. Grosman
1876 53 St
Brooklyn, NY 11204

Gershon Dovid Grosman
1513 45th Street
Brooklyn, NY 11219

Chaim Dov Gross
1350 46th Street
Brooklyn, NY 11219


Mendel Gross a/k/a
Menachem Yecheskel Gross
5008 19 Ave
Brooklyn, NY 11204


Reuven Gross
1379 45th Street #4B
Brooklyn, NY 11219


Shlomie Gross
1350 54th Street #4F
Brooklyn, NY 11219


Yakov Naftule Gross
1458 55 St
Brooklyn, NY 11219


Yeshaya Yehuda Gruber
1758 50 St
Brooklyn, NY 11204


Benzion Mayer Gruenstein
1455 55th Street
Brooklyn, NY 11219


Shulim Yakov Gruenstein
1751 45 St
Brooklyn, NY 11204


Yosef Moshe Gruenstein
2014 57th Street
Brooklyn, NY 11204


Duvid Yom Tov Lipa Grunfeld
4600 14 Ave #2-A
Brooklyn, NY 11219


Shloime Zvi Grussgott
1757 53 St
Brooklyn, NY 11204

Yecheskal Grussgott
1725 51st Street
Brooklyn, NY 11219

Yehoshua Chaim Meir Grussgott
5002 Old Nw Utcht Rd
Brooklyn, NY 11204

Yosef Moshe Grussgott
1620 44 St
Brooklyn, NY 11204

Menachem Mendel Aharon Gutman
1675 47 St
Brooklyn, NY 11204

Benzion Gutter
1574 46 St
Brooklyn, NY 11219

Benzion Gutter
1521 41 St
Brooklyn, NY 11218

Boruch Yitzchok Gutter
1758 51st Street
Brooklyn, NY 11219

Mordcha Benzion Gutter
1552 58th Street
Brooklyn, NY 11219

Shlome Zalmen Gutter
1525 47 St
Brooklyn, NY 11219

Yeshaya Duvid Hillel Gutter
5201 14 Ave #4-A
Brooklyn, NY 11219

Zev Eliyahu Gutter
1263 52 St
Brooklyn, NY 11219

Avigdor Gutwein
1919 59th Street
Brooklyn, NY 11219

Yechiel Gutwein
1660 44 St
Brooklyn, NY 11204

Aron Shloime Hafner
1313 44 St
Brooklyn, NY 11219

Eliyahu Hafner
4716 14th Avenue #C6
Brooklyn, NY 11219

Yaakov Hafner
1515 47th Street #5E
Brooklyn, NY 11219

Benzion Dov Halberstam
1457 46 St
Brooklyn, NY 11219

Chaim Halberstam
1518 51st Street
Brooklyn, NY 11219

Chaim Boruch Halberstam
1853 54th Street
Brooklyn, NY 11204

Chaim Yehoshua Halberstam
1526 38th Street
Brooklyn, NY 11218

Eliezer Halberstam
1262 59th Street
Brooklyn, NY 11219

Eliezer Halberstam
3 Echo Ridge Road
Monsey, NY 10952

Elimelech Halberstam
198 Wilson St #3-C
Brooklyn, NY 11211

Schmelka Halberstam
4802 12 Ave #4-H
Brooklyn, NY 11219

Shulim Halberstam
1239 51st Street
Brooklyn, NY 11219

Yosef Yitzchok Halberstam
1419 44th Street
Brooklyn, NY 11219

Yosef Yitzchok Halberstam
1214 43rd street
Brooklyn, NY 11219

Shulim Yosef Halpern
1513 41 St
Brooklyn, NY 11218

Yehoshua Heshel Halpern
190 Ross St #1-D
Brooklyn, NY 11211

Yeshaya Halpern
1715 48 St
Brooklyn, NY 11204

Duvid Hammer
1965 50th Street
Brooklyn, NY 11204

Leibel Hammer
1452 52 St
Brooklyn, NY 11219

Leibtshe Hammer
1450 44th Street #4D
Brooklyn, NY 11219

Menachem Mendel Hammer
1354 51st Street
Brooklyn, NY 11219

Mordechai Hammer
22 Webster Avenue #2H
Brooklyn, NY 11230

Meir Yosef Nusen Haschel
680 E 3 St
Brooklyn, NY 11218

Shlome Ahron Avrum Henig
2013 52nd Street
Brooklyn, NY 11204

Shulim Herbst
1167 47 St
Brooklyn, NY 11219

Leibel Hirsch
1130 East 23rd St.
Brooklyn, NY 11210

Ahron Hoffman
70 Monsey Heights Road
Monsey, NY 10952

Shulem Holender
1501 43 St
Brooklyn, NY 11219

Yakov Moshe Honig
4504 15th Avenue #3
Brooklyn, NY 11219

Benzion Horn
145 Hooper Street #2E
Brooklyn, NY 11211

Avrum Aba Horowitz
1375 58 St
Brooklyn, NY 11219

Avrum Elimelech Horowitz
78 Coles Way
Lakewood, NJ 08701

Baruch Horowitz
691 Dahill Rd
Brooklyn, NY 11218

Benzion Duvid Horowitz
4812 14th Ave. #5E
Brooklyn, NY 11219

Bezalel Horowitz
1662 47th Street
Brooklyn, NY 11204

Chanoch Haleivi Horowitz
4800 14 Ave #4-F
Brooklyn, NY 11219

Duvid Moshe Horowitz
33 Lawrence Avenue
Brooklyn, NY 11218

Eliezer Shimon Horowitz
1456 55 St
Brooklyn, NY 11219

Gershon Tzvi Horowitz
1965 50th Street
Brooklyn, NY 11204

Menachem Nuchem Horowitz
5001 14th Avenue #B7
Brooklyn, NY 11219

Naftule Benzion Horowitz
1357 52nd Street
Brooklyn, NY 11219

Shimon Aron Horowitz
340 Dahill Road
Brooklyn, NY 11218

Tzvi Horowitz
5502 14th Ave., F10
Brooklyn, NY 11219

Yosef Horowitz
