# COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

David Z. Pinsky

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1177
dpinsky@cov.com

BY ECF

October 4, 2017

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Landau, et al. v. Rheinold, et al.</u>, No. 15 Civ. 4811 (CBA) (VMS)

Dear Judge Amon:

In accordance with the Court's order of September 30, 2017, petitioners hereby seek voluntary dismissal, without prejudice, of respondents Yakov Berger, Benzion Avrum Goldfinger, Mendel Goldfinger, Nuchem Yisroel Twerski, and Mendel Weisz under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Petitioners respectfully submit that voluntary dismissal under this rule is appropriate because these respondents have not filed either an answer or a motion for summary judgment.

Respectfully,

David Z. Pinsky

cc (by regular mail):   Baruch Eisenberg