FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 6 - 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ASHER BARUCH LANDAU; ABRAHAM ARON LESSER; ARON BENZION BEIGEL; YEHUDA YERACHMIEL HALEVY GRUBER A/K/A YEHUDA YERACHMIEL GRUBER; YAKOV ABRAMZON; DUVID SHMIEL ACKERMAN; REUVEN ACKERMAN; NACHMEN YEHUDA HAKOEN ADLER; SHLOIME ADOLF; MOSHE AFTERGUT; YAKOV AINHORN; ARYEH MORDCHE APPEL; CHAIM TZVI APPEL; CHAIM ZVI APPEL; DEVORAH APPEL; MAYER USHER APPEL; MENACHEM NAFTULE APPEL; NAFTULE MOSHE APPEL; SHRAGA ARIEL; YAKOV ARIEL; LEIBISH ATLAS; BENZION BAKON; CHAIM DOVID BAKON; ELUZER ELIMELECH BAKON; MICHOEL MOSHE AHRON BAKON; SHLOMO SHULIM BAKON; YEHUDA LEIBISH BAKON; EFROYIM BARON; YONAH BARON; NUCHEM YITZCHOK BARTH; BENYOMIN BAUMOHL; NAFTULI ZVI BAUMOHL; CHAIM YONA BAUMWOLSPINER; AVRUM YOSEF BAYERS; MAYER BECK; MOSHE YITZCHOK BEER; BENZION BEIGEL; CHAIM SHLOMO BEIGEL; FISHEL BEIGEL; FISHEL BEIGEL; TZVI ARYEH BEIGEL; TZVI YOICHENEN BEIGEL; LEIBEL BEITNER; BENZION SHULEM BENIAKER; CHAIM YEHOSHUA BENIAKER; SHLOME MAYER BERGER; TONI BERGER; YOSEF TZVI BERGER; AVRUM YEHUDA BERGMAN; MORDCHE YITZCHOK BERGMAN; MOSHE DUVID BERGMAN; RECHIL BERGMAN; YITZCHOK BERKOWITZ; YOSEF BERNSTEIN; SHULEM BIRENBAUM; YITCHOK BORECH BENDIT BIRNHAK; AVRUM ELUZER BLAU; AVRUM SHMIEL BLAU; BENZION BLAU; CHAIM ELIEZER BLAU; DUVID BLAU; MAYER ZEV BLAU; MORDCHE BLAU; MOSHE ELIYAHU BLAU; SHIMON BLAU; SHULIM BLAU; USHER ANSHEL BLAU; ZALMEN LEIB BLAU; AVRUM BLUM; BENZION NAFTOLI BLUM; CHAIM DOVID BLUM; CHAIM DOVID BLUM; ERI BLUM; MOSHE BLUM; YITZCHOK TZVI BLUM; YISROEL SHLOME BLUMENFELD; BENZION BOCHNER; CHAIM BOCHNER; CHAIM SHLOIME BOCHNER; CHAIM YECHESKEL BOCHNER; DUVID YEHUDA LEIBISH BOCHNER; EILISH BOCHNER; EILISH BOCHNER; MENACHEM MENDEL BOCHNER; MOSHE BOCHNER; MOSHE YESHAYE TZVI BOCHNER; SHLOIME BOCHNER; SHLOME BOCHNER;

No. 15cv4811 (CBA)(VMS)

**Notice of Voluntary Dismissal Under Fed.R.Civ.P. 41(a)(1)(A)(i)**

SHMIEL ZANVIL BOCHNER; SHULIM BOCHNER; YAKOV YITZCHOK BOCHNER; YEHOSHUA BOCHNER; YOSEF MENACHEM BOCHNER; YEHOSHIA BODNER; CHAIM DOV HAKOIEN BORNFREUND; ELYA CHAIM BORNFREUND; MEYER YITZCHOK BORNFREUND; NUTE BORNFREUND; SHLOME REFOEL BORNFREUND; YAKOV ELYA BORNFREUND; AHRON YECHIEL BORNSTEIN; AVROM DOV BORNSTEIN; CHAIM BORUCH BORNSTEIN; CHAIM YEHOSHUA BORNSTEIN; EFROYIM AVIGDOR BORNSTEIN; ELCHONON BORNSTEIN; NAFTULE TZVI BORNSTEIN; NUTE BORNSTEIN; SHULEM ELIEZER BORNSTEIN; YEHUDA MATISYUHI BORNSTEIN; YISROEL BORNSTEIN; BENZION BRACHFELD; CHAIM BRACHFELD; CHAIM DUVID BRACHFELD; CHAIM YERMIE BRACHFELD; DUVID SHMIEL BRACHFELD; DUVID YITZCHOK BRACHFELD; ESTHER BRACHFELD; MENACHEM MENDEL BRACHFELD; MENDEL BRACHFELD; NAFTALI ZVI BRACHFELD; SHAYA ELUZER BRACHFELD; TOBA BRACHFELD; TZVI BRACHFELD; YAKOV BRACHFELD; YAKOV BRACHFELD; YERMIA BRACHFELD; YOSEF HILLEL BRACHFELD; YOSEF HILLEL BRACHFELD; YOSEF HILLEL BRACHFELD; BENZION BRAUNFELD; CHAIM SHIMON BRAUNFELD; LEIBISH BRAUNFELD; MOSHE BRAUNFELD; YISROEL MORDCHE BRAUNFELD; YOSEF YITZCHOK BRAUNFELD; SHAMSHON REFOEL BREUER; YECHIEL MECHEL BRINNER; MOSHE BRODY; SHMIEL BRODY; AVRUM BRUCK; BENZION BENYOMIN BRUCK; EFRAIM FISHEL BRUCK; HERSHEL BRUCK; MENACHEM YISROEL BRUCK; MORDCHE TZVI BRUCK; AVRUM YONASON BRUNNER; BENZION SHMIEL BRUNNER; SHLOMO ZALMEN BRUNNER; YITZCHOK MOSHE TZVI BRUNNER; YOSEF ARYEH BRUNNER; YAAKOV NAFTULA BUXBAUM; USHER SIMCHA CENSOR; YECHASKEL DOVID CISNER; PINCHAS CITRONENBAUM; YITZCHOK YISROEL CITRONENBAUM; YAKOV DASKAL; CHAIM NUTA DAVIDOVITZ; BARUCH SHMIEL DAVIDOWITS; SHULEM DUVID DAVIDOWITS; YITZCHOK DAVIDOWITS; AVRUM YOSEF DAVIDOWITZ; BARUCH DAVIDOWITZ; SHMIEL YOEL DAVIDOWITZ; YOSEF DAVIS; HERSHEL DEMBITZER; LEAH DEMBITZER; MORDCHE ARYEH DEMBITZER; MOSHE DEMBITZER; NAFTALI ZVI DEMBITZER; PINCHAS DEMBITZER; RAFOEL ELIYAHU DEMBITZER; YAKOV DOVID DEMBITZER; YEHOSHIA

DEMBITZER; YEHOSHIA TZVI DEMBITZER; YEHOSHUA ELIMELECH DEMBITZER; YEHUDA ARYEH (LEIBY) DEMBITZER; YISROEL MOSHE DEMBITZER; YOEL DUVID DEMBITZER; NUCHEM MOSHE DERBARIMDIGER; NAFTULI DEVRIES; DAVID L. DIAMOND; HERSH L. DORMAN; EFROYIM SHULIM DVORKIS; MENACHEM MENDEL ECKSTEIN; SHLOIME ECKSTEIN; YOSEF HILLEL ECKSTEIN; AVRUM BORUCH EDELMAN; YAKOV YOSEF EDELMAN; NAFTULE EHRENREICH; GEDALIA EICHENHOLZ; YISROEL MORDCHE EICHENHOLZ; CHAIM EICHENSTEIN; CHAIM EICHENSTEIN; YOSEF MORDCHE EICHENSTEIN; AVRUM EINHORN; BENZION CHAIM EINHORN; BORECH SHLOME EINHORN; MOSHE MEIR EINHORN; AVRUM EISEN; AVRUM YEHOSHIA EISEN; BORECH TZVI EISEN; CHAIM AVRUM YEHOSHUA EISEN; GAVRIEL EISEN; MENASHE CHASKEL EISEN; MOSHE EISEN; SHAUL EISEN; SHLOMIE DUVID EISEN; SHULIM EISEN; MEYER EISENBACH; SHLOIME EISENBERG; YEHOSHIA YECHASKEL EISENBERG; ARON ELIMELECH ELIAS; ARYEH LEIBISH ELIAS; AVRUM MENACHEM ELIAS; BENZION DUVID ELIAS; BENZION NUSEN ELIAS; BORECH USHER ELIAS; CHAIM BORECH ELIAS; CHAIM SHLOME ELIAS; ELIEZER ELIAS; ELIYAHU AVIGDOR ELIAS; ELIYAHU YITZCHOK ELIAS; EZRIEL MENACHEM ELIAS; MORDCHE YAKOV ELIAS; MORDCHE YAKOV ELIAS; NAFTULE TZVI ELIAS; SHLOME BENZION ELIAS; SHLOME GEDALYE YOSEF ELIAS; SHULIM ELIAS; SHULIM YECHIEL MECHEL ELIAS; YECHASKEL SHRAGA BORECH ELIAS; YITZCHOK ISAAC ELIAS; YOSEF DUVID ELIAS; AVRUM ENGLANDER; YISRAEL ENGLANDER; SHLOME PINCHAS ETTINGER; YAKOV ETTINGER; ABISH FASTEN; BENZION SHAUL FASTEN; MORDCHA GERSHON FASTEN; DUVID LEIB FEIG; MORDECHAI FEIG; NACHMEN MENACHEM FEIG; YEHOSHUA FEIG; MORDECHAI ZEV FEIGENBLAT; YESHAYA DUVID FELDHEIM; AVRUM TZVI FISCHER; AVROM YAAKOV FISHMAN; MORDCHA SHLOMO FISHMAN; YISROEL ZEV FISHMAN; HENA DINA FLAKS; AVROM ABISH FLEISCHER; CHAIM MENACHEM FLEISCHER; YAKOV YOSEF FLEISCHER; YITZCHOK FLEISCHER; SHLOIME FOGEL; YITZCHOK SIMCHA FOIGEL; AVRUM YEHOSHUA HESHEL FOLGER; CHAIM BENZION FOLGER; DUVID FOLGER; M. FOLGER; SHULIM DUVID FOLGER; YECHASKEL DUVID FOLGER; YOSEF FOLGER;

