UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Asher Baruch Landau, et. al.,

Petitioners,

v.

ZVI ARYE RHEINOLD, et al.,

Respondents.
---------------------------------------------------------------X

JUDGMENT

15-cv-04811-CBA-VMS

An Order of Honorable Carol B. Amon, United States District Judge, having been filed on September 30, 2017, granting Petitioners' motion to confirm the arbitration award; and directing the Clerk of Court to enter judgement in accordance with this Order as to the 613 respondents who have been served; it is

ORDERED and ADJUDGED that the Petitioner's motion to confirm the arbitration award is granted; and that judgment is hereby entered in accordance with this Order as to the 613 respondents who have been served.

Dated: Brooklyn, New York
October 19, 2017

Douglas C. Palmer
Clerk of Court

By: */s/Jalitza Poveda*___________
Deputy Clerk