ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In the matter of
ASHER BARUCH LANDAU, ABRAHAM ARON LESSER et al
Petitioners

Case # CV 15 - 4811
NOTICE OF APPEAL

v.

ZVI ARYE RHEINHOLD, MENDEL GROSS et al
Respondents

BARUCH EISENBERG
Appealing Respondent

Notice is hereby given that Individual Respondent BARUCH EISENBERG appearing in the above captioned action pro se hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment dated September 30, 2017 and entered.

RECEIVED
OCT 25 2017
PRO SE OFFICE

rec'd 10/30/17 [illegible]

BARUCH EISENBERG
Appealing Respont, Pro Se
1160 49th Street
Brooklyn, NY 11219
917-416-7264

10/25/17

cc DAVID PINSKY

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 25 2017 ★
BROOKLYN OFFICE
Rec'd 10/30/17

&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653120768
Cashier ID: dafrani
Transaction Date: 10/25/2017
Payer Name: BARUCH EISENBERG

---

NOTICE OF APPEAL/DOCKETING FEE
For: BARUCH EISENBERG
Case/Party: D-NYE-1-15-CV-004811-001
Amount: $505.00

---

CREDIT CARD
Amt Tendered: $505.00

---

Total Due: $505.00
Total Tendered: $505.00
Change Amt: $0.00