COVINGTON

BEIJING BRUSSELS DUBAI FRANKFURT JOHANNESBURG
LONDON LOS ANGELES NEW YORK SAN FRANCISCO
SEOUL SHANGHAI SILICON VALLEY WASHINGTON

**David Z. Pinsky**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1177
dpinsky@cov.com

*By ECF & First Class Mail*

July 17, 2018

Mr. Douglas C. Palmer
Clerk of Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Landau, et al. v. Rheinold, et al.*, Case No. 1:15cv4811 (CBA)

Dear Mr. Palmer:

This firm represents the petitioners in the above-referenced action, which was commenced by hardcopy filing at the courthouse and is presently on appeal to the Second Circuit. We respectfully request the following changes to the caption on the docket in this case, to bring the docket caption into conformity with the petitioners' caption that appears on the Petition that commenced the action (ECF No. 1).

*First*, individuals with the following names are both petitioners and respondents in this action (these are different individuals who happen to have the same names), as listed in the Petition. The docket caption lists only the petitioners (but not the respondents) with these names, and we respectfully request that the respondents with these names be added to the docket caption:

Chaim Dovid Bakon
Usher Zelig Goldman
Yosef Yitzchok Halberstam
Yoel Leifer
Berish Leser
Eliyahu Scharf
Benzion Sprei

*Second*, individuals with the following name are both a petitioner and a respondent in this action. The docket caption currently lists the respondent with this name, but does not list the petitioner with this name. We respectfully request that the petitioner with this name be added to the docket caption:

Avrum Chaim Gordon

*Third*, the following names are shared by two respondents in this action (in other words, for each of the names below, there are two respondents in this action who share those names).

Currently, one of the individuals with each name is listed as a petitioner and the other is listed as a respondent. We respectfully request that the docket caption list all individuals with these names as respondents in this action:

Benzion Gutter
Pinchas Goldman
Amrom Israel
Hershel Reiss
Duvid Weiss

*Fourth*, the following name is shared by two respondents in this action. Currently, only one of them is listed as a respondent. We respectfully request that the other respondent by this name be added to the docket caption:

Shmiel Zanvel Neiger

*Fifth*, two petitioners in this action share the following name. Currently, only one of them is listed as a petitioner on the docket caption. We respectfully request that the other petitioner by this name be added to the docket caption:

Shulim Duvid Geller

*Sixth*, two petitioners and one respondent share the following name. Currently, only one petitioner with this name is listed on the docket caption. We respectfully request that the Court add to the docket caption the respondent and the second petitioner with this name:

Benzion Goldman

*Seventh*, the following individual is a respondent in this case, but is currently listed as both a petitioner and a respondent on the docket caption. We respectfully request that this individual's listing as a petitioner be removed from the docket caption and that this individual be listed as a respondent only:

Yaakov Chaim Reinhold

*Eighth*, the following individual is a respondent in this case but is not currently listed on the docket caption. We respectfully request that this individual be listed on the docket caption as a respondent:

Shloime Goldstein

*Ninth*, the following name is incorrectly listed as a petitioner on the docket caption. This person is not listed as a petitioner in the Petition, and should not be listed as a petitioner in this case. Petitioners respectfully request the removal of this name from the docket caption:

Shlomo Halberstam

*Finally*, the docket caption lists certain petitioners by names other than those that appear on the caption to the Petition, and petitioners respectfully request that those names be corrected as follows (all corrections are underlined):

- the petitioner listed on the docket caption as "Yerachmiel Halevy Gruber *also known as* Yehuda Yerachmiel Gruber" should be listed as "Yehuda Yerachmiel Halevy Gruber *also known as* Yehuda Yerachmiel Gruber";

- the petitioner listed on the docket caption as "Natule Ehrenreich" should be listed as "Naftule Ehrenreich";

- the petitioner listed on the docket caption as "Yehud Mayer Yakov Leichtag" should be listed as "Yehuda Mayer Yakov Leichtag"; and

- the petitioner listed on the docket caption as "Yitzchok Perstein" should be listed as "Yitzchok Perlstein."

We thank you for your assistance with this matter.

Respectfully,

David Z. Pinsky

cc: Respondent Baruch Eisenberg (*by first-class mail*)