31 Cedar Lane
Monsey, NY 10952

Amrom Israel
1230 46th St.
Brooklyn, NY 11219

Amrom Israel
5707 12th Avenue
Brooklyn, NY 11219

Chaim Yakov Koppel Israel
1520 54 St
Brooklyn, NY 11219

Eliezer Israel
1024 41st Street
Brooklyn, NY 11219

Mordechai Israel
1771 45 St
Brooklyn, NY 11204

Yitzchok Zev Israel
2 Tuscany Terrace
Lakewood, NJ 08701

Yoel Israel
1169 41st Street
Brooklyn, NY 11218

Chaim Zvi Jakobovits
5812 19th Avenue
Brooklyn, NY 11204

Yisroel Meyer Jakobovits
6214 Benhurst Road
Baltimore, MD 21209

Benzion Dovid Kacenberg
1240 41st Street
Brooklyn, NY 11218

Boruch Shimon Kacenberg
1839 60th Street
Brooklyn, NY 11204

Yitzchok Kacenberg
4203 B 42 St
Brooklyn, NY 11224

Mordche Aryeh Kahan
1650 43 St
Brooklyn, NY 11204

Shulim Eliyahu Katz
1406 59th Street
Brooklyn, NY 11219

Benzion Kellman
115 Parkville Ave
Brooklyn, NY 11230

Yeshaya Kempler
1340 50 St
Brooklyn, NY 11219

Yosef Chaim Kempler
1725 44 St
Brooklyn, NY 11204

Mordche Avrum Kenigsberg
1450 42nd Street
Brooklyn, NY 11219

Mordche Avrum Kenigsberg
1347 48th Street #E3
Brooklyn, NY 11219

Moshe Shmiel Kerpel
1051 50th Street #5
Brooklyn, NY 11219

Yecheskel Efroyim Kerpel
1565 45th Street
Brooklyn, NY 11219

Avraham Asher Klein
4601 18th Avenue
Brooklyn, NY 11204

Benzion Klein
1923 50 St
Brooklyn, NY 11204

Chaim Yehoshua Klein
1650 46th Street
Brooklyn, NY 11204

Dov Klein
716 Ocean Parkway #2A
Brooklyn, NY 11230

Gershon Klein
1336 49th Street
Brooklyn, NY 11219

Pinchas Mendel Klein
1638 46 St
Brooklyn, NY 11204

Shimon Klein
1314 51st Street
Brooklyn, NY 11219

Shimon Eliezer Klein
1783 45 St #3
Brooklyn, NY 11204

Shlome Chaim Klein
1535 51 St
Brooklyn, NY 11219

Shrage Duvid Klein
1446 46 St
Brooklyn, NY 11219

Shulim Simacha Klein
1437 50th Street
Brooklyn, NY 11219

Yakov Naftule Hertz Klein
1842 55th Street #2
Brooklyn, NY 11204

Yosef Zvi Klein
1554 46 St
Brooklyn, NY 11219

Berl Kleinberger
4701 15 Ave #2-A
Brooklyn, NY 11219

Yechiel Naftuli Kleinman
4515 12 Ave #C-4
Brooklyn, NY 11219

Aaron Noach Knobloch
1373 47 St
Brooklyn, NY 11219

Avrum Knobloch
1436 44 St
Brooklyn, NY 11219

Benzion Knobloch
1434 56 St
Brooklyn, NY 11219

Dov Berish Knobloch
5614 15th Avenue #1D
Brooklyn, NY 11219

Duvid Knobloch
2109 57th Street
Brooklyn, NY 11204

Avrum Elimelech Knopfler
5118 14 Ave #4-C
Brooklyn, NY 11219

Yisroel Yakov Hakoen Kohn
1319 51 St
Brooklyn, NY 11219

Moshe Konigsberg
1450 42 St
Brooklyn, NY 11219

Elimelech Kovalenko
1845 52nd Street #14
Brooklyn, NY 11204

Matisyuhi Kovalenko
1360 48 St #A-5
Brooklyn, NY 11219

Mordechai Kovalenko
1217 55 St
Brooklyn, NY 11219

Shimon Eliezer Kovalenko
1524 42nd Street
Brooklyn, NY 11219

Yehuda Leib Kovalenko
1757 48 St
Brooklyn, NY 11204

Esomor Efroyim Krausz
614 East 2nd Street
Brooklyn, NY 11218

Ahron Yehoshua Kraut
4515 10th Avenue
Brooklyn, NY 11219

Ahron Yehoshua Kraut
8 Waverly Avenue
Brooklyn, NY 11205

Herschel Kraut
1568 40 St
Brooklyn, NY 11218

Reuven Kraut
3 Webster Ave
Brooklyn, NY 11230

Moshe Yeshaya Krengel
1452 50 St
Brooklyn, NY 11219

Eliyahu Kupperman
5000 15 Ave #2-K
Brooklyn, NY 11219

Pinchas Eliyahu Kupperman
1523 45 St
Brooklyn, NY 11219

Usher Kupperman
1857 60th Street
Brooklyn, NY 11204

Yakov Kupperman
1227 44th Street
Brooklyn, NY 11219

Yehoshua Nusen Kupperman
1124 47th Street
Brooklyn, NY 11219

Alexander Zishe Kurtz
1311 49th Street
Brooklyn, NY 11219

Yisroel Mordche Kurtz
985 E 18 St
Brooklyn, NY 11230

Mordche Yakov Kuten
1369 47th Street
Brooklyn, NY 11219

Chaim Kwadrat
15 Bluefield Drive #102
Spring Valley, NY 10977

Hershel Landau
1470 44 St
Brooklyn, NY 11219

Pinchos Landau
1524 39 St
Brooklyn, NY 11218

Yosef Moshe Langsam
1338 49th Street
Brooklyn, NY 11219

Menachem Nuchem Laufer
1762 46th Street
Brooklyn, NY 11204

Chanania Dov Leichtag
713 Bedford Avenue #11
Brooklyn, NY 11206

Baruch Pinches Leifer
5502 14 Ave #B-3
Brooklyn, NY 11219