AVRUM MEIR FOLLMAN; BENZION FOLLMAN; ELUZER DUVID FOLLMAN; YOCHANAN FOLLMAN; ZISHE FOLLMAN; SHAMAI ELUZER FORSTER; YISROEL LEIB FORSTER; YISROEL ARYEH FORTGANG; ARYEH LEIBISH FRANKEL; YISROEL SHIMON ALTER FRANKEL; YOSEF SHMIEL FRANKEL; TOVIA YOSEF FRAZER; BERISH FREIER; SHMIEL FREUND; YOEL FRIEDLANDER; YOZEF FRIEDLANDER; CHAIM FRIEDMAN; MOISHE FRIEDMAN; SHLOME FRIEDMAN; TZVI FRIEDMAN; TZVI NUCHEM FRIEDMAN; YAKOV DUVID FRIEDMAN; YITZCHOK CHAIM FRIEDMAN; YONA FRIEDMAN; CHANANEL DUVID FROST; HERSHEL FROST; SHLOIME FROST; SHIMSHON FRYER; YITZCHOK FUHRER; MENACHEM YEHOSHUA GANZFRIED; MOSHE TZVI GANZFRIED; YAKOV YEHUDA GANZFRIED; YOSEF SHLOIME GANZFRIED; NAFTULE (NUSEN HAUSER) GARTENHAUS; MOSHE GEIGER; SHLOIME ZEV GEIGER; YISROEL YITZCHOK GEIGER; ELIEZER GELBTUCH; AVROM ABISH GELLER; BENZION CHAIM GELLER; BORUCH SHLOIME GELLER; CHAIM ARYEH GELLER; DUVID GELLER; ELUZER LIPMAN GELLER; FALA GELLER; LEVI GELLER; MORDCA YAKOV GELLER; MORDCHE MESHILEM ZEESHE GELLER; MOSHE YOEL GELLER; SHULIM DUVID GELLER; SHULIM DUVID GELLER; SURA RATZA GELLER; YECHIEL BORECH GELLER; YEHOSHUA PINCHAS GELLER; YOSEF YAKOV GELLER; YEHUDA GENGER; AHRON SHMIEL GERMAN; HERSHEL GERMAN; NUCHEM MEIR GERMAN; PINCHAS MORDCHA GERMAN; SHLOME YOM TOV GERMAN; YAKOV YITZCHOK GERMAN; YOSEF SHLOME GERMAN; BREINDEL D. GERSHON; MEIR GERSHON; YAKOV ELCHONON GERSHON; BENZION MENACHEM GILLIG; GERSHON GINSBERG; YOSEF SHLOIME GINSBERG; BENZION MICHOEL GIPS; MORDCHA ARYEH GIPS; MORDCHE BURECH GIPS; SHLOIME YECHIEL GIPS; YECHIEL ZEV GIPS; YEHOSHUA BORECH GIPS; YITZCHOK ZALMEN GIPS; AVRUM GLICK; SHLOME GLUCK; YEHOSHUA GLUCK; NUCHEM REUVEN GOBER; ZEV TZVI GOLD; ALEXANDER ZISHA GOLDBERG; BENZION ELIMELECH GOLDBERG; ELIYAHU GOLDBERG; PEISACH GOLDBERG; YITZCHOK ISAAC GOLDBERG; MOSHE GOLDBERGER; YECHIEL TZVI GOLDBERGER; CHAIM GOLDFINGER; TZVI ELIMELECH GOLDKLANG; AVRUM YEHOSHUA GOLDMAN; BENZION GOLDMAN; BENZION GOLDMAN;

ELUZER GOLDMAN; PINCHOS GOLDMAN; SHLOIME GOLDMAN; SHLOIME LEIB GOLDMAN; USHER ZELIG GOLDMAN; YAKOV LEIVI GOLDMAN; AHRON BORECH GOLDRING; RACHEL GOLDSAMT; AVRUM CHAIM GOLDSTEIN; BURICH DUVID GOLDSTEIN; CHAIM LEIB GOLDSTEIN; SHIMSHON GOLDSTEIN; YAKOV GOLDSTEIN; YISROEL GOLDSTEIN; YITZCHOK YISOCHER GOLDSTEIN; AHARON DOV GORDON; AVRUM CHAIM GORDON; DUVID SHMIEL GORDON; PINCHUS YOSEF GORDON; REFOEL YITZCHOK GORDON; SHAUL GORDON; YEHOSHUA GRABER; DUVID SHMIEL GRAUS; ELIEZER YITZCHOK GREENBAUM; MENACHEM MENDEL GREENBAUM; MEYER CHAIM GREENBAUM; HERSHEL GREENBERG; PESACH GREENBERG; AVRUM YEHUDA GREENFELD; MOSHE CHANOCH GREENFELD; MENACHEM DUVID GREENSPAN; USHER GREENWALD; BENZION GREENZWEIG; CHAIM YECHIEL BURECH GREENZWEIG; MOSHE GREENZWEIG; PESSEL GREENZWEIG; YISROEL YAAKOV GREENZWEIG; AVROM MORDCHA GRODZINSKY; ELIMELECH DOV GRODZINSKY; MORDCHA GROSS; SHIMON MOSHE EZRIEL GROSS; TZVI GROSS; YITZCHOK GROSS; AHRON TZVI GRUBER; ELIEZER AVIGDER GRUBER; YEHUDA ARYEH LEIB GRUENSTEIN; AVRUM YOSEF GRUENWALD; AVROHOM YESHAYE GRUNFELD; BENZION ARYEH GRUNFELD; CHAIM YISOCHER DOV GRUNFELD; ELIEZER BETZALEL GRUNFELD; MECHEL GRUNFELD; SHLOIME GRUNFELD; CHAIM ZVI GRUNSTEIN; ELIEZER GRUNSTEIN; MOISHE YEHUDA GRUNSTEIN; SHIMSHON E. GRUNSTEIN; NISSAN GUNSBERG; SHLOME BINYOMIN ARYEH GUNSBERG; YITZCHOK YOEL GUNSBERG; CHAIM GUTMAN; NACHMAN GUTMAN; YIRACHMIEL YISROEL GUTMAN; NECHEMIA GUTTER; AVRUM GUTTMAN; CHAIM NUCHEM MORDCHE GUTTMAN; GERSHON GUTTMAN; YITZCHOK MENCHEM GUTTMAN; ALTER DUVID HALBERSTAM; ARYEH LEIBISH HALBERSTAM; BARUCH HALBERSTAM; BEN ZION ARYE LEIBISH HALBERSTAM; BENZION SHLOME HALBERSTAM; BURECH AVROM HALBERSTAM; BURECH SHAMSON HALBERSTAM; CHAIM SHLOMO HALBERSTAM; CHAIM SHULIM HALBERSTAM; DOVID HALBERSTAM; EFRAIM SHLOIME HALBERSTAM; MENDEL HALBERSTAM; MORDCHE ZEV HALBERSTAM; NAFTULA CHAIM HALBERSTAM; YOSEF HALBERSTAM; YOSEF