Esumer Leifer
5701 15 Ave #6-G
Brooklyn, NY 11219

Shmiel Shmelka Leifer
1442 58th Street
Brooklyn, NY 11219

Yissocher Ber Leifer
4901 14th Avenue #3F
Brooklyn, NY 11219

Yoel Leifer
1235 46 St
Brooklyn, NY 11219

Yosef Shmiel Lemel
4521 15th Avenue
Brooklyn, NY 11219

Moishe Duvid Lenzky
1111 48 St
Brooklyn, NY 11219

Eliyahu Lerner
5117 15th Ave.
Brooklyn, NY 11219

Leibish Lerner
2155 57th Street
Brooklyn, NY 11204

Shrage Zev (Favel) Lerner
1245 50 Street #5C
Brooklyn, NY 11219

Berish Leser
1562 50 St
Brooklyn, NY 11219

Aharon Dov Levita
5515 18th Avenue #2
Brooklyn, NY 11204

Chaim Yosef Levita
1615 Ryder Street
Brooklyn, NY 11234

Duvid Levita
1 Webster Ave #2
Brooklyn, NY 11230

Moishe Nechemya Levita
84 Penn St #3
Brooklyn, NY 11211

Yakov Levita
1612 47 St
Brooklyn, NY 11204

Chaim Yekusiel Lichtenstadter
1265 56 St
Brooklyn, NY 11219

Ahron Lichtig
1891 48 St
Brooklyn, NY 11204

Duvid Lindner
1212 40th Street
Brooklyn, NY 11218

Yosef Yoizfa Lindner
1013 46th Street
Brooklyn, NY 11219

Shulem Tzvi Lipschitz
783 East 4th Street
Brooklyn, NY 11218

Shulem Tzvi Lipschitz
71 Tehama Street
Brooklyn, NY 11218

Yisroel Ber Mandel
1038 46th Street
Brooklyn, NY 11219

Mordechai Mandelbaum
172 Parkville Ave
Brooklyn, NY 11230

Benzion Mandell
734 East 2nd Street
Brooklyn, NY 11218

Chaim Yeshaya Mandell
4608 10th Avenue #3C
Brooklyn, NY 11219

Gedalia Mayer
1160 45th Street
Brooklyn, NY 11219

Gedalia Mayer
1230 42nd street
Brooklyn, NY 11219

Shlomo Burech Mayer
222 Penn St #4-G
Brooklyn, NY 11211

Aaron Meir Meisels
1636 49th Street
Brooklyn, NY 11204

Dovid Yosef Meisels
202 Adar Court
Monsey, NY 10952

Yidel Melber
1335 47 St
Brooklyn, NY 11219

Daniel Y. B. Melen
1400 51 St #E-5
Brooklyn, NY 11219

Benzion Shmiel Miller
406 Dahill Road
Brooklyn, NY 11218

Chaim Yehoshua Miller
1426 45 St
Brooklyn, NY 11219

Eliezer Lipa Miller
1671 48th Street
Brooklyn, NY 11204

Eluzer Elimelech Miller
1963 52 St
Brooklyn, NY 11204

Mordche Duvid Miller
1328 48th Street
Brooklyn, NY 11219

Moshe Miller
17 DA Weider Boulevard #303
Monroe, NY 10950

Usher Miller
1541 49 St
Brooklyn, NY 11219

Usher Zelig Miller
1238 39 St
Brooklyn, NY 11218

Uziel Miller
1527 52nd Street
Brooklyn, NY 11219

Yechaskel Meir Miller
1662 47th Street
Brooklyn, NY 11204

Yisroel Miller
99 Wilson Street #11C
Brooklyn, NY 11249

Yitzchok Lipa Miller
1637 45 St
Brooklyn, NY 11204

Zev Volf Miller
1154 46th Street
Brooklyn, NY 11219

Avrum Aba Miller-Newman
1739 45 St
Brooklyn, NY 11204

Yakov Eliezer Miller-Newman
1584 57 St
Brooklyn, NY 11219

Yisroel Moshe Miller-Newman
57 Lorimer St #2-C
Brooklyn, NY 11211

Yisroel Shlome Miller-Newman
1 S Rigaud Road
Spring Valley, NY 10977

Chaim Benzion Minzer
5000 15 Ave #4-K
Brooklyn, NY 11219

Yisroel Moshe Minzer
1024 41st Street
Brooklyn, NY 11219

Avrum Moshe Moskovits
1574 57 St
Brooklyn, NY 11219

Naftali Chaim Moskovits
1723 61st Street
Brooklyn, NY 11204

Kloinemes Kalmen Moskovitz
1589 East 34th Street
Brooklyn, NY 11234

Menachem Mendel Moskowitz
5120 19 Ave #4-B
Brooklyn, NY 11204

Yissocher Dov Moskowitz
1221 50th Street
Brooklyn, NY 11219

Avrum Moshe Myski
5016 10th Avenue
Brooklyn, NY 11219

Shloime Myski
923 45 St
Brooklyn, NY 11219

Yehuda Leibish Neifeld
1891 48th Street
Brooklyn, NY 11204

Benzion Neiger
56 Webster Avenue
Brooklyn, NY 11230

Duvid Neiger
1455 49 St #1-G
Brooklyn, NY 11219

Shmiel Zanvel Neiger
1606 57 St
Brooklyn, NY 11204

Shmiel Zanvel Neiger
45 Baila Boulevard
Lakewood, NJ 08701

Avrohom Neufeld
1347 45 St
Brooklyn, NY 11219

Shmiel Yehuda Neufeld
1347 45th Street
Brooklyn, NY 11219

Aron Nichtborger
1335 50 St #5-J
Brooklyn, NY 11219

Benzion Nichtborger
4910 17 Ave #6-D
Brooklyn, NY 11219

Chaim Mordche Nichtborger
4910 15 Ave #3-C
Brooklyn, NY 11219

Shimon Obstfeld
5601 14th Avenue #1G
Brooklyn, NY 11219

Menachem Mendel Paneth
1213 46 St
Brooklyn, NY 11219

Yechiel Papier