YITZCHOK HALBERSTAM; MOISHE LEIB HALPERIN; AHRON YONA HALPERN; CHAIM DOV HALPERN; ELUZER DOVID HALPERT; NAFTULE HERTZKA HALPERT; YITZCHOK ISAAC HALPERT; ZALMEN LEIB HALPERT; USHER LEMEL HAMER; YEHOSHUA HAMMERMAN; NUCHEM YISROEL HEFTLER; DUVID HEIMFELD; BENZION HENIG; SHLOIME AHRON YISROEL HENIG; SHMIEL HENIG; YAKOV SHULIM HENIG; YISROEL HENIG; YOSED DUVID HENIG; BENZION HERBST; MENACHEM SHMIEL HERBST; NAFTULA HERBST; SHLOIME TZVI HERBST; YECHASKEL SHRAGE HERBST; YISROEL MAYER HERBST; YITZCHOK HERBST; YOSEF M. HERBST; MAYER TZVI HERZKA; SHIMSHON YAAKOV HESZKEL; YECHASKEL YEHUDA HESZKEL; SHIMON HIRSCH; SHIMON HIRSCH; SHAUL YEHOSHUA HOCHMAN; SHLOIME HOFSTATTER; CHAIM SHLOME HOLLANDER; SHMIEL HOLLANDER; TOVIA BENZION HOLLANDER; YAKOV YOSEF HOLLANDER; YEHOSHUA HOLLANDER; YESHAYE ELYUKIM GETZIL HOLLANDER; MEYER HOLTZMAN; YISROEL BER HONIG; ARYEH HOROVITZ; BENZION HOROVITZ; MOSHE SHEA HOROVITZ; YONA HOROVITZ; ALTER ELIEZER HOROWITZ; AVROHOM SIMCHA HOROWITZ; AVRUM BURECH HOROWITZ; BENZION HOROWITZ; BENZION HOROWITZ; BURECH AVRUM TZVI HOROWITZ; CHAIM YAKOV YITZCHOK HOROWITZ; ELIYAHU HOROWITZ; FEIVEL HOROWITZ; MAYER HOROWITZ; MENACHEM HOROWITZ; MENASHE HOROWITZ; MORDCHE YOSEF YEHOSHUA HOROWITZ; MOSHE HOROWITZ; MOSHE YEHUDA HOROWITZ; NAFTULA TZVI HOROWITZ; NAFTULE BENYOMIN HOROWITZ; SHLOIME BURECH HOROWITZ; SHLOOME ZALMEN HOROWITZ; SHMIEL HOROWITZ; SHMIEL HOROWITZ; SHMIEL HOROWITZ; TOIVIA ARYEH LEIBISH HOROWITZ; TZVI HERSH HOROWITZ; YAKOV SHULIM HOROWITZ; YAKOV YITZCHOK HOROWITZ; YISROEL MAYER HOROWITZ; YOEL HOROWITZ; YOSEF CHAIM HOROWITZ; YOSEF TOIVIA HOROWITZ; ZEV HOROWITZ; ZEV CHAIM HOROWITZ; MOSHE ERI HOROWITZ C\O KAFF; CHAIM NESANEL DOV ILOWITZ; DOVID YITZCHOK ISAAC ILOWITZ; SHMUEL TZVI ILOWITZ; SHULIM ILOWITZ; YAKOV ARON ILOWITZ; YESHAYA ILOWITZ; YISROEL C. ILOWITZ; BORECH YOEL ISRAEL; DUVID ISRAEL; MORDCHA DOV ITZKOWITZ; YAKOV MOSHE ITZKOWITZ; YEHOSHUA HESHEL ITZKOWITZ; YOSEF

SHLOIME ITZKOWITZ; DOVID SHLOMA JUNGREIS; MOSHE KAHAN; YAKKOV KAHAN; ELIYAHU KARP; SHLOIME LEIB KARP; SHMIEL KARP; AVROHOM SHLOMA KATZ; BORECH PINCHAS KATZ; DUVID KATZ; FAVEL KATZ; SHMIEL KATZ; BENZION BORECH KAUFMAN; PINCHAS YEHUDA KAUFMAN; REUVEN KAUFMAN; SHLOMO CHAIM KELLMAN; YAKOV NAFTULA MORDCHA KELLNER; BEREL KEMPLER; SHIMON KEMPLER; YAAKOV KEMPLER; DUVID KENIGSBERG; ALEXANDER YEHUDA KERNKRAUT; SHLOME ELIEZER SHIMON KERPEL; ALTER MOSHE KESSLER; BENZION KESSLER; BENZION KESSLER; BENZION KESSLER; BORECH SHLOME KESSLER; MEIR NUSSEN KESSLER; MENACHEM DUVID KESSLER; MOSHE KESSLER; PESACH KESSLER; SCHULIM KESSLER; SHIMON KESSLER; YITZCHOK ISAAC KESSLER; DUVID YOSEF KIDIBINSKY; BENZION DANIEL KIWACK; TZVI MORDCHA KLAGSBRUN; YOEL KLANG; BURECH MORDCHE KLEIN; CHANOCH ARYEH KLEIN; DUVID KLEIN; ELIEZER KLEIN; MOSHE KLEIN; TZVI YECHASKEL KLEIN; YAKOV MORDCHA KLEIN; YOSEF MEIR KLEIN; CHANANYA DOV KLEINMAN; SHLOME KLUGER; ROCHMA KNEIZEL; SHAUL KNOBLOCH; SHAUL KNOBLOCH; SHLOIME KNOBLOCH; YEHUDA TZVI KNOBLOCH; YISROEL ISSER KNOBLOCH; ELIYAHU YISROEL KNOLL; ALEXANDER ELIEZER KNOPFLER; MENACHEM MENDEL LIPA KNOPFLER; RAPHAEL AHARON KNOPFLER; YISROEL SHIMON KNOPFLER; ZEV ARYE KNOPFLER; CHAIM MENACHEM HAKOIEN KOENIGSBERG; DUVID TZVI KOHN; YOEL KOHNFELDER; BENZION KONIGSBERG; CHAIM BERL KOPCEIL; YEHUDA KOPCIEL; YOSEF KORNFELD; SIMCHA AVRUM KORNREICH; TZVI ELIMELECH KORNREICH; YEHUDA ZEV KORNREICH; YITZCHOK YAKOV KORNREICH; AARON KRAUSZ; AVROHOM BENZION KRAUSZ; YECHASKEL KRAUT; ELIYAHU TZVI KROEN; MOSHE YITZCHOK KROYNIK; AVRUM MOSHE KUPPERMAN; MOSHE YOSEF KURTZ; SHMIEL KURTZ; YITZCHOK TOIVIA KURTZ; AVRUM LEIB KWADRAT; BENZION KWADRAT; CHAIM AVROHOM KWADRAT; YITZCHOK KWADRAT; SHLOIME LAMM; ANA LAMPERT (OBSTFELD); AHRON DOVID LANDAU; AVRUM ABISH LANDAU; AVRUM SHULIM LANDAU; BENZION UUSHER LANDAU; CHAIM LANDAU; CHANOCH HENOCH LANDAU; DUVID TZVI LANDAU;

EFROYIM LANDAU; FAVEL LANDAU; LEIBISH LANDAU; MEIR CHAIM LANDAU; MORCHA ZEV LANDAU; MORDCHE MEIR LANDAU; MORDECHA SHULEM LANDAU; NUTA LANDAU; SHAINDEL LANDAU; SHAUL LANDAU; SHLOIME SIMCHA LANDAU; SHMIEL SIMCHA LANDAU; SHULIM PINCHAS LANDAU; TZVI YAKOV YOSEF LANDAU; USHER BARUCH LANDAU; YEHOSHUA LANDAU; YEHOSHUA HESHEL LANDAU; YITZCHOK LANDAU; YOSEF AHRON LANDAU; YOSEF DUVID LANDAU; PESACH LANGSAM; AARON LAUFER; BURECH LAUFER; MAYER LAUFER; MOSHE LEIB LAUFER; MOSHE MORDCHA LAUFER; SHLOME REUVEN LAUFER; YISROEL MEYER LAUFER; YEHUDA MAYER YAKOV LEICHTAG; ESUMAR LEIFER; EZRIEL ELIEZER LEIFER; SHULIM LEIFER; YOEL LEIFER; YOSEF LEIFER; BARUCH YEHUDA LEITMAN; BENZION LEMEL; ESTHER LEMEL; LEIBISH LEMEL; MOSHE DUVID LEMEL; TZVI KOPPEL LEMEL; TZVI KOPPEL LEMEL; USHER LEMEL; YEHUDA LEIBISH LEMEL; YITZCHOK EFROYIM LEMEL; CHAIM YEHUDA LERNER; ELIEZER LERNER; MENDEL LERNER; PINCHAS LERNER; SHLOIME LERNER; USHER LERNER; YOSEF CHAIM LERNER; ABRAHAM ARON LESER; AVROM ABA LESER; BENZION LESER; BENZION ESUMAR LESER; BERISH LESER; DUVID BOAZ LESER; KALMAN LESER; LEIBISH LESER; LEIBISH LESER; LEIBISH LESER; MOSHE ESOMOR LESER; NAFTULE HERTZ LESER; NAFTULE YONA LESER; NISEN LESER; NISON LESER; SHULE MOISHE LESER; SHULIM YEHUDA LESER; USHER YESHAYA LESER; YAKOV YITZCHOK MOSHE LESER; YEHUDA LEIBISH CHAIM LESER; YIDEL LESER; YITEL LESER; YITZCHOK SHULIM LESER; YITZCHOK YOSEF LESER; ZECHARIA USHER LESER; LEIBISH LEVI; MORDECHAI LEVI; NUSSEN BETZALEL LEVI; SHMIEL TZVI LEVI; HENOCH SHULIM LEVINE; ALEXANDER SHMIEL LEVINGER; BENZION LICHT; CHAIM LEIB LICHT; HESHEL LICHT; SHIMON LICHT; YISROEL LICHT; DUVID LICHTENSTADTER; MORDCHE LICHTENSTADTER; MOSHE TZVI LICHTENSTADTER; YAKOV ELIEZER LICHTENSTADTER; AVROM LICHTIG; AVROM LIEBER; HERSHEL LIEBER; SHLOIME BENZION LIEBER; BENZION LIPSCHITZ; CHAIM ARYEH LIPSCHITZ; ELIYAHU LIPSCHITZ; FISHEL LIPSCHITZ; MOSHE NECHEMYA LIPSCHITZ; NOSON DOVID LIPSCHITZ; SHLOIME YESHAYA LIPSCHITZ; YAAKOV YITZCHOK LIPSCHITZ; YECHASKEL LIPSCHITZ;