1521 43 St
Brooklyn, NY 11219

Yosef Yitzchok Parnes
1333 51 Street #5F
Brooklyn, NY 11219

Aaron Pascal
65 Remsen Avenue
Monsey, NY 10952

Avrohom Pavel
4515 12 Ave #C11
Brooklyn, NY 11219

Yitzchok Pavel
1561 40th Street
Brooklyn, NY 11218

Benzion Piller
1337 52nd Street
Brooklyn, NY 11219

Moshe Avrum Piller
1624 50 St
Brooklyn, NY 11204

Yishai Chaim Polen
434 East 5th Street
Brooklyn, NY 11218

Yakov Mordche Posner
1254 51st Street
Brooklyn, NY 11219

Benzion Reichberg
64 Parkville Avenue
Brooklyn, NY 11230

Moshe Shimon Reichberg
1348 41 St
Brooklyn, NY 11218

Shlome Yeruchem Usher Reichberg
2123 59th Street
Brooklyn, NY 11204

Shulem Reichberg
1549 46 St
Brooklyn, NY 11219

Yosef Reichberg
1548 58 St
Brooklyn, NY 11219

Zev Reichberg
32 Lorimer St
Brooklyn, NY 11206

Avrum Dov Shmaya Reichman
5502 11th Avenue
Brooklyn, NY 11219

Leibel Reichman
1463 58 St
Brooklyn, NY 11219

Tzvi (Hershel) Reichman
3715 15th Avenue #405
Brooklyn, NY 11218

Benzion Reifer
5804 15 Ave
Brooklyn, NY 11219

Shmiel Reifer
1321 45 St
Brooklyn, NY 11219

Avrum Yakov Reiner
1042 50 St #F-7
Brooklyn, NY 11219

Mendel Reiner
1572 40 St
Brooklyn, NY 11218

Moshe Eirey Reiner
5201 14 Ave #6-B
Brooklyn, NY 11219

Naftule Tzvi Reiner
1460 44th Street #2E
Brooklyn, NY 11219

Simcha Reiner
417 So 5 St #3-R
Brooklyn, NY 11211

Yochanan Reiner
290 Dahill Road
Brooklyn, NY 11218

Arye Reinhold
1860 52 St #1-F
Brooklyn, NY 11204

Avrohom Reinhold
1453 42 St
Brooklyn, NY 11219

Avrohom Aron Reinhold
1184 43 St
Brooklyn, NY 11219

Benzion Reinhold
5321 17 Ave
Brooklyn, NY 11204

Benzion Yosef Reinhold
1432 52 St
Brooklyn, NY 11219

Elchunon Zev Reinhold
621 Dahill Rd
Brooklyn, NY 11218

Mordche Duvid Reinhold
1354 51st Street
Brooklyn, NY 11219

Shimon Reinhold
1461 46 St
Brooklyn, NY 11219

Yaakov Chaim Reinhold
1432 52 St
Brooklyn, NY 11219

Yaakov Chaim Reinhold
1407 46 St
Brooklyn, NY 11219

Yitzchok Eliezer Reinhold
1563 46 St
Brooklyn, NY 11219

Yitzchok Yakov Reinhold
1711 54th Street
Brooklyn, NY 11204

Baruch Reiss
1574 44 St
Brooklyn, NY 11219

Boruch Yehoshua Heshil Reiss
1458 48 St
Brooklyn, NY 11219

Efroyim Fishel Reiss
1242 43 St
Brooklyn, NY 11219

Hershel Reiss
1626-60th St.
Brooklyn, NY 11204

Hershel Reiss
5701-15th Ave. #4B
Brooklyn, NY 11219

Yakov Reiss
1680 50 St
Brooklyn, NY 11204

Zalmen Leib Reisz
5222 19th Ave.
Brooklyn, NY 11204

Zvi Arye Rheinold
1664 47 St
Brooklyn, NY 11204

Chaim Mordechai Rose
1548 43rd Street
Brooklyn, NY 11219

Duvid Pinchas Rose
4217 17 Ave
Brooklyn, NY 11204

Yitzchok Rosenberg
8 Renne Court
Lakewood, NJ 08701

Yonah Aryeh Rosenberg
1576 52nd Street
Brooklyn, NY 11219

Nesanel Yehuda Rosenblatt
5000 15 Ave #2-J
Brooklyn, NY 11219

Levi Yitzchok Rosenfeld
101 Lorimer St
Brooklyn, NY 11206

Chaim Tzvi Haleivi Rotenberg
1320 52 St
Brooklyn, NY 11219

Aaron Rottenberg
10 Throop Avenue #5
Brooklyn, NY 11206

Avrohom Duvid Rottenberg
5120 19th Avenue #4E
Brooklyn, NY 11204

Yehosef Tzvi Rottenberg
1462 53 St
Brooklyn, NY 11219

Yitzchok Isaac Rottenberg
12 Koznitz Drive #202
Monroe, NY 10950

Simcha Roth
522 Dahill Rd.
Brooklyn, NY 11218

Avrum Rubel
1363 47 St #1
Brooklyn, NY 11219

Moshe Yisroel Rubel
1565 42 St
Brooklyn, NY 11219

Benzion Rubin
4600 14th Avenue #2B
Brooklyn, NY 11219

Nuchem Yoel Rubin
218 Hewes St
Brooklyn, NY 11211

Rebbetzin Sarah Ruchel Rubin
4901 15th Avenue
Brooklyn, NY 11219

Simcha Yisuchar Dov Rubin
1225 41st Street
Brooklyn, NY 11218

Yehoshua Rubin
4901 15th Avenue
Brooklyn, NY 11219

Chaim Shloime Ruttner
4515 12th Avenue #E6
Brooklyn, NY 11219

Naftula Tzvi Safern
1337 43 St
Brooklyn, NY 11219

Shmiel Pinchas Safern
1776 50th Street
Brooklyn, NY 11204

Shmiel Akiva Salamon
1311 49th Street
Brooklyn, NY 11219

Menachem Mendel Sampson
2075 58th Street
Brooklyn, NY 11204

Nusen Chuna Schachter
1522 56 St
Brooklyn, NY 11219

Eli Duvid Moshe Scharf
1364 East 7th St.
Brooklyn, NY 11230