YISROEL DOVID LIPSCHITZ; YISROEL YAAKOV LIPSCHITZ; CHAIM YOSEF LIPSCHUTZ; MORDCHA SHRAGA LIPSCHUTZ; MOSHE AHRON LIPSCHUTZ; SHULIM ELIEZER LIPSCHUTZ; YEHOSHUA LIPSCHUTZ; YOSEF YERMIYA LIPSCHUTZ; DANIEL LIVAN; MOSHE YAKOV LOEWY; AVROHOM ELIEZER LOWENBRAUN; BENZION YISROEL LOWENBRAUN; YITZCHOK LOWENBRAUN; AHRON MANDEL; AVRUM MANDEL; MOISHE DUVID MANDEL; SHIMON YOICHENEN MANDEL; SHIMSHON MANDEL; SHLOIME MANDEL; USHER YESHAYA MANDEL; YITZCHOK ISAAC MANDEL; ZEV MANDEL; AVRUM ABA SHLOIME MANDELBAUM; BENZION MANDELBAUM; BENZION GEDALYA MANDELBAUM; BENZION MOSHE MANDELBAUM; CHAIM MANDELBAUM; CHANEH MANDELBAUM; DUVID USHER MANDELBAUM; HERSH LEIB MANDELBAUM; KASRIEL MEIR MANDELBAUM; MENASHE MANDELBAUM; SIMA BRUCHA MANDELBAUM; TZVI CHAIM MANDELBAUM; YEHUDA MENACHEM MANDELBAUM; YITZCHOK MANDELBAUM; DOVID MARCUS; YAKKOV MARCUS; SHLOIME MARKOWITZ; YITZCHOK MORDCHE MARKOWITZ; MENDEL MARKSTEIN; YACOV YOSEF MAYER; ZEV ELIYAHU MAYER; PINCHAS ELIYAHU MEIEROWITZ; AHRON YEHUDA MEISELS; ALEXANDER SHMIEL MEISELS; ARON MEISELS; AVROM YITZCHOK MEISELS; AVRUM NECHEMIA MEISELS; BENYOMIN ZEV MEISELS; BENZION MEISELS; BINEM MENACHEM MENDEL MEISELS; CHAIM MEISELS; MORDCHAI TZVI MEISELS; MORDCHE ZALMEN MEISELS; MOSHE DOVID MEISELS; NACHMEN CHAIM MEISELS; USHER ZEV MEISELS; YITZCHOK TOVIA MEISELS; YOEL MEISELS; YOSEF MEISELS; YOSEF DANIEL MEISELS; HERSHEL MELZER; SHLOIME MELZER; TZVI HERSH MENES; AKIVA MILLER; AVROM SHLOIME MILLER; BENZION MILLER; CHAIM MILLER; CHAIM MILLER; CHAIM SHIMON MILLER; CHAIM SHIMON MILLER; CHAIM SHIMON MILLER; ELIYAHU OIZER MILLER; GEDALYA DUVID MILLER; MOISHE CHAIM MILLER; MOISHE TOVIA MILLER; NACHMEN CHAIM MILLER; PESACH DOVID MILLER; YAKOV SHIMON MILLER; YESHAYA MILLER; YONASON BINYOMIN MILLER; CHAIM SHIMON MILLER-NEWMAN; MORDCHE MILLER-NEWMAN; RIVKA MILLER-NEWMAN; YESHAYE ELIEZER MILLER-NEWMAN; DOVID MINKOFF; YISROEL MINKOFF; ARON MINZER; DOV MINZER; DOVID

MINZER; NAFTULE TOIVIA MINZER; TZVI ELIEZER MINZER; YAKOV SHMIEL MINZER; YISROEL MINZER; YISROEL ELIYAHU MINZER; SHIMSHON MOLINSKY; MOSHE YOSEF MONTAG; BENZION YEHUDA MORGENSTERN; YITZCHOK MORDCHA DOVID MORGENSTERN; YITZCHOK DUVID SHULIM MOSKOVITZ; AVRUM YOINESEN MOSSBERG; BENZION ELIEZER MOSSBERG; HERSCHEL MOSSBERG; RAFAEL ARYE MOSSBERG; SHLOIME MOSHE MOSSBERG; HENOCH MUNZELES; AVIGDOR ELIYAHU NEIGER; SHMIEL ZANVIL NEIGER; YISROEL AVRUM NEIMAN; MOSHE SHMIEL NICHTBORGER; BENZION OBSTFELD; BENZION YITZCHOK OBSTFELD; ELUZER OBSTFELD; GOLDA OBSTFELD; LEVI YOSEF OBSTFELD; NAFTULA CHAIM OBSTFELD; YITZCHOK SHMIEL OBSTFELD; AVRUM ZALMEN OFFEN; YAKOV YOSEF ORLIANSKY; MOSHE CHAIM MEIR PANZER; SHMIEL YAKOV PAPIER; YAKOV AVIGDOR PAPIER; YITZCHOK YONA PAPIER; YISSOCHER DOV PARNES; ELIYAHU PERL; MENACHEM MENDEL PERL; YESHAYE PERL; YISROEL ELIEZER PERL; MOSHE PERLMAN; SHLOIME PERLMAN; YISROEL SHLOME PERLSTEIN; YITZCHOK PERLSTEIN; AVRUM YEHOSHUA PILLER; DUVID MOSHE PILLER; MORDCHE TZVI PILLER; PINCHAS SHAUL PILLER; SHLOIME ELIYAHU PILLER; CHAIM YEHUDA POLLAK; BENZION POSNER; BENZION POSNER; BENZION POSNER; CHAIM POSNER; MORDCHA YITZCHOK HALEIVI POSNER; MOSHE POSNER; MOSHE YIDA POSNER; REUVEN POSNER; YAKOV POSNER; YOSEF NAFTULE POSNER; YAKOV DOV RAAB; ARON PINCHUS RABINOVITZ; YISROEL SHIMON RAUCHVERGER; AARON LEIB RAYZBERG; LEIBEL REICH; YOSEF REICH; AVROM ABISH REICHBERG; CHAIM YEKUSIEL REICHBERG; ITCHA REICHBERG; MOSHE DUVID REICHBERG; TZVI MORDCHE REICHBERG; YERMIA REICHBERG; MENASHE REICHMAN; MENDEL REICHMAN; PINCHAS TZVI REICHMAN; AVROM YEHOSHUA REIFER; AVRUM REIFER; CHAIM REIFER; CHAIM TZVI REIFER; DUVID REIFER; ELIYAHU YITZCHOK REIFER; MOSHE REIFER; TZVI YEHUDA REINHOLD; YAKOV ARYE REINHOLD; YECHASKEL REINHOLD; YECHASKEL MOSHE REINHOLD; YIDA MORDCHA REINHOLD; YISROEL REINHOLD; YITZCHOK SHMIEL REINHOLD; AVROM YAKOV RIEGER; BENZION CHAIM RIEGER; EFROYIM YISROEL RIEGER; ELIMELECH RIEGER; LEAH RIEGER; NAFTULA RIEGER;

SHMAYE YISROEL RIEGER; TZVI HERSH RIEGER; YOSEF DUVID RIEGER; MOSHE AARON RIEGLER; YISROEL RIEGLER; YOSEF NAFTALI RIEGLER; SHAUL ROSEN; YEHOSHUA ROSEN; BURECH MEIR ROSENBAUM; MORDCHE YOEL ROSENBAUM; YECHIEL SHRAGA ROSENBAUM; AVROM DUVID ROSENBERG; CHAIM BENZION ROSENBERG; KALMAN ROSENBERG; MORDECHA ROSENBERG; MOSHE VOLF ROSENBERG; NAFTULE TZVI ROSENBERG; YECHASKEL ROSENBERG; YITZCHOK SHLOIME ROSENBERG; MOSHE ROSENBLUM; PINCHAS YEHOSHUA ROSENBLUM; AVRUM ROSENFELD; BEREL ROSENFELD; CHAIM ROSENFELD; LAIBY ROSENFELD; LEIBISH ALTER ROSENFELD; YOEL ROSENFELD; YOEL ROSENFELD; YOEL ROSENFELD; BENZION SHMIEL ROSENGARTEN; DOVID YEHOSHUA ROSENGARTEN; SHMIEL TZVI ROSNER; DUVID ROTH; SARAH ROTH; SHLOIME ROTH; YOEL ROTHER; DANIEL ROTTENBERG; LEIBISH ROTTENBERG; LEVI YITZCHOK ROTTENBERG; YECHIEL ROTTENBERG; AVROM DOVID RUBENSTEIN; YEHOSHUA RUBENSTEIN; YEKISIEL YEHUDA RUBENSTEIN; ALTER YITZCHOK ISAAC RUBIN; ARYE RUBIN; ARYEH LEIBISH RUBIN; AVROM YEHOSHUA RUBIN; CHAIM BARUCH RUBIN; CHAIM YAKOV YITZCHOK RUBIN; DOVID YAKOV RUBIN; DOVID YEHOSHUA RUBIN; ELISHA NAFTULE RUBIN; FAVEL RUBIN; LEIBEL RUBIN; LEIBISH RUBIN; MORDECHAI RUBIN; MOSHE RUBIN; MOSHE RUBIN; PINCHAS RUBIN; SIMCHA SHLOIME RUBIN; USHER YESHAYE RUBIN; YAKOV RUBIN; YAKOV YISROEL YESHURIN RUBIN; YECHASKEL RUBIN; YECHASKEL SHRAGE MEIR RUBIN; YEHOSHUA CHAIM RUBIN; YEHOSHUA SHULIM NUSEN RUBIN; YISOCHER BERISH RUBIN; YISROEL YAKOV RUBIN; YITZCHOK RUBIN; YOEL RUBIN; YITZCHOK BORECH RUMPLER; YAAKOV SAFERN; SHMUEL DOVID SAMET; MOSHE YOSEF SCHACHTER; PINCHUS SCHACHTER; SHLOME DOV SCHACHTER; YISROEL ALTER SCHACHTER; YITZCHOK BURECH SCHACHTER; ALEXANDER ZEESKIND SCHARF; BENZION SCHARF; CHAIM ALEXANDER SCHARF; DUVID BENZION SCHARF; DUVID PINCHAS SCHARF; ELIYAHU SCHARF; LIPA SCHARF; PESACH SHULIM SCHARF; PINCHAS TZVI SCHARF; REUVEN SHIMSHON SCHARF; SHLOIME SCHARF; SHLOME SCHARF; TZVI SCHARF; USHER YESHAYE SCHARF; YECHASKEL SCHARF; YEHUDA DUVID ARYEH