Eliyahu Scharf
1481 58th Street
Brooklyn, NY 11219

Mordche Shulim Yosef Scharf
982 Park Avenue
Lakewood, NJ 08701

Shmiel Zanvel Scharf
5018 Old New Utrecht Rd
Brooklyn, NY 11204

Yisroel Shlome Chaim Scharf
1672 57 St
Brooklyn, NY 11204

Zecharia Scharf
148 Parkville Ave
Brooklyn, NY 11230

Chaim Shlome Zalmen Schik
1335 54 St
Brooklyn, NY 11219

Shmiel Shmelka Schlaf
1660 45th Street
Brooklyn, NY 11204

Avrum Duvid Schlaff
1764 51st Street
Brooklyn, NY 11204

Chaim Shulem Schlussel
1354 57 St #8
Brooklyn, NY 11219

Duvid Schlussel
1456 35th Street
Brooklyn, NY 11218

Naftule Yosef Schlussel
29 Lawrence Avenue #3
Brooklyn, NY 11230

Avrum Chaim Schnitzer
1609 47 St
Brooklyn, NY 11204

Chaim Moshe Schondorf
2071 61 St
Brooklyn, NY 11204

Chaim Shaul Schondorf
1407 59 St
Brooklyn, NY 11219

Moishe Chaim Schondorf
1713 62nd Street
Brooklyn, NY 11204

Mordche Yosef Schondorf
576 Wythe Ave #6-A
Brooklyn, NY 11211

Nussen Schondorf
1454 60 St
Brooklyn, NY 11219

Shmiel Schondorf
4706 Fort Hamilton Pkwy
Brooklyn, NY 11219

Sinai Schondorf
1446-46th St.
Brooklyn, NY 11219

Zecharya Menachem Schondorf
1513 41 St
Brooklyn, NY 11218

Elyukim Getzel Segal
1624 46 St
Brooklyn, NY 11204

Yitzchok Issac Duvid Seidenfeld
1636-55th St.
Brooklyn, NY 11204

Benzion Sheinbach
1528 42nd Street
Brooklyn, NY 11219

Efroyim Fishel Sherman
1111 57th St
Brooklyn, NY 11219

Chaim Shimon Shulman
2013 52nd Street
Brooklyn, NY 11204

Moshe Shulman
2013 52nd Street
Brooklyn, NY 11204

Menashe Silber
1327 46 St #2-B
Brooklyn, NY 11219

Elchonon Nusen Silbiger
67 Heyward St
Brooklyn, NY 11211

Yosef Yitzchok Duvid Silbiger
4214 12th Avenue
Brooklyn, NY 11219

Menachem Simon
1166 54th Street
Brooklyn, NY 11219

Moshe Binyomin Smilowitz
1668 60th Street
Brooklyn, NY 11204

Duvid Nuchem Spira
1535 49th St.
Brooklyn, NY 11219

Benzion Sprei
1432 44 St
Brooklyn, NY 11219

Menachem Sprei
1124 55th Street
Brooklyn, NY 11219

Yosef Yitzchok Sprei
1713 57th Street
Brooklyn, NY 11204

Duvid Leib Steinberg
22 Webster Ave #4-G
Brooklyn, NY 11230

Moshe Steinberg
43 Webster Ave.
Brooklyn, NY 11204

Sholem Steinberg
6 Carlton Lane
Monsey, NY 10952

Yaakov Yitzchok Sternbuch
5315 15 Ave #2-K
Brooklyn, NY 11219

Chaim Eluzer Sternhell
1572 56 St
Brooklyn, NY 11219

Leib Sternhell
1624 59 St
Brooklyn, NY 11204

Moshe Yehoshua Sternhell
1431 55 St
Brooklyn, NY 11219

Naftule Tzvi Sternhell
5201 14 Ave #5-A
Brooklyn, NY 11204

Yitzchok Sternhell
1152 46th Street
Brooklyn, NY 11219

Yosef Sternhell
5012 19th Avenue
Brooklyn, NY 11204

Naftule Steuer
5110 Old New Utrecht Road
Brooklyn, NY 11204

Shlome Volf Steuer
693 E 2 St
Brooklyn, NY 11218

Buroch Strohli
179 Webster Avenue
Brooklyn, NY 11230

Moshe Strohli
152 Webster Ave
Brooklyn, NY 11230

Peretz Strohli
5118 14th Avenue #5C
Brooklyn, NY 11219

Simcha Pinchas Strohli
1564 48 St
Brooklyn, NY 11219

Yakov Koppel Strohli
1546 48 St
Brooklyn, NY 11219

Yehoshua Strohli
5023 14 Ave #D-6
Brooklyn, NY 11219

Yitzchok Strom
1456 55 St
Brooklyn, NY 11219

Avrohom Sturm
4910 15th Avenue #6F
Brooklyn, NY 11219

Berl Sturm
1514 40 St
Brooklyn, NY 11218

Shabse Yeshaya Sturm
1658 52 St
Brooklyn, NY 11204

Shloime Taussig
1328 58th Street
Brooklyn, NY 11219

Yisroel Taussig
1115 51st Street
Brooklyn, NY 11219

Aryeh Duvid Teitelbaum
1761 48 St
Brooklyn, NY 11204

Borech Elisha Teitelbaum
4910 15th Avenue #3K
Brooklyn, NY 11219

Chaim Elisha Teitelbaum
1553 42 St
Brooklyn, NY 11219

Chananya Yom Tov Lipa Teitelbaum
1347 47th Street
Brooklyn, NY 11219

Leibish Teitelbaum
1223 50th Street
Brooklyn, NY 11219

Menashe Teitelbaum
1748 48 St
Brooklyn, NY 11204

Meshilem Zisha Teitelbaum
1353 51 St
Brooklyn, NY 11219

Moishe Teitelbaum
3715 15th Avenue #501
Brooklyn, NY 11218

Moshe Yechiel Teitelbaum
1322 50 St
Brooklyn, NY 11219

Naftule Teitelbaum
1216 45th Street
Brooklyn, NY 11219

Naftule Teitelbaum
883 44th Street