SCHARF; YITZCHOK SCHARF; BREINA GITTEL SCHAYA; ANSHEL SCHIFF; MOISHE AHRON SCHIFF; YAKOV SCHIFF; YISROEL ALTER SCHLAFF; BINEM MENACHEM MENDEL SCHLAFRIG; LEIBISH SCHLAFRIG; LEIBISH SCHLAFRIG; MOSHE SCHLAFRIG; SHLOIME TZVI SCHLAFRIG; YAKOV MAYER SCHLAFRIG; YEHOSHUA CHAIM SCHLAFRIG; YITZCHOK MAYER SCHLAFRIG; CHAIM SHLOMO SCHLOMOVICS; MOSHE SCHLOMOVICS; YOSEF SHULIM SCHLOMOVICS; AVROM MOSHE SCHLUSSEL; SHLOIME SCHLUSSEL; TZVI HERSH SCHNECK; SHULIM DOVER SCHNEERSON; YITZCHOK MORDCHA SCHON; TZVI YOSEF SCHONBERGER; YAKOV TZUDIK SCHONBERGER; YITZCHOK SCHONBERGER; AARON DUVID SCHWARTZ; BORECH MORDCHE SCHWARTZ; DUVID SHLOIME SCHWARTZ; DUVID SHMIEL SCHWARTZ; SHULIM YOSEF SCHWARTZ; YAKOV MOSHE SCHWARTZ; YECHIEL MECHEL SCHWARTZ; ZVI DOV SCHWARTZ; AVROM SCHWIMMER; CHAIM SHLOIME SCHWIMMER; CHAIM YESHAYA SCHWIMMER; ELIYAHU SCHWIMMER; YAKOV NAFTULE SCHWIMMER; YITZCHOK MEIR SCHWIMMER; YEHOSHUA SHRAGA TZVI SEIDENFELD; GITEL SHIFRAH SHMAYE; YEHUDA YITZCHOK SHMAYE; AVRUM SIEGER; CHAIM SIEGER; TZVI ELIMELECH SILBER; AVRUM SILBERSTEIN; BENZION MAYER SILBERSTEIN; YISROEL ZEV SILBERSTEIN; BENZION SILBIGER; CHAIM SIMKOWITZ; CHAIM MOSHE SIMON; DUVID YITZCHOK SIMON; AVRUM ZEV SINGER; BORECH SINGER; CHAIM GERSHON SINGER; DUVID S. SINGER; ELIYAHU SINGER; SHLOME CHAIM SINGER; SHLOME TZVI SINGER; YOSEF YEHUDA SINGER; BENZION SPIELMAN; BENZION YITZCHOK SPIELMAN; ELCHUNON SPIELMAN; GOLDA SPIELMAN; LEIBTCHA SPIELMAN; LEIBY SPIELMAN; YOSEF YERMIE SPIELMAN; MORDECHAI SPITZER; YAKOV MICHOEL SPITZER; AARON BURECH SPREI; ALEXANDER SPREI; BENZION SPREI; CHAIM SPREI; CHAIM SHMIEL SPREI; YECHIEL SPREI; YEHOSHUA YOSEF SPREI; AARON STAHL; YESHAYA ELUZER STAHL; BETZALEL STEINBERG; HERSHEL STENGEL; NAFTULI STENGEL; YITZCHOK STENGEL; ALEXANDER STERN; AVRUM MOSHE STERN; MENDEL STERN; MOSHE YAKOV STERN; YITCZCHOK SIMCHA STERN; ELIEZER STERNBUCH; MORDCHA ZEV STERNHELL; MOSHE HESHIL STERNHELL; YITZCHOK DUVID

STERNHELL; ZECHARIA ARYEH STERNHELL; AHARON DOV STEUER; BEREL STEUER; YAKOV STEUER; YECHASKEL STEUER; BENZION SHAUL STIEL; BENZION SHLOIME STIEL; CHAIM ELUZER STIEL; CHAIM YITZCHOK STIEL; DUVID YIDA STIEL; FISHEL STIEL; NAFTULI TZVI STIEL; SHLOIME STIEL; YAKOV YITZCHOK STIEL; YITZCHOK STRALBERG; MENDY STROHLI; YIDA BINYOMIN STROHLI; ROIZA STRYGLER; CHAIM SHAUL SUSHOLZ; DUVID ELIEZER MENACHEM SWIMER; BENZION TAUBER; CHAIM YAKOV YOSEF TAUBER; SHULIM YITZCHOK TAUBER; YOSEF SIMCHA TAUBER; ARYEH LEIBISH TEITELBAUM; AVRUM CHAIM TEITELBAUM; MENDEL TEITELBAUM; MOSHE MENACHEM TWERSKI; YAAKOV YISROEL TWERSKI; DUVID URBACH; AVRUM SHABSE EBER VALLACH; MORDCHA ELIEZER VALLACH; SHULEM YOSEF VALLACH; SHMUEL AVRUM VIMMER; CHAIM SHAUL VORST; BARUCH YOSEF WACHSMAN; BENZION WACHSMAN; BENZION AVRUM WACHSMAN; BENZION ELIMELECH WACHSMAN; CHAIM ALEXANDER WACHSMAN; CHAIM DUVID WACHSMAN; CHAIM SHMIEL WACHSMAN; MORDCHE ARYEH WACHSMAN; SHIMON MOSHE WACHSMAN; SHMIEL DUVID WACHSMAN; SHMIEL YEHUDA WACHSMAN; SHULEM YITZCHOK WACHSMAN; WOLF WACHSMAN; YESHAYA LEIB WACHSMAN; NAFTULA CHAIM WAGSCHAL; MOSHE BENYAMIN WALDNER; SHAUL YECHASKEL WALDNER; TZVI KOPPEL WALDNER; YITZCHOK SHLOME WALDNER; AVRUM BENZION WALZER; YAKOV SHLOIME WALZER; YITZCHOK MEIR YECHIEL WALZER; YOEL YITZCHOK WEBERMAN; MOSHE DUVID DOV WEILL; DUVID MENACHEM WEINBERGER; MORDCHA WEINBERGER; MOSHE MAYER WEINBERGER; YERMIA WEINBERGER; YISSOCHER DOV BERISH WEINBERGER; BENZION DOVID WEINFELD; BENZION ELIYAHU WEINFELD; ELIYAHU WEINFELD; YAAKOV YOEL WEINFELD; YEHOSHUA ELIMELECH WEINFELD; YOSEF WEINFELD; AVRUM WEINGARTEN; AVRUM YOSEF WEINGARTEN; BENZION WEINGARTEN; BERISH WEINGARTEN; CHAIM MEIR WEINGARTEN; DOVID WEINGARTEN; NACHMAN WEINGARTEN; TZVI ELIMELECH WEINGARTEN; YAKKOV TZVI WEINGARTEN; YECHASKEL ELIYAHU WEINGARTEN; YECHASKEL YIDA WEINGARTEN; YITZCHOK ISAAC WEINGARTEN; TOVIA WEINMAN; SHRAGE BORECH WEINREICH; YITZCHOK TZVI