Brooklyn, NY 11219

Yehoshua Heshel Teitelbaum
183 Penn Street
Brooklyn, NY 11211

Yehoshua Heshel Teitelbaum
59 Lorimer Street
Brooklyn, NY 11206

Avrum Torn
808 Dahill Road
Brooklyn, NY 11204

Benzion Torn
1335 42nd Street
Brooklyn, NY 11219

Elimelech Torn
5502 14th Avenue #B2
Brooklyn, NY 11219

Shlome Tzvi Torn
1251 42 St
Brooklyn, NY 11219

Mordche Trieger
78 Spencer Street #2R
Brooklyn, NY 11205

Yakov Benzion Trieger
1502 52 St #4-E
Brooklyn, NY 11219

Yisroel Trieger
5201 14 Ave #2-A
Brooklyn, NY 11219

Yoel Zvi Trieger
67 Highview Road
Suffern, NY 10901

Duvid Tropp
1168 42 St
Brooklyn, NY 11219

Nuchem Daniel Tropp
1222 48 St
Brooklyn, NY 11219

Alexander Twerski
1466 44 St #3-F
Brooklyn, NY 11219

Benzion Eliyahu Twerski
1262 55th Street
Brooklyn, NY 11219

Benzion Yehuda Leib Twerski
1850 52 St #3-L
Brooklyn, NY 11204

Boruch Bendet Twerski
1147 45th Street
Brooklyn, NY 11219

Mordchai Dov Ber Twerski
10 Shayas Road
Lakewood, NJ 08701

Moshe Yosef Twerski
1320 51 St #A-7
Brooklyn, NY 11219

Shulim Eliezer Twerski
1265 55th Street
Brooklyn, NY 11219

Yitchok Meir Twerski
1609 46 St
Brooklyn, NY 11204

Avrum Shloime Unger
1573 46th Street
Brooklyn, NY 11219

Avrum Yehoshua Heshel Unger
280 Division Ave #3
Brooklyn, NY 11211

Benzion Y.A. Unger
1324 50th Street, Apt. 3
Brooklyn, NY 11219

Chaim Aron Unger
650 Bedford Avenue
Brooklyn, NY 11249

Chaim Benzion Unger
1315 44th Street
Brooklyn, NY 11219

Chaim Benzion Unger
5614 15th #5H
Brooklyn, NY 11219

Eluzer Unger
216 Hewes St
Brooklyn, NY 11211

Mordechai Duvid Unger
1443 50th Street
Brooklyn, NY 11219

Moshe Eliyukim Briya Unger
5502 12 Ave
Brooklyn, NY 11219

Rivka Shendel Unger
1443 50th Street
Brooklyn, NY 11219

Shulem Gershon Unger
1324 50 St
Brooklyn, NY 11219

Shulim Unger
1466 50 St #2-L
Brooklyn, NY 11219

Yechaskel Unger
5001 14 Ave #D-3
Brooklyn, NY 11219

Yoel Yechiel Mechel Unger
1320 50th Street
Brooklyn, NY 11219

Yosef Unger
1712 43 St
Brooklyn, NY 11204

Aryeh Waldman
12 Briarcliff Road
Monsey, NY 10952

Yoel Shulim Waldman
535 Dahill Road
Brooklyn, NY 11218

Efroyim Mordche Waldner
1561 40th Street
Brooklyn, NY 11218

Pinchas Eluzer Waldner
1621 43 St
Brooklyn, NY 11204

Chaim Moshe Walzer
1502 52 St #3-F
Brooklyn, NY 11219

Chaim Shimon Wasserlauf
1419 59 St
Brooklyn, NY 11219

Moshe Yeshaye Weber
1572 58th Street
Brooklyn, NY 11219

Yakkov Aron Shlome Weil
222 Penn Street #1A
Brooklyn, NY 11211

Alter Weinberger
1753 60 St
Brooklyn, NY 11204

Alter Yitzchok Isaac Weinberger
652 Bedford Avenue #3
Brooklyn, NY 11249

Ezriel Weinberger
1268 42nd Street #2B
Brooklyn, NY 11219

Leiby Weinberger
3 Walton St
Brooklyn, NY 11206

Pinchas Tzvi Weinberger
112 Division Ave.
Brooklyn, NY 11211

Yosef Weinberger
33 Lee Avenue
Brooklyn, NY 11211

Avrum Yosef Weinstock
956-47th St.
Brooklyn, NY 11219

Eluzer Weinstock
1344 51st Street #2
Brooklyn, NY 11219

Meshilem Zisya Weisblum
1145 45th Street
Brooklyn, NY 11219

Yehoshua Usher Weisblum
1130 40 St
Brooklyn, NY 11218

Yitzchok Weisblum
1279 52 St
Brooklyn, NY 11219

Chaim Yakov Elimelech Weiser
1572 47th Street
Brooklyn, NY 11219

Yeshiye Meir Weiser
389 Marcy Ave
Brooklyn, NY 11206

Benzion Weiss
4518 17th Avenue
Brooklyn, NY 11204

Chaim Yona Weiss
1468 45th Street
Brooklyn, NY 11219

Duvid Weiss
1548 43rd Street
Brooklyn, NY 11219

Duvid Weiss
5 Muray Drive
Monsey, NY 10952

Naftula Tzvi Weiss
1607 53 St
Brooklyn, NY 11204

Shlome Nachmen Weiss
1466 45th Street
Brooklyn, NY 11219

Yecheskal Shraga Yona Weiss
3821 15th Avenue #44
Brooklyn, NY 11218

Yosef Weiss
4812 14 Ave #5-C
Brooklyn, NY 11219

Benzion Wislicki
4910 15th Avenue #3D
Brooklyn, NY 11219

Elimelech Wislicki
1649 51 St
Brooklyn, NY 11204

Meir Yechiel Wislicki
111 Parkville Avenue
Brooklyn, NY 11230

Shmiel Wislicki
1734 51st Street
Brooklyn, NY 11204

Benzion Zaidman
1465 50th Street
Brooklyn, NY 11219

Duvid Hersh Zaidman
1445 47 St