WEINREICH; YOSEF MOSHE WEINREICH; MAYER WEINSTEIN; AVRUM MAYER WEINSTOCK; AARON WEISFELD; YISSOCHER ZEV WEISFELD; BETZALEL YOSEF SHRAGA TZVI WEISS; DUVID MOSHE WEISS; ELIMELECH WEISS; YAKOV WEISS; SHULIM YEDIDYA WESEL; MENACHEM MENDEL WEST; MAYER WIEDER; SHMIEL WIESNER; YOSEF ELIMELECH WIESNER; HERSCHEL WIETSCHNER; YITZCHOK WIRTZBERGER; FISHEL WISLICKI; ELIYAHU YEHUDA WOLCOWITZ; MOISHE ZEV WOLCOWITZ; YESHAYA ELUZER WOLCOWITZ; CHAIM WOLF; CHAIM WOLF; SHAUL WOLF; YEHUDA YOEL WOLF; SHIMON MORDCHE YOUNGEWIRTH; YITZCHOK MAYER YOUNGEWIRTH; SHMIEL LEIB ZAIDMAN; AVRUM DOV YITZCHOK ZANGER; YISROEL YAKOV ZANGER; ELUZER ZEIGER; SHLOME ZEIGER; YISROEL ISSER SHRAGE ZEIGER; MOSHE NECHEMIA ZENWIRTH; MOSHE YOSEF ZENWIRTH; SHLOIME ALTER ZENWIRTH; YAKOV ZENWIRTH; YECHASKEL SHRAGE ZENWIRTH; MOISHE PINCHAS ZIEGLER; PINCHOS ZIMMER; CHAIM BENZION ZINGER; BENZION ZITRONENBAUM; BORUCH BENDIT ZITRONENBAUM; MENACHEM MENDEL ZITRONENBAUM; MOSHE YAKOV ZITRONENBAUM; NAFTULE REUVEN ZITRONENBAUM; SHMARYUHI ZITRONENBAUM; SHMIEL ZITRONENBAUM; YAKOV ZITRONENBAUM; YECHIEL BENZION ZITRONENBAUM; YESHAYA ZITRONENBAUM; YITZCHOK ZITRONENBAUM; ARON ZOBERMAN; YEHOSHUA ZOBERMAN; YOEL ZOBERMAN; YITZCHOK MANIS ZUKKER; AMIDEI ZION OF BOBOV INC. (A/K/A AMIDEI ZION); BNOS ZION OF BOBOV, INC. (A/K/A BNOZ ZION, BNOS ZION OF BOBOV); BOBOWER YESHIVA; BOBOWER YESHIVAH BNEI ZION (A/K/A BOBOWER YESHIVA BNEI ZION, BOBOWER YESHIVA BNEI ZION INC, BOBOVER YESHIVA BNAI ZION, BOBOVER YESHIVA BNEI ZION , BOBOVER YESHIVA, BOBOVER YESHIVA BNEI ZION INC, YESHIVAH BNEI ZION OF BOBOV); CONG. GEMACH EZRAS CHASANIM D'BOBOV (A/K/A CONG GEMACH KEREN CHASANIM D'BOBOV, KEREN CHASANIM D'BOBOV); CONG. MACHNA SHALVA ZICHRON ZVI DOVID (A/K/A CAMP SHALVA, CAMP SHALVA D'BOBOV, MACHNE SHALVA, MACHNE SHALVA D'BOBOV); CONGREGATION AHAVAS CHESED D'BOBOV; CONGREGATION K'HAL SHAAREI ZION (A/K/A CONG. KHAL SHAAREI ZION BOBOV, KHAL SHAAREI ZION BOBOV, KHAL SHAAREI ZION,

CONGREGATION SHAAREI ZION); CONGREGATION KEREN OHR CHAIM D'BOBOV (A/K/A KEREN OHR CHAIM); GEMILAS CHESED ZICHRON ZVI D'BOBOV; KOLLEL ZICHRON CHAIM OF BOBOV (A/K/A BOBOVER KOLLEL); MACHNE GILA; MESIVTA EITZ CHAIM OF D'BOBOV (A/K/A MESIVTAH EITZ CHAIM D'BOBOV, MESIVTAH EITZ CHAIM OF BOBOV, MESIVTAH EITZ CHAIM OF BOBOV INC, BOBOVER MESIVTAH, MESIVTA EITZ CHAIM); MESIVTA KEREM SHLOME (A/K/A MESIVETA KEREM SHLOMO, YESHIVA KEREM SHLOMO, YESHIVA CHEMDAS YISROEL KEREM SHLOMO D'BOBOV); PESHA ELIAS BIKUR CHOLIM D'BOBOV INC. (A/K/A BOBOVER BIKUR CHOLIM); RABBINICAL COLLEGE BOBOVER YESHIVA BNEI ZION; UNITED BOBOV INTERNATIONAL INC.; YESHIVA KEREM SHLOMO; YESHIVAH BNEI ZION OF BOBOV,

Petitioners,

v.

ZVI ARYE RHEINOLD; MENDEL GROSS A/K/A MENACHEM YECHESKEL GROSS; YITZCHAK ISAAC DEUTCH; SIMCHA ROTH; MENACHEM MENDEL ABRAMOVITZ; SHMUEL ABRAMOVITZ; TZVI DOVID ABRAMOVITZ; YISROEL YOSEF ABRAMOVITZ; SHIMON ELIEZER ASOVSKI; CHAIM DOVID BAKON; BENYOMIN BARBER; ELIMELECH BAUMWOLSPINER; MEYER YITZCHOK BAUMWOLSPINER; MOSHE BAUMWOLSPINER; SIMCHA BAUMWOLSPINER; SHULIM BECK; AVROM MOSHE BEIGEL; ELIEZER DUVID BEIGEL; YAKOV BERGER; YITZCHOK MOISHE BERGER; AVRUM BERNSTEIN; BETZALEL BERNSTEIN; YISROEL DOV BERNSTEIN; BENZION TZVI BIRNBAUM; ELIEZER BIRNBAUM; MENDEL BIRNBAUM; MORDECHAI BIRNBAUM; SHULIM BIRNBAUM; YECHESKAL BLAU; BENZION BLUM; NUSSEN DUVID BLUM; BENZION BLUMENBERG; MENACHEM YEHOSHUA HALEIVI BLUMENBERG; YEHUDA YOSEF HALEIVI BLUMENBERG; ARYEH LEIB BODNER; SHMIEL YESHAYA BODNER; EZRIEL ZELIG BORNFREUND; SHLOME BRAUNFELD; YOSEF NACHMEN BRAVER; YAKKOV BRODY; MOSHE BROMBERG; BORUCH DOVID BRONNER; CHASKEL SHRAGA BRONNER; MOSHE YAKOV BRONNER; NAFTOLI TZVI BRONNER; YOSEF BRONNER; AVRUM BROWN; YITZCHOK BROWN;

USHER YAKOV BRUNNER; BENZION YOSEF CISNER; LAIBY CISNER; NAFTALI CISNER; YISROEL SHMIEL COHEN; CHAIM YOSEF DASKAL; CHAIM DUVID DEUTSCH; REUVEN CHAIM DEUTSCH; SHAUEL NOACH DEUTSCH; YOSEF DEUTSCH; ISAAC DEVRIES; YOSEF SHIA DOMINITZ; YOEL TZVI EHRENFELD; MEYER YOSEF EICHENSTEIN; YITZCHOK ISAAC EICHENSTEIN; SHLOME ZISHE EINHORN; YAKOV ARYEH EINHORN; ZISHA EINHORN; ALTER CHAIM ELISHA EISEN; GAVRIEL PINCHAS EISEN; AHRON YITZCHOK EISENBERG; BARUCH EISENBERG; BENZION EISENBERG; ELIYAHU YITZCHOK EISENBERG; MENACHEM BURICH EISENBERG; SHULIM EISENBERG; SMIEL EZRA EISENBERG; PINCHAS DUVID ELBAUM; YAKOV HALEIVI ELBAUM; CHAIM AVRUM ENGELBERG; YAKOV DUVID ENGELBERG; TZVI DOVID ENGLARD; USHER YEHUDA ENGLARD; YESHAYA ENGLARD; CHAIM MENACHEM FASTEN; MOISHE SHMIEL FASTEN; BENZION FEIG; YAKOV MEIR FELDSTEIN; SHLOMIE FISCHMAN; AVRUM YEHUDA FOLGER; AHRON NAFTULE FOLLMAN; MORDCHE TZVI FOLLMAN; SENDER FOLLMAN; SHLOIME AVRUM FOLLMAN; YOEL MEYER FOLLMAN; MOISHE YOEL FORSTER; YITZCHOK ZEV FORSTER; BENZION FRANKEL; BENYUMIN FRAZER; REUVEN FRAZER; SHLOME YESHAYA TZVI FREIER; LEIBISH FREUND; HERSHEL FRIEDLANDER; MORDECHAI FRIEDLANDER; CHAIM LEIB FRIEDMAN; NUSEN NUTA FRIEDMAN; YOEL FRIEDMAN; YAKKOV YOSEF FROSHOWITZ; AVRUM ABISH FUHRER; BENZION FUHRER; NAFTULE TZVI FUHRER; SHLOIME FUHRER; YAKOV FUHRER; SHMIEL MORDCHE GANZFRIED; AMROM YISHAI GELLER; BENZION MEIR GELLER; CHAIM LEIB GELLER; PINCHAS GELLER; SHULIM AVRUM GELLER; TZVI HERSH GELLER; YISROEL DUVID GELLER; YITZCHOK SHULIM GELLER; BENZION GERMAN; DUVID BERISH GETZ; ELIEZER GETZ; MOISHE DUVID GETZ; MORDCHE TZVI GETZ; SHLOIME GETZ; NAFTULE TZVI GIPS; BENZION GLICK; CHANANYA YOM TOV LIPA GLICK; CHANOCH ZINDEL GLICK; NUSSEN GLICK; ZVI GLICK; AHRON SHMIEL GLUCK; PINCHAS MORDCHE GLUCK; AVRUM GOLDBERG; CHAIM GOLDBERG; CHAIM ZVI GOLDBERG; MENACHEM MENDEL GOLDBERG; MOISHE GOLDBERG; NAFTALI GOLDBERG; NUSEN NUTA GOLDBERG; TZVI YAKOV GOLDBERG; YISROEL