Brooklyn, NY 11219

Elyuhi Duvid Zaidman
1414 44 St
Brooklyn, NY 11219

Shmiel Aron Zaidman
2125 57th Street
Brooklyn, NY 11204

Yehoshua Heshel Zaidman
22 Dana Road
Monsey, NY 10952

Yisroel Yosef Zaidman
1470 45th Street
Brooklyn, NY 11219

Yitzchok Shimon Zaidman
4910 15 Ave #4-F
Brooklyn, NY 11219

Naftule Tzvi Zenwirth
4616 18 Ave
Brooklyn, NY 11204

Avrum Yakov Ziegler
1319 51 St
Brooklyn, NY 11219

Mayer Ziegler
1244 39 St
Brooklyn, NY 11219

Zvi Yehuda Ziegler
5 Kenneth Street
Monsey, NY 10952

Avrum Burech Zoberman
4910 17 Ave #6-E
Brooklyn, NY 11204

Elkuna Chaim Yeshaya Zoberman
1427 57 St
Brooklyn, NY 11219

Moshe Zoberman
1176 58th Street
Brooklyn, NY 11219

Nussen Duvid Zoberman
4114 12th Avenue
Brooklyn, NY 11219

Zalmen Leib Zoberman
1371 58th Street
Brooklyn, NY 11219

Alexander Zisha Zwiebel
1436 44 st
Brooklyn, NY 11219

Moishe Shia Zwiebel
1645-53rd St.
Brooklyn, NY 11204

Yitzchok Alter Zwiebel
1451 48 St
Brooklyn, NY 11219

Beis Tzadikim, Inc., a/k/a Mareches Beis Tzadikim, Beis Tzadikim.
1424 48th Street
Brooklyn, NY 11219

Cong And Gimilas Chesed Kipas Chasanim Of Bobov
1227 51st St
Brooklyn, NY 11219

Cong And Gimilas Chesed Kipas Chasanim Of Bobov
5120 New Utrecht Avenue
Brooklyn, NY 11219

Cong And Gimilas Chesed Kipas Chasanim Of Bobov
5116 New Utrecht Avenue
Brooklyn, NY 11219


Cong And Gimilas Chesed Kipas Chasanim Of Bobov
4420 15th Avenue
Brooklyn, NY 11219

Cong And Gimilas Chesed Kipas Chasanim Of Bobov
1315 43rd St
Brooklyn, NY 11219

Cong And Gimilas Chesed Kipas Chasanim Of Bobov
1462 62nd St
Brooklyn, NY 11219

Cong And Gimilas Chesed Kipas Chasanim Of Bobov
1320 50th St
Brooklyn, NY 11219

Cong And Gimilas Chesed Kipas Chasanim Of Bobov
4907 15 Ave
Brooklyn, NY 11219

Cong. Machna Shalva
1362 49 St
Brooklyn, NY 11219

Cong. Machna Shalva
5120 New Utrecht Avenue
Brooklyn, NY 11219

Cong. Machna Shalva
5116 New Utrecht Avenue
Brooklyn, NY 11219

Cong. Machna Shalva
4420 15th Avenue
Brooklyn, NY 11219

Cong. Machna Shalva
1315 43rd St
Brooklyn, NY 11219

Cong. Machna Shalva
1462 62nd St
Brooklyn, NY 11219

Cong. Machna Shalva
1320 50th St
Brooklyn, NY 11219

Congregation Dchasidei Bobov of Willamsburg
219 Hooper St
Brooklyn, NY 11211

Congregation Dchasidei Bobov of Willamsburg
712 Wythe Ave
Brooklyn, NY 11211

Congregation Tzirei Avreichim of Bobov
1362 49 St
Brooklyn, NY 11219

Congregation Tzirei Avreichim of Bobov
5120 New Utrecht Avenue
Brooklyn, NY 11219

Congregation Tzirei Avreichim of Bobov
5116 New Utrecht Avenue
Brooklyn, NY 11219

Congregation Tzirei Avreichim of Bobov
4420 15th Avenue
Brooklyn, NY 11219

Congregation Tzirei Avreichim of Bobov
1315 43rd St
Brooklyn, NY 11219

Congregation Tzirei Avreichim of Bobov
1462 62nd St
Brooklyn, NY 11219

Congregation Tzirei Avreichim of Bobov
1320 50th St
Brooklyn, NY 11219

Ichud Mosdos Bobov (a/k/a Congregation Ichud Mosdos Bobov, Ichud Mosdos Bobov-45,
Congregation Ichud Mosdos Bobov-45)
1362 49 St
Brooklyn, NY 11219

Ichud Mosdos Bobov (a/k/a Congregation Ichud Mosdos Bobov, Ichud Mosdos Bobov-45,
Congregation Ichud Mosdos Bobov-45)
5120 New Utrecht Avenue
Brooklyn, NY 11219

Ichud Mosdos Bobov (a/k/a Congregation Ichud Mosdos Bobov, Ichud Mosdos Bobov-45,
Congregation Ichud Mosdos Bobov-45)
5116 New Utrecht Avenue
Brooklyn, NY 11219

Ichud Mosdos Bobov (a/k/a Congregation Ichud Mosdos Bobov, Ichud Mosdos Bobov-45,
Congregation Ichud Mosdos Bobov-45)
4420 15th Avenue
Brooklyn, NY 11219

Ichud Mosdos Bobov (a/k/a Congregation Ichud Mosdos Bobov, Ichud Mosdos Bobov-45,
Congregation Ichud Mosdos Bobov-45)
1315 43rd St
Brooklyn, NY 11219

Ichud Mosdos Bobov (a/k/a Congregation Ichud Mosdos Bobov, Ichud Mosdos Bobov-45,
Congregation Ichud Mosdos Bobov-45)
1462 62nd St
Brooklyn, NY 11219

Ichud Mosdos Bobov (a/k/a Congregation Ichud Mosdos Bobov, Ichud Mosdos Bobov-45,
Congregation Ichud Mosdos Bobov-45)
1320 50th St
Brooklyn, NY 11219