YITZCHOK GOLDBERG; BENZION AVRUM GOLDFINGER; MENDEL GOLDFINGER; MOISHE YOSEF MEIR GOLDFINGER; AHRON GOLDMAN; BENZION GOLDMAN; BENZION DUVID GOLDMAN; DUVID DOV GOLDMAN; PINCHAS GOLDMAN; PINCHAS GOLDMAN; USHER ZELIG GOLDMAN; ARON GOLDSTEIN; SHLOIME GOLDSTEIN; AHRON YEHUDA GORDON; AVRUM CHAIM GORDON; MENACHEM MENDEL GORDON; MORDCHA GORDON; SHLOME ZALMEN GORDON; YAKOV DUVID GORDON; YOEL AVRUM GOTLIB; AHRON YEHUDA GOTTHEIL; EFRAIM GOTTHEIL; CHAIM SHLOMO GREENBERG; LEVI YITZCHOK GREENBERG; SHMIEL GREENBERG; BARUCH CHUNA GREENFELD; BENZION GREENFELD; DUVID YIDA GREENFELD; MORDCHA DUVID GREENFELD; YITZCHOK ZVI GREENFELD; BENZION GRIFFEL; SHMIEL AHRON GRIFFEL; YOEL GRIFFEL; YOSEF ISAAC GRIFFEL; CHAIM S. GROSMAN; GERSHON DOVID GROSMAN; CHAIM DOV GROSS; REUVEN GROSS; SHLOMIE GROSS; YAKOV NAFTULE GROSS; YESHAYA YEHUDA GRUBER; BENZION MAYER GRUENSTEIN; SHULIM YAKOV GRUENSTEIN; YOSEF MOSHE GRUENSTEIN; DUVID YOM TOV LIPA GRUNFELD; SHLOIME ZVI GRUSSGOTT; YECHESKAL GRUSSGOTT; YEHOSHUA CHAIM MEIR GRUSSGOTT; YOSEF MOSHE GRUSSGOTT; MENACHEM MENDEL AHARON GUTMAN; BENZION GUTTER; BENZION GUTTER; BORUCH YITZCHOK GUTTER; MORDCHA BENZION GUTTER; SHLOME ZALMEN GUTTER; YESHAYA DUVID HILLEL GUTTER; ZEV ELIYAHU GUTTER; AVIGDOR GUTWEIN; YECHIEL GUTWEIN; ARON SHLOIME HAFNER; ELIYAHU HAFNER; YAAKOV HAFNER; BENZION DOV HALBERSTAM; CHAIM HALBERSTAM; CHAIM BORUCH HALBERSTAM; CHAIM YEHOSHUA HALBERSTAM; ELIEZER HALBERSTAM; ELIMELECH HALBERSTAM; SCHMELKA HALBERSTAM; SHULIM HALBERSTAM; YOSEF YITZCHOK HALBERSTAM; SHULIM YOSEF HALPERN; YEHOSHUA HESHEL HALPERN; YESHAYA HALPERN; DUVID HAMMER; LEIBEL HAMMER; LEIBTSHE HAMMER; MENACHEM MENDEL HAMMER; MORDECHAI HAMMER; MEIR YOSEF NUSEN HASCHEL; SHLOME AHRON AVRUM HENIG; SHULIM HERBST; LEIBEL HIRSCH; AHRON HOFFMAN; SHULEM HOLENDER; YAKOV MOSHE HONIG; BENZION HORN; AVRUM ABA HOROWITZ; AVRUM ELIMELECH HOROWITZ; BARUCH HOROWITZ; BENZION DUVID

HOROWITZ; BEZALEL HOROWITZ; CHANOCH HALEIVI HOROWITZ; DUVID MOSHE HOROWITZ; ELIEZER SHIMON HOROWITZ; GERSHON TZVI HOROWITZ; MENACHEM NUCHEM HOROWITZ; NAFTULE BENZION HOROWITZ; SHIMON ARON HOROWITZ; TZVI HOROWITZ; YOSEF HOROWITZ; AMROM ISRAEL; AMROM ISRAEL; CHAIM YAKOV KOPPEL ISRAEL; ELIEZER ISRAEL; MORDECHAI ISRAEL; YITZCHOK ZEV ISRAEL; YOEL ISRAEL; CHAIM ZVI JAKOBOVITS; YISROEL MEYER JAKOBOVITS; BENZION DOVID KACENBERG; BORUCH SHIMON KACENBERG; YITZCHOK KACENBERG; MORDCHE ARYEH KAHAN; SHULIM ELIYAHU KATZ; BENZION KELLMAN; YESHAYA KEMPLER; YOSEF CHAIM KEMPLER; MORDCHE AVRUM KENIGSBERG; MOSHE SHMIEL KERPEL; YECHESKEL EFROYIM KERPEL; AVRAHAM ASHER KLEIN; BENZION KLEIN; CHAIM YEHOSHUA KLEIN; DOV KLEIN; GERSHON KLEIN; PINCHAS MENDEL KLEIN; SHIMON KLEIN; SHIMON ELIEZER KLEIN; SHLOME CHAIM KLEIN; SHRAGE DUVID KLEIN; SHULIM SIMACHA KLEIN; YAKOV NAFTULE HERTZ KLEIN; YOSEF ZVI KLEIN; BERL KLEINBERGER; YECHIEL NAFTULI KLEINMAN; AARON NOACH KNOBLOCH; AVRUM KNOBLOCH; BENZION KNOBLOCH; DOV BERISH KNOBLOCH; DUVID KNOBLOCH; AVRUM ELIMELECH KNOPFLER; YISROEL YAKOV HAKOEN KOHN; MOSHE KONIGSBERG; ELIMELECH KOVALENKO; MATISYUHI KOVALENKO; MORDECHAI KOVALENKO; SHIMON ELIEZER KOVALENKO; YEHUDA LEIB KOVALENKO; ESOMOR EFROYIM KRAUSZ; AHRON YEHOSHUA KRAUT; HERSCHEL KRAUT; REUVEN KRAUT; MOSHE YESHAYA KRENGEL; ELIYAHU KUPPERMAN; PINCHAS ELIYAHU KUPPERMAN; USHER KUPPERMAN; YAKOV KUPPERMAN; YEHOSHUA NUSEN KUPPERMAN; ALEXANDER ZISHE KURTZ; YISROEL MORDCHE KURTZ; MORDCHE YAKOV KUTEN; CHAIM KWADRAT; HERSHEL LANDAU; PINCHOS LANDAU; YOSEF MOSHE LANGSAM; MENACHEM NUCHEM LAUFER; CHANANIA DOV LEICHTAG; BARUCH PINCHES LEIFER; ESUMER LEIFER; SHMIEL SHMELKA LEIFER; YISSOCHER BER LEIFER; YOEL LEIFER; YOSEF SHMIEL LEMEL; MOISHE DUVID LENZKY; ELIYAHU LERNER; LEIBISH LERNER; SHRAGE ZEV (FAVEL) LERNER; BERISH LESER; AHARON DOV LEVITA; CHAIM YOSEF LEVITA; DUVID LEVITA; MOISHE NECHEMYA LEVITA; YAKOV LEVITA;

CHAIM YEKUSIEL LICHTENSTADTER; AHRON LICHTIG; DUVID LINDNER; YOSEF YOIZFA LINDNER; SHULEM TZVI LIPSCHITZ; YISROEL BER MANDEL; MORDECHAI MANDELBAUM; BENZION MANDELL; CHAIM YESHAYA MANDELL; GEDALIA MAYER; SHLOMO BURECH MAYER; AARON MEIR MEISELS; DOVID YOSEF MEISELS; YIDEL MELBER; DANIEL Y. B. MELEN; BENZION SHMIEL MILLER; CHAIM YEHOSHUA MILLER; ELIEZER LIPA MILLER; ELUZER ELIMELECH MILLER; MORDCHE DUVID MILLER; MOSHE MILLER; USHER MILLER; USHER ZELIG MILLER; UZIEL MILLER; YECHASKEL MEIR MILLER; YISROEL MILLER; YITZCHOK LIPA MILLER; ZEV VOLF MILLER; AVRUM ABA MILLER-NEWMAN; YAKOV ELIEZER MILLER-NEWMAN; YISROEL MOSHE MILLER-NEWMAN; YISROEL SHLOME MILLER-NEWMAN; CHAIM BENZION MINZER; YISROEL MOSHE MINZER; AVRUM MOSHE MOSKOVITS; NAFTALI CHAIM MOSKOVITS; YISSOCHER DOV MOSKOVITS; KLOINEMES KALMEN MOSKOVITZ; MENACHEM MENDEL MOSKOWITZ; AVRUM MOSHE MYSKI; SHLOIME MYSKI; YEHUDA LEIBISH NEIFELD; BENZION NEIGER; DUVID NEIGER; SHMIEL ZANVEL NEIGER; SHMIEL ZANVEL NEIGER; AVROHOM NEUFELD; SHMIEL YEHUDA NEUFELD; ARON NICHTBORGER; BENZION NICHTBORGER; CHAIM MORDCHE NICHTBORGER; SHIMON OBSTFELD; MENACHEM MENDEL PANETH; YECHIEL PAPIER; YOSEF YITZCHOK PARNES; AARON PASCAL; AVROHOM PAVEL; YITZCHOK PAVEL; BENZION PILLER; MOSHE AVRUM PILLER; YISHAI CHAIM POLEN; YAKOV MORDCHE POSNER; BENZION REICHBERG; MOSHE SHIMON REICHBERG; SHLOME YERUCHEM USHER REICHBERG; SHULEM REICHBERG; YOSEF REICHBERG; ZEV REICHBERG; AVRUM DOV SHMAYA REICHMAN; LEIBEL REICHMAN; TZVI (HERSHEL) REICHMAN; BENZION REIFER; SHMIEL REIFER; AVRUM YAKOV REINER; MENDEL REINER; MOSHE EIREY REINER; NAFTULE TZVI REINER; SIMCHA REINER; YOCHANAN REINER; ARYE REINHOLD; AVROHOM REINHOLD; AVROHOM ARON REINHOLD; BENZION REINHOLD; BENZION YOSEF REINHOLD; ELCHUNON ZEV REINHOLD; MORDCHE DUVID REINHOLD; SHIMON REINHOLD; YAAKOV CHAIM REINHOLD; YAAKOV CHAIM REINHOLD; YITZCHOK ELIEZER REINHOLD; YITZCHOK YAKOV REINHOLD; BARUCH REISS; BORUCH YEHOSHUA