Ichud Mosdos Bobov (a/k/a Congregation Ichud Mosdos Bobov, Ichud Mosdos Bobov-45,
Congregation Ichud Mosdos Bobov-45)
4403 15th Ave suite 399
Brooklyn, NY 11219

Khal Bobov-45, (a/k/a: Cong. Of Bobov-45, FKA: Congregation Shaarei Zion D'bobov)
1362 49 St
Brooklyn, NY 11219

Khal Bobov-45, (a/k/a: Cong. Of Bobov-45, FKA: Congregation Shaarei Zion D'bobov)
1227 51st St
Brooklyn, NY 11219

Khal Bobov-45, (a/k/a: Cong. Of Bobov-45, FKA: Congregation Shaarei Zion D'bobov)
5120 New Utrecht Avenue
Brooklyn, NY 11219

Khal Bobov-45, (a/k/a: Cong. Of Bobov-45, FKA: Congregation Shaarei Zion D'bobov)
5116 New Utrecht Avenue
Brooklyn, NY 11219

Khal Bobov-45, (a/k/a: Cong. Of Bobov-45, FKA: Congregation Shaarei Zion D'bobov)
1315 43rd St
Brooklyn, NY 11219

Khal Bobov-45, (a/k/a: Cong. Of Bobov-45, FKA: Congregation Shaarei Zion D'bobov)
1462 62nd St
Brooklyn, NY 11219

Khal Bobov-45, (a/k/a: Cong. Of Bobov-45, FKA: Congregation Shaarei Zion D'bobov)
1320 50th St
Brooklyn, NY 11219

Khal Ichud Chasidim
1362 49 St
Brooklyn, NY 11219

Khal Ichud Chasidim
5120 New Utrecht Avenue
Brooklyn, NY 11219

Khal Ichud Chasidim
5116 New Utrecht Avenue
Brooklyn, NY 11219

Khal Ichud Chasidim
4420 15th Avenue
Brooklyn, NY 11219

Khal Ichud Chasidim
1315 43rd St
Brooklyn, NY 11219

Khal Ichud Chasidim
1462 62nd St
Brooklyn, NY 11219

Khal Ichud Chasidim
1320 50th St
Brooklyn, NY 11219

Kollel Avreichim D'chasidei Bobov
1362 49 St
Brooklyn, NY 11219

Kollel Avreichim D'chasidei Bobov
5120 New Utrecht Avenue
Brooklyn, NY 11219

Kollel Avreichim D'chasidei Bobov
5116 New Utrecht Avenue
Brooklyn, NY 11219

Kollel Avreichim D'chasidei Bobov
4420 15th Avenue
Brooklyn, NY 11219

Kollel Avreichim D'chasidei Bobov
1315 43rd St
Brooklyn, NY 11219

Kollel Avreichim D'chasidei Bobov
1462 62nd St
Brooklyn, NY 11219

Kollel Avreichim D'chasidei Bobov
1320 50th St
Brooklyn, NY 11219

Mosdos Bnei Zion
1362 49 St
Brooklyn, NY 11219

Mosdos Bnei Zion
1227 51st St #A1
Brooklyn, NY 11219

Mosdos Bnei Zion
1227 51st St
Brooklyn, NY 11219

Mosdos Bnei Zion
5120 New Utrecht Avenue
Brooklyn, NY 11219

Mosdos Bnei Zion
5116 New Utrecht Avenue
Brooklyn, NY 11219

Mosdos Bnei Zion
4420 15th Avenue
Brooklyn, NY 11219

Mosdos Bnei Zion
1315 43rd St
Brooklyn, NY 11219

Mosdos Bnei Zion
1462 62nd St
Brooklyn, NY 11219

Mosdos Bnei Zion
1320 50th St
Brooklyn, NY 11219

Talmidei  Bobov Inc
Room 475, 4403 15th Avenue
Brooklyn, NY 11219

Talmud Torah Bnei Zion D'bobov
1362 49 St
Brooklyn, NY 11219

Talmud Torah Bnei Zion D'bobov
5120 New Utrecht Avenue
Brooklyn, NY 11219

Talmud Torah Bnei Zion D'bobov
5116 New Utrecht Avenue
Brooklyn, NY 11219

Talmud Torah Bnei Zion D'bobov
4420 15th Avenue
Brooklyn, NY 11219

Talmud Torah Bnei Zion D'bobov
1315 43rd St
Brooklyn, NY 11219

Talmud Torah Bnei Zion D'bobov
1462 62nd St
Brooklyn, NY 11219

Talmud Torah Bnei Zion D'bobov
1320 50th St
Brooklyn, NY 11219

Talmudical Seminary Of Bobov
1362 49th St
Brooklyn, NY 11219

Talmudical Seminary Of Bobov
5120 New Utrecht Avenue
Brooklyn, NY 11219

Talmudical Seminary Of Bobov
5116 New Utrecht Avenue
Brooklyn, NY 11219

Talmudical Seminary Of Bobov
4420 15th Avenue
Brooklyn, NY 11219

Talmudical Seminary Of Bobov
1315 43rd St
Brooklyn, NY 11219

Talmudical Seminary Of Bobov
1462 62nd St
Brooklyn, NY 11219

Talmudical Seminary Of Bobov
1320 50th St
Brooklyn, NY 11219

On February 5, 2016, I served by first class international mail a true and correct copy of the Letter from David Z. Pinsky to the Honorable Carol Bagley Amon with Exhibits A - C, dated February 5, 2016, in the above-captioned action, at the last-known address of the following Respondent:

Baruch Chuna Greenfeld
35 Filey Avenue
London
N16 6JL

I personally inspected the mailings and confirmed that the documents were placed in postage prepaid, properly addressed envelopes addressed to the Respondents at their indicated addresses and deposited the sealed envelopes in an official depository under the exclusive care and custody of the United States Postal Service in New York, New York.

_____
Dylan Keegan

Sworn to before me this
5th day of February, 2016

_____
Notary Public

CAMERON B. SHARMAN
Notary Public, State of New York
No. 01SH6305696
Qualified in Kings County
Commission Expires June 9, 2018