HESHIL REISS; EFROYIM FISHEL REISS; HERSHEL REISS; HERSHEL REISS; YAKOV REISS; ZALMEN LEIB REISZ; CHAIM MORDECHAI ROSE; DUVID PINCHAS ROSE; YITZCHOK ROSENBERG; YONAH ARYEH ROSENBERG; NESANEL YEHUDA ROSENBLATT; LEVI YITZCHOK ROSENFELD; CHAIM TZVI HALEIVI ROTENBERG; AARON ROTTENBERG; AVROHOM DUVID ROTTENBERG; YEHOSEF TZVI ROTTENBERG; YITZCHOK ISAAC ROTTENBERG; AVRUM RUBEL; MOSHE YISROEL RUBEL; BENZION RUBIN; NUCHEM YOEL RUBIN; SARAH RUCHEL RUBIN; SIMCHA YISUCHAR DOV RUBIN; YEHOSHUA RUBIN; CHAIM SHLOIME RUTTNER; NAFTULA TZVI SAFERN; SHMIEL PINCHAS SAFERN; SHMIEL AKIVA SALAMON; MENACHEM MENDEL SAMPSON; NUSEN CHUNA SCHACHTER; ELI DUVID MOSHE SCHARF; ELIYAHU SCHARF; MORDCHE SHULIM YOSEF SCHARF; SHMIEL ZANVEL SCHARF; YISROEL SHLOME CHAIM SCHARF; ZECHARIA SCHARF; CHAIM SHLOME ZALMEN SCHIK; SHMIEL SHMELKA SCHLAF; AVRUM DUVID SCHLAFF; CHAIM SHULEM SCHLUSSEL; DUVID SCHLUSSEL; NAFTULE YOSEF SCHLUSSEL; AVRUM CHAIM SCHNITZER; CHAIM MOSHE SCHONDORF; CHAIM SHAUL SCHONDORF; MOISHE CHAIM SCHONDORF; MORDCHE YOSEF SCHONDORF; NUSSEN SCHONDORF; SHMIEL SCHONDORF; SINAI SCHONDORF; ZECHARYA MENACHEM SCHONDORF; ELYUKIM GETZEL SEGAL; YITZCHOK ISAAC DUVID SEIDENFELD; BENZION SHEINBACH; EFROYIM FISHEL SHERMAN; CHAIM SHIMON SHULMAN; MOSHE SHULMAN; MENASHE SILBER; ELCHONON NUSEN SILBIGER; YOSEF YITZCHOK DUVID SILBIGER; MENACHEM SIMON; MOSHE BINYOMIN SMILOWITZ; DUVID NUCHEM SPIRA; BENZION SPREI; MENACHEM SPREI; YOSEF YITZCHOK SPREI; DUVID LEIB STEINBERG; MOSHE STEINBERG; SHOLEM STEINBERG; YAAKOV YITZCHOK STERNBUCH; CHAIM ELUZER STERNHELL; LEIB STERNHELL; MOSHE YEHOSHUA STERNHELL; NAFTULE TZVI STERNHELL; YITZCHOK STERNHELL; YOSEF STERNHELL; NAFTULE STEUER; SHLOME VOLF STEUER; BUROCH STROHLI; MOSHE STROHLI; PERETZ STROHLI; SIMCHA PINCHAS STROHLI; YAKOV KOPPEL STROHLI; YEHOSHUA STROHLI; YITZCHOK STROM; AVROHOM STURM; BERL STURM; SHABSE YESHAYA STURM; SHLOIME TAUSSIG; YISROEL TAUSSIG; ARYEH DUVID TEITELBAUM; BORECH ELISHA TEITELBAUM;

CHAIM ELISHA TEITELBAUM; CHANANYA YOM TOV LIPA TEITELBAUM; LEIBISH TEITELBAUM; MENASHE TEITELBAUM; MESHILEM ZISHA TEITELBAUM; MOISHE TEITELBAUM; MOSHE YECHIEL TEITELBAUM; NAFTULE TEITELBAUM; YEHOSHUA HESHEL TEITELBAUM; AVRUM TORN; BENZION TORN; ELIMELECH TORN; SHLOME TZVI TORN; MORDCHE TRIEGER; YAKOV BENZION TRIEGER; YISROEL TRIEGER; YOEL ZVI TRIEGER; DUVID TROPP; NUCHEM DANIEL TROPP; ALEXANDER TWERSKI; BENZION ELIYAHU TWERSKI; BENZION YEHUDA LEIB TWERSKI; BORUCH BENDET TWERSKI; MORDCHAI DOV BER TWERSKI; MOSHE YOSEF TWERSKI; NUCHEM YISROEL TWERSKI; SHULIM ELIEZER TWERSKI; YITCHOK MEIR TWERSKI; AVRUM SHLOIME UNGER; AVRUM YEHOSHUA HESHEL UNGER; BENZION Y. A. UNGER; CHAIM ARON UNGER; CHAIM BENZION UNGER; ELUZER UNGER; MORDCHAI DAVID UNGER; MOSHE ELIYUKIM BRIYA UNGER; RIVKA SHENDEL UNGER; SHULEM GERSHON UNGER; SHULIM UNGER; YECHASKEL UNGER; YOEL YECHIEL MECHEL UNGER; YOSEF UNGER; ARYEH WALDMAN; YOEL SHULIM WALDMAN; EFROYIM MORDCHE WALDNER; PINCHAS ELUZER WALDNER; CHAIM MOSHE WALZER; CHAIM SHIMON WASSERLAUF; MOSHE YESHAYE WEBER; YAKKOV ARON SHLOME WEIL; ALTER WEINBERGER; ALTER YITZCHOK ISAAC WEINBERGER; EZRIEL WEINBERGER; LEIBY WEINBERGER; PINCHAS TZVI WEINBERGER; YOSEF WEINBERGER; AVRUM YOSEF WEINSTOCK; ELUZER WEINSTOCK; MESHILEM ZISYA WEISBLUM; YEHOSHUA USHER WEISBLUM; YITZCHOK WEISBLUM; CHAIM YAKOV ELIMELECH WEISER; YESHIYE MEIR WEISER; BENZION WEISS; CHAIM YONA WEISS; DUVID WEISS; DUVID WEISS; NAFTULA TZVI WEISS; SHLOME NACHMEN WEISS; YECHESKAL SHRAGA YONA WEISS; YOSEF WEISS; MENACHEM MENDEL WEISZ; BENZION WISLICKI; ELIMELECH WISLICKI; MEIR YECHIEL WISLICKI; SHMIEL WISLICKI; BENZION ZAIDMAN; DUVID HERSH ZAIDMAN; ELYUHI DUVID ZAIDMAN; SHMIEL ARON ZAIDMAN; YEHOSHUA HESHEL ZAIDMAN; YISROEL YOSEF ZAIDMAN; YITZCHOK SHIMON ZAIDMAN; NAFTULE TZVI ZENWIRTH; AVRUM YAKOV ZIEGLER; MAYER ZIEGLER; ZVI YEHUDA ZIEGLER; AVRUM BURECH ZOBERMAN; ELKUNA CHAIM YESHAYA ZOBERMAN; MOSHE ZOBERMAN; NUSSEN DUVID ZOBERMAN;

ZALMEN LEIB ZOBERMAN; ALEXANDER ZISHA ZWIEBEL; MOISHE SHIA ZWIEBEL; YITZCHOK ALTER ZWIEBEL; BEIS TZADIKIM, INC. (A/K/A MARECHES BEIS TZADIKIM, BEIS TZADIKIM); CONG AND GIMILAS CHESED KIPAS CHASANIM OF BOBOV; CONG. MACHNA SHALVA; CONGREGATION DCHASIDEI BOBOV OF WILLIAMSBURG; CONGREGATION TZIREI AVREICHIM OF BOBOV; ICHUD MOSDOS BOBOV (A/K/A CONGREGATION ICHUD MOSDOS BOBOV, ICHUD MOSDOS BOBOV-45, CONGREGATION ICHUD MOSDOS BOBOV-45); KHAL BOBOV-45 (A/K/A CONG. OF BOBOV-45; F/K/A CONGREGATION SHAAREI ZION D'BOBOV); KHAL ICHUD CHASIDIM; KOLLEL AVREICHIM D'CHASIDEI BOBOV; MOSDOS BNEI ZION; TALMIDEI BOBOV INC.; TALMUD TORAH BNEI ZION D'BOBOV; TALMUDICAL SEMINARY OF BOBOV,

Respondents.

PLEASE TAKE NOTICE that petitioners Asher Baruch Landau, *et al.* hereby dismiss this action without prejudice against respondents Yakov Berger, Benzion Avrum Goldfinger, Mendel Goldfinger, Nuchem Yisroel Twerski, and Mendel Weisz in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by filing this Notice of Voluntary Dismissal before the service of an answer or motion for summary judgment by these respondents.

Dated: October 4, 2017
New York, New York

Respectfully,

COVINGTON & BURLING LLP

By: [signature]
Alan Vinegrad
David Z. Pinsky

[signature]
s/Carol Bagley Amon
10/6/17

Catherine Gibson
Erin Monju
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
avinegrad@cov.com
dpinsky@cov.com

*Attorneys for Petitioners*